UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 0 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MAPLEX, S.A. DE C.V. § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. |
| § | |
| vs. § | B-00-032 |
| § | |
| CITY OF BROWNSVILLE § | |
| Defendants. § | |

## DESIGNATION OF CO-COUNSEL

J. HOMER GARZA, The Garza Law Firm, P.C., 1111 North Loop West, Suite 927, Houston, Texas 77008-4716, hereby makes his appearance as Co-Counsel for Maplex, S.A. de C.V. in the above-entitled and -numbered cause. This attorney is admitted to practice law in the United States District Court for the Southern District of Texas. Eric Lipper and William P. Huttenbach join in this designation and Messrs. Lipper and Huttenbach remain lead counsel. Mr. Garza requests that he be copied on all notices from this Court and on all documents filed with the Court by other parties to this action.

Respectfully submitted,

THE GARZA LAW FIRM, P.C.

_____
J. HOMER GARZA
SBN 07732000
FID 80
1111 North Loop West, Suite 927
Houston, Texas 77008-4716
Tele: 713/880-9300
Fax: 713/880-9373

CO-COUNSEL FOR MAPLEX, S.A. DE C.V.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record and/or parties in interest herein, as set forth below, on this the 30th day of March, 2000.

| | |
|---|---|
| Mr. Dalby Fleming | [x] via certified mail |
| DAVIDSON & TROILO, P.C. | [ ] via regular mail |
| 7550 West IH-10, Suite 800 | [ ] via facsimile |
| San Antonio, TX 78229-5815 | [ ] via hand delivery |
| | |
| Mr. William "Pat" Huttenbach    Fax: 713/223-9319 | [x] via certified mail |
| HIRSCH & WESTHEIMER, P.C. | [ ] via regular mail |
| 700 Louisiana, 25th Floor | [x] via facsimile |
| Houston, TX 77002-2728 | [ ] via hand delivery |

_____
J. HOMER GARZA