# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MAPLEX, S.A. DE C.V.** § | | |
| Plaintiff, § | | |
| § | CIVIL ACTION NO. | |
| § | | |
| vs. § | B-00-032 | |
| § | | |
| **CITY OF BROWNSVILLE** § | | |
| Defendants. § | | |

APR 1 0 2000

## CERTIFICATE OF INTERESTED PERSONS

The following persons, partnerships, corporations, affiliates, and/or other legal entities are financially interested in the outcome of this litigation:

1. Maplex, S.A. de C.V.

2. Julio Garcia E.

3. City of Brownsville

DATED: March 29, 2000

                                          Respectfully submitted,

                                          THE GARZA LAW FIRM, P.C.

                                          J. HOMER GARZA
                                          SBN 07732000
                                          FID 80
                                          1111 North Loop West, Suite 927
                                          Houston, Texas 77008-4716
                                          Tele: 713/880-9300
                                          Fax: 713/880-9373
                                          ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record and/or parties in interest herein, as set forth below, on this the 30th day of March, 2000.

Mr. Dalby Fleming  
DAVIDSON & TROILO, P.C.  
7550 West IH-10, Suite 800  
San Antonio, TX  78229-5815  

[x] via certified mail  
[ ] via regular mail  
[ ] via facsimile  
[ ] via hand delivery  

Mr. William "Pat" Huttenbach     Fax: 713/223-9319  
HIRSCH & WESTHEIMER, P.C.  
700 Louisiana, 25th Floor  
Houston, TX  77002-2728  

[ ] via certified mail  
[ ] via regular mail  
[x] via facsimile  
[ ] via hand delivery  

_____  
J. HOMER GARZA