

United States District Court
Southern District of Texas
FILED
MAY 0 5 2000
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
|    Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| CITY OF BROWNSVILLE | § | B-00-032 |
|    Defendant. | § | |

## NOTICE OF DEFENDANT'S MOTIONS UNDER F.R.C.P. 12

To:   Mr. J. Homer Garza
Attorney at Law
1111 North Loop West, Suite 927
Houston, Texas  77008-4716

Mr. William P. Huttenbach
Hirsch & Westheimer, P. C.
700 Louisiana Street, 25th Floor
NationsBank Center
Houston, Texas  77002

PLEASE take notice that on or before May 25, 2000 or as soon thereafter as counsel may be heard, Defendant will move the Court for an order dismissing the above-entitled cause pursuant to F.R.C.P. 12(b)(6) or, in the alternative, an order for more definite statement pursuant to F.R.C.P. 12(e) based on the grounds contained within the foregoing motion.

      Please take further notice that Defendant will move that fees and costs be taxed in accordance with law.

1

Dated: 5-3 , 2000.

>DAVIDSON & TROILO,
>A Professional Corporation
>7550 West IH-10, Suite 800
>San Antonio, Texas 78229-5815
>Telephone (210) 349-6484
>Facsimile (210) 349-0041
>
>By: _____
>  Dalby Fleming
>  State Bar No. 00793732
>  Fed. ID # 20358
>
>ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to the following by facsimile transmission, regular mail and/or certified mail, return receipt requested, on this the 3rd day of May, 2000.

| | |
|---|---|
| Mr. J. Homer Garza<br>Attorney at Law<br>1111 North Loop West, Suite 927<br>Houston, Texas 77008-4716 | **CERTIFIED MAIL-RRR** |
| Mr. William P. Huttenbach<br>Hirsch & Westheimer, P. C.<br>700 Louisiana Street, 25th Floor<br>NationsBank Center<br>Houston, Texas 77002 | **CERTIFIED MAIL-RRR** |

_____
Dalby Fleming

PCD#79333