*14*

United States District Court
Southern District of Texas
**FILED**

**JUN 28 2000**

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAPLEX, S.A. DE C.V.      §
    Plaintiff,            §
                          §
VS.                       §      CIVIL ACTION NO. B-00-032
                          §      JURY TRIAL REQUESTED
CITY OF BROWNSVILLE,      §
    Defendant.           §

## PLAINTIFF'S ADDITIONAL RESPONSE TO DEFENDANT'S MOTION FOR DISMISSAL

Plaintiff, Maplex S.A. De C.V. (**"Maplex"**) files this Additional Response to Defendant's Motion for Dismissal. Although Defendant's Reply to Plaintiff's Response to Defendant's Motion for Dismissal restates many of the same arguments raised in Defendant's motion, Plaintiff would additionally show unto the Court as follows:

1.      Both Defendant's reply and Defendant's motion ignore the standard on which this Court must review Defendant's Motion. A Motion to Dismiss under Fed. R. Civ. P. 12 (b)(6) is not appropriate unless the face of the plaintiff's pleading shows, beyond doubt, that the plaintiff cannot prove any set of facts that would entitle it to relief. See, Garrett v. Commonwealth Mtg. Co., 938 F.2d 591, 594 (5th Cir. 1991).

2.      Coverage of section 1983 claims must be broadly construed. See, Dennis v. Higgins, 111 S.Ct. 865 (1991). To establish a violation of procedural due process under 42 U.S.C. § 1983, a plaintiff must prove (1) that some person deprived him of a federal right and (2) that the person who deprived him of that right acted under color of state law. Gomex v. Toledo, 446 U.S. 635, 640, 100 S.Ct. 1920, 1923 (1980). "The Fourteenth Amendment's procedural

protection of property is a safeguard of the security of interests that a person has already acquired in specific benefits." Board of Regents v. Roth, 408 U.S. 564, 576, 92 S.Ct. 2701, 2708 (1972). For an individual to have a property interest, the individual must have a legitimate claim of entitlement to the property interest. See, Id. at 2709.

3.      The first inquiry for section 1983 is whether the defendant deprived the plaintiff of a constitutionally protected property right. Economic Development Corp. v. Stierheim, 782 F.2d 952, 953-54 (11th Cir.1986); Baker v. McCollan, 443 U.S. 137, 140, 99 S.Ct. 2689, 2692 (1979); Marine One, Inc. v. Manatee County, 877 F.2d 892, 894 (11th Cir. 1989). State law defines the parameters of a plaintiff's property interest for purposes of section 1983. Paul v. Davis, 424 U.S. 693, 709, 96 S.Ct. 1155, 1164 (1976); Marine One, Inc., 877 F.2d at 894. Here, at a minimum, Defendant violated Plaintiff's property interest in a leasehold estate by improperly evicting Plaintiff and seizing assets knowingly belonging to Plaintiff without due process of law.

4.      In Leatherman, the United States Supreme Court reversed the Fifth Circuit and required that there is no "heightened pleading" requirement in Section 1983 cases. See, Leatherman v. Tarrant County Narcotics Unit, 113 S.Ct. 1160 (1993). The United States Supreme Court held that a District Court must accept as true all of the factual allegations in the complaint in reviewing a motion to dismiss. See, Id. at 1161. The United States Supreme Court held that a basis for a municipal liability could be the failure of a municipalities to adequately train the police officers. See, Id. at 1161. The Supreme Court reasoned that a claim of municipal liability under Section 1983 is sufficient to withstand a motion to dismiss even if the claim is based on nothing more than bare factual allegations. See, Id. at 1162. Unlike various government officials, municipalities do not enjoy immunity from suit, either absolute or qualified, under Section 1983. See, Id.

5.     The United States Supreme Court held that it is impossible to square the "heightened pleadings standard" applied by the Fifth Circuit with the liberal system of "notice pleading" set up by the Federal Rules.  Rule 8(a)(2) requires that a complaint include only a "short and plain statement of the claims showing that the pleader is entitled to relief."  See, Id. at 1163.  The Court stated that the pleading rule means what it says.  The United States Supreme Court held that "the Federal Rules of Civil Procedure do not require a claimant to set out in detail the facts upon which he bases his claim.  To the contrary, all the rules require is a 'short and plain statement of the claim' that will give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests."  Consequently, the United States Supreme Court reversed the Court of Appeals and held that the Section 1983 claim should not have been dismissed.

6.     In this case, Plaintiff has alleged at least five (5) Section 1983 violations.  First, the City of Brownsville promised to use its governmental powers to confer benefits upon Plaintiff, if Plaintiff purchased assets at a bankruptcy sale.  However, Defendant never provided the benefits as represented.  Second, the City of Brownsville used its governmental powers to improperly evict Plaintiff from leased premises without obtaining a writ of possession or filing a forcible entry and detainer action.  Such action violated Plaintiff's due process rights under the Fourteenth Amendment because Defendant deprived Plaintiff of "life, liberty or property, without due process of law."

7.     Third, Defendant improperly detained and interrogated people who were working for Plaintiff.  Fourth, Defendant discriminatorily enforced zoning laws.  After Plaintiff had been evicted from the leased premises, Plaintiff  moved its assets to a new location.  Plaintiff began leasing a warehouse.  Defendant contacted the owner of the warehouse and informed the owner

3

that Plaintiff would not be allowed to store its assets at the warehouse due to zoning violations. This also interfered with Plaintiff's property interest in the leased premises.

8.    Fifth, Defendant improperly seized assets belonging to Plaintiff.  Defendant was a creditor at a bankruptcy estate sale.  Defendant knew what assets were being sold at the auction. Specifically, Defendant did not object that various items were being sold at the auction.  Among the items sold at the auction were two air conditioning units.  After Plaintiff purchased these assets and other assets, Defendant had its officials execute a search warrant and seize some of the very assets that were purchased by Plaintiff at the bankruptcy estate auction.  Again, Defendant used its governmental powers to improperly seize property belonging to Plaintiff.

9.    Only very recently has Defendant begun to acknowledge possible wrongful conduct.  On June 27, 2000, counsel for Defendant sent the letter attached hereto as Exhibit "A". As seen by Exhibits "B" and "C", Plaintiff purchased two air conditioner units at the bankruptcy sale which were subsequently seized by the Defendant.  At this early stage of the proceeding, this Court should not dismiss Plaintiff's claims against Defendant.[1]

10.    In Post, the District Court dismissed a municipal police department and municipal building and zoning department from the lawsuit.  See, Post v. City of Ft. Lauderdale, 750 F.Sup. 1131 (S.D. Fla. 1990).  The Post Court stated that the City of Ft. Lauderdale would remain a party defendant to answer for the actions or admissions of the now dismissed departments.  See, Id. at 1133.  In Post, the plaintiff had filed a lawsuit under Section 1983 for discriminatory zoning practices.  Other Courts have held that civil rights violations exist for discriminatory enforcement of zoning laws.  See, Harrison v. Brooks, 446 F.2d 404 (1st Cir. 1971).

---

[1] Moreover, if Defendant is correct in its argument that it is exempt from suit due to the doctrine of sovereign or governmental immunity then Plaintiff would never be able to go to Court to seek recovery of improperly seized assets.

4

11.     Defendant has filed a Motion to Dismiss and not a Motion for Summary Judgment.  The standard on a Fed. R. Civ. P. 12(b)(6) is so stringent that a Court will rarely encounter circumstances that justify granting such a motion.  See, e.g., Mahone v. Addicks, Util. Dist. 836 F.2d 921, 926 (5th Cir. 1988).  The Court should dismiss under Fed. R. Civ. P. 12(b)(6) only if the Court can determine to a certainty that the plaintiff cannot prove any set of facts that would entitle it to relief under the allegations in its complaint.  See, Hishon v. King & Spalding, 104 S.Ct. 2229, 2232 (1984).  Plaintiff believes that the discovery process will further illuminate Plaintiff's claims.  Thus, this Court should deny Defendant's Motion to Dismiss.

WHEREFORE, PREMISES CONSIDERED Plaintiff respectfully requests that this Court deny Defendant's Motion to Dismiss.

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: _____
Eric Lipper
State Bar No. 12399000
Fed. ID. No. 11442
William P. Huttenbach
State Bar No. 24002330
Fed. ID. No. 21742
25th Floor, Bank of America
700 Louisiana
Houston, Texas 77002
TEL: 713/220-9181
FAX: 713/223-9319

OF COUNSEL:

HIRSCH & WESTHEIMER, P.C.

LEAD COUNSEL FOR MAPLEX, S.A. DE C.V.

990699.990699/122975.01

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2000, a true and correct copy of Plaintiff's Additional Response to Defendant's Motion for Dismissal was forwarded by telecopier or hand delivery to the following counsel of record:

Dalby Fleming
Davidson & Troilo
7550 West IH-10, Suite 800
San Antonio, Texas 78229-5815
**Telecopier No. 210.349.0041**


J. Homer Garza
The Garza Law Firm, P.C.
1111 North Loop West, Suite 927
Houston, Texas 77008-4716
**Telecopier No. 713.880.9373**

William P. Huttenbach

6

JOHN W. DAVIDSON
ARTHUR TROILO
TERRY TOPHAM
CHEREE TULL KINZIE
R. GAINES GRIFFIN
RICHARD E. HETTINGER
PATRICK W. LINDNER
IRWIN D. ZUCKER
RICHARD D. O'NEIL
J. MARK CRAUN

**LAW OFFICES OF**

# DAVIDSON & TROILO

A Professional Corporation

**SAN ANTONIO**
7550 WEST IH 10, SUITE 800
SAN ANTONIO, TEXAS 78229-5815
210/349-6484  FAX: 210/349-0041

**AUSTIN**
919 CONGRESS, SUITE 810, 78701
512/469-6006  FAX: 512/473-2159

JAMES C. WOO
PATRICK J. SULLIVAN*
LEA A. REAM
MICHAEL P. WARREN*
RICHARD L. CROZIER*
MARIA S. SANCHEZ*
DALBY FLEMING
DIANA M. LIEBMANN
DEVIN (BUCK) BENSON

*AUSTIN OFFICE

---

## TELECOPY TRANSMITTAL LETTER

---

| | | | |
|---|---|---|---|
| TO: | Mr. William P. Huttenbach | FAX NO.: | (713) 223-9319 |
| FROM: | Dalby Fleming | FILE NO.: | 3625/2 |
| DATE: | June 1, 2000 | | |

RE:  Cause No. 99-05-2468-D; <u>City of Brownsville vs. Maplex, S.A. DE C.V. and Eagle Motor Coach Corp.</u>

---

## MESSAGE:

See Attached Letter.

---

If you do not receive all __2__ pages, or if any difficulty in transmission occurs, please contact **Diana A. Ramirez at (210) 349-6484, ext. 537**

THIS FACSIMILE MESSAGE IS A PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND IS TRANSMITTED FOR THE EXCLUSIVE INFORMATION AND USE OF THE ADDRESSEE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE ADMONISHED THAT THIS COMMUNICATION MAY NOT BE COPIED OR DISSEMINATED EXCEPT AS DIRECTED BY THE ADDRESSEE. IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND MAIL THE COMMUNICATION TO US AT OUR LETTERHEAD ADDRESS. THANK YOU.

**EXHIBIT**

*A*



LAW OFFICES OF
# DAVIDSON & TROILO
A PROFESSIONAL CORPORATION

JOHN W. DAVIDSON
ARTHUR TROILO
TERRY TOPHAM
CHEREE TULL KINZIE
R. GAINES GRIFFIN
RICHARD E. HETTINGER
PATRICK W. LINDNER
IRWIN D. ZUCKER
RICHARD D. O'NEIL
J. MARK CRAUN

JAMES C. WOO
PATRICK J SULLIVAN*
LEA A. REAM
MICHAEL P WARREN*
RICHARD L. CROZIER*
MARIA S. SANCHEZ*
DALBY FLEMING
DEVIN "BUCK" BENSON

* AUSTIN OFFICE

SAN ANTONIO
7550 W IH-10, SUITE 800, 78229-5815
210/349-6484 • FAX: 210/349-0041

AUSTIN
919 CONGRESS, SUITE 810, 78701
512/469-6006 • FAX 512/473-2159

June 27, 2000

**VIA FACSIMILE (713) 223-9319**
**and CERTIFIED MAIL RRR**
Mr. William P. Huttenbach
Hirsch & Westheimer, P.C.
700 Lousiana St., 25th Floor
Houston, Texas 77002



Certified Article Number
P 971 568 679
SENDER'S RECORD

RE:    Cause No. 99-05-2468-D; City of Brownsville v. Maplex S.A. De C.V. and Eagle
       Motor Coach Corp.

Dear Mr. Huttenbach:

While the auction report in my possession does not have the page containing some
of the referenced lot numbers, the document which you forwarded on June 22 does not
indicate that your clients purchased the referenced air conditioners. Many of the items
referenced on the document were purchased by buyers other than your clients.

If, as you stated, your clients have a bill of sale or other items indicating their
ownership of any of the property seized by the Brownsville Police Department, please
forward it to me immediately so that the city may return any items erroneously seized.

Sincerely,

Dalby Fleming
For the Firm

BDF:dar
Enclosure
3625.2 – pcd#80960

INVOICE DATE: 07/01/98

PLANT & MACHINERY, INC.
PO BOX 19100, HOUSTON, TX 77224
8705 KATY FRWY. SUITE 300
HOUSTON, TEXAS 77024
PHONE: (713) 691-4401
FAX: (713) 672-7905

TO: DR JOSE F. GARAY GARCIA
    CORPORACION INTEGRADORA PARA EL COMERCIO
    112 FLECHA LANE UNIT B
    LAREDO , TX 78041

BUYER #: 736                                                          PAGE:
AUCTION #: 888          EAGLE COACH CORPORATION                       PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|-------|-------------|------|------|------------|
| 292A | TELEPHONE SYSTEM, AT&T DEFINITY SYSTEM X75 MDL. 4B, R1V2 SOFTWARE, 111 SGL. LINE PHONES, 48 MULTI-LINE PHONES, 5 W/DISPLAY, ATTENDANT CONSOLE, LOUDSPEAKER PAGING, MDL. 3A-3B UPGRADE (DELAYED DELIVERY) | LOT | 3500.00 | 3,500.0 |
| 293 | PALLET RACKS (DELAYED DELIVERY) | 4 | 150.00 | 600.0 |
| 294 | PALLET RACKS (DELAYED DELIVERY) | 4 | 150.00 | 600.0 |
| 295 | PALLET RACKS (DELAYED DELIVERY) | 4 | 150.00 | 600.0 |
| 296 | PALLET RACKS (DELAYED DELIVERY) | 3 | 150.00 | 450.0 |
| 297 | PALLET RACKS (DELAYED DELIVERY) | 3 | 150.00 | 450.0 |
| 298 | SHELVES, METAL (DELAYED DELIVERY) | LOT | 500.00 | 500.0 |
| 299 | SHELVES, METAL (DELAYED DELIVERY) | W/298 | ******** | ********** |
| 300 | SHELVES, METAL (DELAYED DELIVERY) | W/298 | ******** | ********** |
| 301 | SHELVES, METAL (DELAYED DELIVERY) | W/298 | ******** | ********** |
| 367 | TORQUE WRENCH, WILLIAMS, 2000 FT./LB. CAP. | 1 | 1500.00 | 1,500.00 |
| 368 | TORQUE WRENCH | 1 | 1100.00 | 1,100.00 |
| 369 | TORQUE WRENCH | W/368 | ******** | ********** |
| 370 | TORQUE WRENCH | W/368 | ******** | ********** |
| 406 | MAGNETIC BASE DRILL, MILWAUKEE | 1 | 500.00 | 500.00 |

CONTINUED NEXT PAGE

EXHIBIT
B

Case 1:00-cv-00032   Document 14   Filed in TXSD on 06/28/2000   Page 10 of 28

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 736   - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 2
AUCTION #: 888              EAGLE COACH CORPORATION                    -PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|---|---|---|---|---|
| 407 | MAGNETIC BASE DRILL, MILWAUKEE | 1 | 500.00 | 500.0 |
| 444 | BATTERY CABLE CRIMPER, ELEC. OVER HYD. | 1 | 500.00 | 500.0 |
| 487 | PALLET RACKS | 3 | 180.00 | 540.0 |
| 719 | MONORAIL SYSTEM, CUSTOM, SHED TYPE ROOF, 2 T. CAP. PNEU. HOIST | LOT | 400.00 | 400.0 |
| 720 | BULK FUEL STORAGE TANKS, APPROX. DIMS: 4' X 6', ON STRUCTURAL STEEL STANDS | 3 | 225.00 | 675.0 |
| 720B | PALLET RACKS | 2 | 75.00 | 150.0 |
| 722 | CANTILEVER MATERIAL RACKS | 3 | 800.00 | 2,400.0 |
| 723 | CANTILEVER MATERIAL RACKS | 4 | 800.00 | 3,200.0 |
| 807A | MONORAIL SYSTEM, CUSTOM, 22' X 25' | 1 | 750.00 | 750.0 |
| 907 | DESKS, WORK TABLES, CHAIRS | LOT | 400.00 | 400.0 |
| 908 | DESKS, WORK TABLES, CHAIRS | W/907 | ******** | ********** |
| 909 | DESKS, CHAIRS, TABLES | W/907 | ******** | ********** |
| 910 | PLOTTER, HEWLETT PACKARD MDL. HP-GL/2 LANGUAGE DESIGN JET PLOTTER, W/DRAFTING TABLE | LOT | 900.00 | 900.0 |
| 931 | BOTTLE RACK, PALLET RACK, SHELF | LOT | 500.00 | 500.0 |
| 932 | OPEN END HOPPER, FOR USE W/FORKLIFT | W/931 | ******** | ********** |
| 933 | SCAFFOLD PLATFORMS, CUSTOM | W/931 | ******** | ********** |
| 935 | MATERIAL RACKS | 4 | 450.00 | 1,800.0 |
| 936 | MATERIAL RACKS | 4 | 450.00 | 1,800.0 |
| 939 | MATERIAL RACKS | 4 | 200.00 | 800.0 |

CONTINUED NEXT PAGE

INVOICE DATE: 07/01/98                          PLANT & MACHINERY, INC.

BUYER : 736    - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: :
AUCTION #: 888                  EAGLE COACH CORPORATION                -PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOU |
|-------|-------------|------|------|-----------|
| 977 | OVERHEAD CRANE, CUSTOM 3 T. X 30' SPAN, UNDERSLUNG BRIDGE W/SGL. MAIN I-BEAM CONSTRUCTION, UNDERSLUNG 3 T. CAP. BEEBE BROTHERS ELEC. CHAIN HOIST W/PENDANT CONTROL MTD. ON PWR. TROLLEY | 1 | 5000.00 | 5,000. |
| 978 | OVERHEAD CRANE, CUSTOM 3 T. X 30' SPAN, UNDERSLUNG BRIDGE W/SGL. MAIN I-BEAM CONSTRUCTION, UNDERSLUNG 3 T. CAP. BEEBE BROTHERS ELEC. CHAIN HOIST W/PENDANT CONTROL MTD. ON PWR. TROLLEY | 1 | 5000.00 | 5,000. |
| 979 | OVERHEAD CRANE RUNWAY, 160'L. (DBL.) STRUCTURAL I-BEAM, SUSPENDED FROM BLDG. STRUCTURE BY STRUCTURAL STEEL I-BEAM & OTHER MISC. SUPPTS., W/RUNWAY CONDUCTOR | LOT | 2250.00 | 2,250. |
| 980 | HOIST TROLLEY SYSTEM, STRAIGHT & CURVED SECTIONS, MTD. ON SHARED STEEL COLUMN SUPPTS. | LOT | 6500.00 | 6,500. |
| 981 | ELECTRIC HOIST, BEEBE 2 T. CAP., W/TROLLEY | W/980 | ******** | xxxxxxxx |
| 982 | ELECTRIC HOIST, BEEBE 2 T. CAP., W/TROLLEY | W/980 | ******** | ********* |
| 983 | HOISTS, MILWAUKEE 2 T. CAP. ELEC., BUDGIT 2 T. CAP. PNEU., W/TROLLIES | W/980 | ******** | ********* |
| 984 | HOISTS, C&M 2 T. CAP., BEEBE 2 T. CAP., ELEC., W/TROLLIES | W/980 | ******** | ********* |
| 985 | HOISTS, BEEBE 3 T. CAP., BUDGIT 2 T. CAP., ELEC., W/TROLLIES | W/980 | ******** | ********* |
| 986 | SHELVES, RACK, PALLET RACK | LOT | 250.00 | 250.0 |
| 987 | PALLET RACK SECTIONS | 9 | 150.00 | 1,350.0 |

CONTINUED NEXT PAGE

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 4
AUCTION #: 888                EAGLE COACH CORPORATION                    PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|-------|-------------|------|------|------------|
| 1005 | OVERHEAD CRANE, CUSTOM 6 T. CAP. X 30' SPAN, UNDERSLUNG BRIDGE W/SGL. MAIN I-BEAM CONSTRUCTION W/2 BEEBE 3 T. CAP. ELEC. CHAIN HOISTS W/PENDANT CONTROLS, MTD. ON PWR. TROLLIES | 1 | 5500.00 | 5,500.0 |
| 1006 | CRANE RUNWAY, APPROX. 80'L. (DBL.) I-BEAM, MTD. ON STRUCTURAL PIPE COLUMNS @ APPROX. 20' HOOK HT. | W/1005 | ******** | ********** |
| 1007 | PALLET RACK SECTIONS | 10 | 45.00 | 450.0 |
| 1008 | PALLET RACK SECTIONS | 6 | 45.00 | 270.0 |
| 1009 | STORAGE SHELVES, STEEL, CUSTOM | LOT | 425.00 | 425.0 |
| 1012 | CRANE RUNWAY, APPROX. 40'L. (DBL.) I-BEAM, 40'L. RUNWAY CONDUCTOR MTD. ON SQ. STRUCTURAL STEEL TUBING LEGS @ APPROX. 12' HOOK HT. | LOT | 300.00 | 300.0 |
| 1013A | MATERIAL STORAGE RACK | 1 | 100.00 | 100.0 |
| 1021 | PALLET RACK SECTIONS | 4 | 25.00 | 100.0 |
| 1022 | MATERIAL TRANSPORT CARTS | LOT | 300.00 | 300.0 |
| 1023 | WATER FOUNTAIN | 1 | 55.00 | 55.0 |
| 1029 | CONTENTS OF SHELVES: DRILL BITS, REAMERS, ETC. | LOT | 550.00 | 550.0 |
| 1030 | CONTENTS OF SHELVES: LUBRICANTS, NOZZLE DIP, ANTI-SPATTER SPRAY, PAINT FILTERS, ETC. | LOT | 350.00 | 350.0 |
| 1032 | SHELVES W/CONTENTS: SAW BLADES, DRILL BITS, ETC. | LOT | 550.00 | 550.0 |
| 1044 | WORK TABLES (YELLOW) | LOT | 25.00 | 25.0 |
| 1045 | PALLET RACK SECTIONS | 8 | 40.00 | 320.0 |
| 1049 | PALLET RACK SECTIONS | 8 | 25.00 | 200.0 |

CONTINUED NEXT PAGE

Case 1:00-cv-00032   Document 14   Filed in TXSD on 06/28/2000   Page 13 of 28

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 736   - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 5
AUCTION #: 888                EAGLE COACH CORPORATION                    PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|-------|-------------|------|------|------------|
| 1050 | SHELVES | LOT | 87.50 | 87.5 |
| 1051 | PALLET RACK SECTIONS | 8 | 25.00 | 200.0 |
| 1052 | PALLET RACK SECTIONS | 13 | 25.00 | 325.0 |
| 1053 | PALLET RACK SECTIONS | 5 | 25.00 | 125.0 |
| 1054 | METAL SHELVES | W/1050 | ******** | ********* |
| 1055 | MATERIAL RACKS | W/1050 | ******** | ********* |
| 1078A | TRANSITION CART, CUSTOM, TRACK MTD., 10' X 33' PWRD. CART | LOT | 300.00 | 300.0 |
| 1085 | MONORAIL SYSTEM, "U" CONFIGURATION, W/5 T. CAP. PNEU. HOIST, 3 T. CAP. MANUAL CHAIN HOIST, TROLLIES | LOT | 900.00 | 900.0 |
| 1087 | PALLET RACKS, SHOP FABRICATED, H.D. | LOT | 100.00 | 100.0 |
| 1088 | PALLET RACK SECTIONS | 10 | 20.00 | 200.0 |
| 1089 | PALLET RACK SECTIONS | 14 | 20.00 | 280.0 |
| 1090 | PALLET RACK SECTIONS | 8 | 20.00 | 160.0 |
| 1091 | PALLET RACK SECTIONS | 10 | 20.00 | 200.0 |
| 1092 | PALLET RACK SECTIONS | 10 | 20.00 | 200.0 |
| 1093 | PALLET RACK SECTIONS | 10 | 20.00 | 200.0 |
| 1094 | PALLET RACK SECTIONS | 12 | 20.00 | 240.0 |
| 1095 | PALLET RACK SECTIONS | 10 | 20.00 | 200.0 |
| 1096 | PALLET RACK SECTIONS | 9 | 20.00 | 180.0 |
| 1101 | PNEUMATIC HOSE REELS, SUSPENDED FROM CEILING | 5 | 20.00 | 100.0 |
| 1102 | PNEUMATIC HOSE REELS, SUSPENDED FROM CEILING | 5 | 20.00 | 100.0 |
| 1104 | PALLET RACK SECTIONS | 9 | 17.50 | 157.5 |

CONTINUED NEXT PAGE

CutePDF - www.tesisa.com

Case 1:00-cv-00032   Document 14   Filed in TXSD on 06/28/2000   Page 14 of 28

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 736   - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 8
AUCTION #: 888                EAGLE COACH CORPORATION                    _ PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUNT |
|---|---|---|---|---|
| 1105 | PALLET RACK SECTIONS | 8 | 17.50 | 140. |
| 1106 | PALLET RACK SECTIONS | 11 | 17.50 | 192.5 |
| 1107 | PALLET RACK SECTIONS | 7 | 17.50 | 122.5 |
| 1108 | PALLET RACK SECTIONS | 8 | 17.50 | 140. |
| 1112 | PALLET RACK SECTIONS | 14 | 17.50 | 245. |
| 1127 | CENTRAL A/C UNITS, CARRIER MDL. WEATHERMAKER, S/N W884256, S/N W884258 (ABOVE DYNO ROOM) | 2 | 950.00 | 1,900. |
| 1131 | AIR MAKE-UP UNIT, DEVILBISS MDL. ARG18, 2 m BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | 1 | 200.00 | 200. |
| 1132 | AIR MAKE-UP UNIT, DEVILBISS MDL. ARG18, 2 m BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | 1 | 200.00 | 200. |
| 1133 | AIR MAKE-UP UNIT, DEVILBISS MDL. ARG18, 2 m BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | 1 | 200.00 | 200. |
| 1134 | AIR MAKE-UP UNIT, DEVILBISS MDL. ARG18, 2 m BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | 1 | 200.00 | 200. |
| 1138 | PAINT EQUIPMENT CLEAN-UP STATION, SOLVENT TYPE | 1 | 125.00 | 125. |
| 1155 | COPIER, XEROX MDL. XC1255, W/STAND | LOT | 550.00 | 550. |

CONTINUED NEXT PAGE

CUtePDF - www.tuvia.com

INVOICE DATE: 07/01/98                          PLANT & MACHINERY, INC.

BUYER : 736  – DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE:
AUCTION #: 888            EAGLE COACH CORPORATION                    PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOU |
|-------|-------------|------|------|-----------|
| | | | | |
| | ITEMS TOTAL | | | 63,430. |
| | BUYERS PREMIUM @ 10.00% | | | 6,343. |
| | TAXABLE AMOUNT    69773.00 AT 8.250 | | | 5,756. |
| | INVOICE TOTAL | | | 75,529. |

I HEREBY CERTIFY THAT I HOLD LIMITED | THE UNDERSIGNED IS AUTHORIZED TO
SALES TAX PERMIT NO | RELEASE THE AUCTIONEER FROM ANY AND
AND THAT TANGIBLE PERSONAL PROPERTY | ALL RESPONSIBILITY FOR ALL THE ITEMS
LISTED ON THIS INVOICE IS FOR RESALE | PURCHASED AT SALE.
ONLY. I AM NORMALLY ENGAGED IN THE
BUSINESS OF _____

(SIGNED) _____    (SIGNED) _____ J.F.G.G.

NOTE: ALL ADJUSTMENTS MUST BE MADE BEFORE PURCHASES ARE REMOVED FROM THE
      PREMISES. ALL PURCHASES ON THIS INVOICE ARE SUBJECT TO THE TERMS
      AND CONDITIONS OF THIS SALE AS POSTED IN THE AUCTION CATALOG AND
      AUCTION BROCHURE AND AS ANNOUNCED AT THE SALE SITE.

==================================
I YELLOW COPY NEEDED FOR CHECK OUT I
==================================

DATE_____HOW PAID_____REF #_____INITIALS_____

PAID IN FULL $75,529.27.

PLANT & MACHINERY, INC.

JACK M. INTROLIGATOR
VICE PRESIDENT

INVOICE DATE: 07/01/98

PLANT & MACHINERY, INC.
PO BOX 19100, HOUSTON, TX 77224
8705 KATY FRWY. SUITE 300
HOUSTON, TEXAS 77024
PHONE: (713) 691-4401
FAX: (713) 672-7905

TO: DR JOSE F. GARAY GARCIA
CORPORACION INTEGRADORA PARA EL COMERCIO
112 FLECHA LANE UNIT B
LAREDO , TX 78041

BUYER #: 5736
AUCTION #: 888          EAGLE COACH CORPORATION

PAGE
PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMO |
|-------|-------------|------|------|----------|
| 712 | AIR COMPRESSOR, SULLAIR 75 HP SCREW TYPE, MDL. 16-75L, CABINET ENCLOSURE, SKID BASE, S/N 15370-CCD | 1 | 6000.00 | 6,000. |
| 713 | AIR COMPRESSOR, SULLAIR 75 HP SCREW TYPE, MDL. 16-75L, CABINET ENCLOSURE, SKID BASE, S/N 15368-CGD | 1 | 6000.00 | 6,000. |
| 714 | AIR COMPRESSOR, SULLAIR 75 HP SCREW TYPE, MDL. 16-75L, CABINET ENCLOSURE, SKID BASE, S/N 15369-CGD | 1 | 6000.00 | 6,000. |
| 715 | REFRIGERATED AIR DRYER, INGERSOLL-RAND, 1,000 CFM (EST.) CAP. | 1 | 1500.00 | 1,500. |
| 716 | VERTICAL AIR RECEIVER, STEEL FABRICATED, DIMS: 4' X 6' | 1 | 800.00 | 800. |
| 770 | MECHANICAL PLATE SHEAR, WYSONG 1/4" X 10' CAP., NEW 1976, MDL. 1025, 36" CAP. FRONT OPERATED PWR. BACKGAUGE, 3 FRONT SUPPT. ARMS, AIR CLUTCH, 103" CAP. R.H. & 86" CAP. L.H. SQUARING ARMS, S/N P37-581-1 | 1 | 22000.00 | 22,000. |
| 771 | MECHANICAL PLATE SHEAR, WYSONG 1/4" X 10' CAP., NEW 1975, MDL. 1025, 36" CAP. FRONT OPERATED PWR. BACKGAUGE, 3 FRONT SUPPT. ARMS, AIR CLUTCH, S/N P37-543 | 1 | 22000.00 | 22,000. |
| 772 | SHEAR BLADES | LOT | 1250.00 | 1,250. |
| 773 | SHEAR BLADES | W/772 | ******** | ********** |

CONTINUED NEXT PAGE

Case 1:00-cv-00032   Document 14   Filed in TXSD on 06/28/2000   Page 17 of 28

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 5736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 
AUCTION #: 888                    EAGLE COACH CORPORATION              PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOU |
|---|---|---|---|---|
| 776 | CNC PATTERN TORCH, LINDE MDL. CM50-48, NEW 1984, LINDE MDL. MICRO DIAL-IN CNC CONTROL, 2 OXY./ACY. TORCH HEADS, CANTILEVER ARM CONSTRUCTION, 48" X 120" MAX. CUTTING AREA, PWR. TORCH ELEVATION, VARI-SPD. DRIVES, 8 TORCH CONTROL CAPABILITY, S/N 84AST-726 | 1 | 4500.00 | 4,500. |
| 777 | ROLL FORMER, CUSTOM, USED TO FORM 47" NOMINAL WIDTH STIFFENED PANEL FOR BUS BODIES, 4 STANDS, 1-1/2" (EST.) JOURNAL DIA., 3-1/2" (EST.) MAX. ROLL DIA., 7-1/2 HP (EST.) DRIVE, CHAIN DRIVE TO STANDS, ENTRY & EXIT STOCK GUIDES, NON-PWRD. ENTRY & EXIT ROLLER CONVEYOR, SECTIONS, S/N N.A. | 1 | 5250.00 | 5,250. |
| 779 | VERTICAL BANDSAW, GROB 36", NEW 1987, MDL. 4V-36, 8-1/2" MAX. WORK HT., 1" MAX. BLADE WIDTH, BLADE SPDS: 40-5000 FPM, 24" X 28" TILTING PNEU. FEED TABLE, BLADE WELDER & GRINDER, S/N 1692 | 1 | 4500.00 | 4,500. |
| 781 | TUBING BENDER, HERBER MDL. RBM40, 1-1/2" DIA. X 1/16" WALL MILD STEEL CAP., CLOCKWISE ROTATION, 10' MAX. TUBE LENGTH OVER MANDREL, MANUAL CLAMPING, S/N 28467 | 1 | 6250.00 | 6,250. |
| 782 | MECHANICAL PRESSBRAKE, CINCINNATI 135 T. X 12', NEW 1975, MDL. 5 SERIES X 10', 126" DIST. BTN. HOUSINGS, 8-1/4" THROAT DEPTH, 3" STROKE, 5-1/2"W. BED W/T-SLOTTED FRONT & REAR FACES, 3-3/4" HT. DIE RISER, PNEU. ACTUATED CLUTCH LINKAGE, HURCO MDL. AUTOBEND 5S CNC PROGRAMMABLE BACKGAUGE, LINK-LITE SECURITY SYSTEM, S/N 39641 | 1 | 18500.00 | 18,500.0 |

CONTINUED NEXT PAGE

Case 1:00-cv-00032   Document 14   Filed in TXSD on 06/28/2000   Page 18 of 28

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 5736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: .
AUCTION #: 888                  EAGLE COACH CORPORATION                    - PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOU |
|---|---|---|---|---|
| 783 | HYDRAULIC PRESSBRAKE, HTC 120 T. X 12', NEW 1974, MDL. 120G, 125-1/2" DIST. BTN. HOUSINGS, 8-1/2" THROAT DEPTH, 2" HT. DIE RISER, HURCO CNC PROGRAMMABLE BACKGAUGE, LINK-LITE SECURITY LIGHT SYSTEM, S/N 874810/JOB #294 | 1 | 27500.00 | 27,500. |
| 785 | PRESSBRAKE DIES | LOT | 4000.00 | 4,000. |
| 786 | PRESSBRAKE DIES | LOT | 3000.00 | 3,000. |
| 789A | PANEL SAW, HENDRICK, 6' MAX. CUT WIDTH, UNLIMITED CUT LENGTH, 14" DIA. BLADE CAP., 5 HP BLADE DRIVE MOTOR, 4' X 8-1/2' TABLE, S/N N.A. | 1 | 2750.00 | 2,750. |
| 793 | ENGINE LATHE, SOUTHBEND TURN-NADO 17" X 57", 9" SW. OVER CROSSLIDE, 2-3/8" HOLE, SPDS: 30-1050 RPM, 10 HP MOTOR, INCH THDNG., HARD BEDWAYS, 12" DIA. 3-JAW CHUCK, 6-1/2" SQ. QUICK INDEXING TOOLPOST, CATALOG NO. CL170E, S/N N.A. | 1 | 1350.00 | 1,350. |
| 794A | HEX BED TURRET ATTACH., FOR USE W/17" SW. ENGINE LATHES | 1 | 1000.00 | 1,000. |
| 798 | INITIAL PINCH SHEETMETAL BENDING ROLL, LOWN 16 GA. X 8' CAP., MDL. B-474, 4" DIA. OF ALL 3 ROLLS, WIRE BENDING GROOVES TO R.H. END OF ROLLS, 1-1/2 HP MOTOR, MANUAL DROP END, S/N N.A. | 1 | 5000.00 | 5,000. |
| 799 | EXTRUSION BENDING MACHINES, CUSTOM, FOR RADIUSING & ALUMINUM EXTRUSIONS | LOT | 500.00 | 500.0 |
| 800 | VERTICAL TURRET MILL, MILLPORT MDL. 2, 9" X 42" TABLE, 30" LONG. TRAVEL, 2 HP STEP PULLEY HEAD, SPDS: 80-5440 RPM, PWR. LONG. FEED, S/N 320236 | 1 | 4000.00 | 4,000.0 |

CONTINUED NEXT PAGE

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 5736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE:
AUCTION #: 888              EAGLE COACH CORPORATION                    PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOU- |
|---|---|---|---|---|
| 806 | CNC ANGLE BENDING ROLL, ROUNDO MDL. R-3-S, NEW 1989, 3" X 3" X 3/8" CAP., ROUNDO MDL. PS/R PEDESTAL MTD. CNC CONTROL, HYD. OPERATED, ARBORS MAY BE POSITIONED HORIZONTALLY OR VERTICALLY, ENTRY & EXIT GUIDE ROLLS, MISC. ROLL TOOLING FOR TUBING, FLATBAR, ANGLE & CHANNEL, S/N 884402 | 1 | 31000.00 | 31,000. |
| 807 | RADIAL DRAW FORMER, CYRIL BATH, 72" DIA. DRILLED & TAPPED DIE TABLE W/2 ADJ. HYD. MTL. GRIPS, MAIN FORMING SLIDE W/50 T. TRAVERSE CYLINDER W/6' STROKE & CARRIAGE W/SWIVELLING BASE MTD. 37 T. FORMING RAM W/5' STROKE, AUX. TENSION & FORMING SLIDE W/28 T. TRAVERSE CYLINDER W/6' STROKE & CARRIAGE W/SWIVELLING BASE MTD. 20 T. AUX. CYLINDER W/2' STROKE, SWIVEL TO AUX. CYLINDER VIA 9 T. CYLINDER W/20" STROKE, 30 HP HYD. SYSTEM MOTOR, MISC. HYD. BOOST PUMPS & CIRCULATION PUMPS, SHOP FABRICATED AUX. PLATENS, S/N N.A. | 1 | 21000.00 | 21,000. |
| 808 | COLD SAW, PROMACUT 2" X 10" CAP., 20" BLADE DIA., 7-1/2 HP MOTOR, FOOT OPERATED FEED | 1 | 950.00 | 950.C |
| 916 | RECIPROCATING SHEAR, PULLMAX, 1/4" MAX. MTL. THICKNESS, 41-1/2" THROAT DEPTH, SHOP FABRICATED RADIUS CUTTING ATTACH., 4 HP MOTOR, S/N N.A. | 1 | 3000.00 | 3,000.C |
| 970 | VACUUM FORMING SYSTEM, PLASTI-VAC MDL. P6100N, DESIGNED FOR FORMING OF PLASTIC SHEET GOODS, 7' X 12' MOLD AREA, 72" PRESENT INSTALLED HT. FLOOR TO HEATING ELEMENTS, TRACK MTD. PWR. SHUTTLE TYPE MOLD CART W/ADJ. SHEET HOLDER, 4 HP VACUUM PUMP, OPERATOR'S CONTROL PANEL, S/N P6100X-709-1175 | 1 | 12500.00 | 12,500.2 |

CONTINUED NEXT PAGE

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 5736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE:
AUCTION #: 888                EAGLE COACH CORPORATION                    PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOL |
|---|---|---|---|---|
| 971 | WELDING MACHINE, LINDE MDL. 450 PULSE - 450 AMP PULSED DC PWR. SUPPLY, W/L-TEC 1 LB. ALUMINUM MIG SPOOL GUN | 1 | 450.00 | 450. |
| 972 | WELDING MACHINE, MILLER MDL. CP-250TS - 250 AMP DC PWR. SOURCE, W/MILLER MDL. 10E MIG WIRE FEEDER & 8'L. FABRICATED BOOM | 1 | 650.00 | 650. |
| 973 | WELDING MACHINE, MILLER MDL. CP-250TS - 250 AMP DC PWR. SOURCE, W/MILLER MDL. 10E MIG WIRE FEEDER & 8'L. FABRICATED BOOM | 1 | 650.00 | 650. |
| 974 | WELDING MACHINE, MILLER MDL. CP-250TS - 250 AMP DC PWR. SOURCE, W/MILLER MDL. 10E MIG WIRE FEEDER & 8'L. FABRICATED BOOM | 1 | 650.00 | 650.' |
| 975 | WELDING MACHINE, MILLER MDL. CP-250TS - 250 AMP DC PWR. SOURCE, W/MILLER MDL. 10E MIG WIRE FEEDER & 8'L. FABRICATED BOOM | 1 | 650.00 | 650.' |
| 1001 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | 1 | 11000.00 | 11,000.- |
| 1002 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | 1 | 11000.00 | 11,000.U |
| 1034 | WIRE HARNESS TEST EQUIPMENT, CABLE SCAN MDL. 512, W/MONITOR, KEYBOARD, OKIDATA 182 PRINTER, TABLE | LOT | 200.00 | 200.0 |
| 1036 | ENGRAVER, HERMES, USED FOR PLASTIC LAMINATE DASHBOARD TEMPLATES, S/N IRB2800051 | LOT | 600.00 | 600.0 |

CONTINUED NEXT PAGE

Case 1:00-cv-00032   Document 14   Filed in TXSD on 06/28/2000   Page 21 of 28

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 5736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 6
AUCTION #: 888                 EAGLE COACH CORPORATION                    PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|-------|-------------|------|------|------------|
| 1037 | WIRE STRIPPER & CUTTER, EUBANKS MDL. 02700, WIRE STRAIGHTENING, STRIPPING & CUTTING SECTIONS, S/N 389-590 | 1 | 5500.00 | 5,500.0 |
| 1038 | WIRE LABELER, TAB WIRE MARKER (DIV. OF EUBANKS ENGINEERING) MDL. 6720, S/N 389-465 | W/1037 | ******** | ********* |
| 1039 | ELECTRIC DEMAND PREFEEDER, EUBANKS MDL. 6215 | W/1037 | ******** | ********* |
| 1042 | LAMINATE SAW, HERMES, 24" MAX. CUT LENGTH, W/TABLE & HERMES MDL. B5 BEVELER | LOT | 200.00 | 200. |
| 1074 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | 1 | 7500.00 | 7,500. |
| 1075 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | 1 | 7500.00 | 7,500. |
| 1076 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | 1 | 7500.00 | 7,500. |
| 1077 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | 1 | 7500.00 | 7,500. |

CONTINUED NEXT PAGE

Case 1:00-cv-00032   Document 14   Filed in TXSD on 06/28/2000   Page 22 of 28

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 5736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 7
RUCTION #: 888                  EAGLE COACH CORPORATION                    PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|---|---|---|---|---|
| 078 | PAINT CURING OVEN, CUSTOM FABRICATED FROM DEVILBISS 15' X 55' BOLTED PANEL CONSTRUCTION & PAINT BOOTH, GAS FIRED HEATING, 5-1/2' HT. X 5'W. DBL. HINGED DOOR ON 1 END & ROLL-UP DOOR ON OPPOSITE END | 1 | 5000.00 | 5,000.0 |
| 079 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 30' X 8' HT., AIR EXHAUST TYPE, USED AS TOUCH-UP BOOTH, 10'W. SPLIT HINGED DOOR ON ONE END, 8' X 20' PAINT STORAGE & MIXING ROOM MTD. ON ONE SIDE | 1 | 2500.00 | 2,500.2 |
| 117 | BUS LIFT SYSTEM, DAYTON 39,000 LB. CAP., MDL. RF1212D-DRE-90, DRIVE-ON/DRIVE-OFF TYPE, 4-POST CONSTRUCTION, CABLE DRIVE, APPROX. DIMS: 10' X 30', APPROX. 6' LIFT HT., 45' MAX. OVERALL LENGTH OF BUS | LOT | 4750.00 | 4,750.00 |
| 118 | BUS LIFT SYSTEM, KONI-HOLLANDA 30,800 LB. CAP., MDL. 3723-37, DRIVE-ON/DRIVE-OFF TYPE 4-POST CONSTRUCTION, CABLE DRIVE, APPROX. DIMS: 10' X 30', APPROX. 6' LIFT HT., 40' MAX. OVERALL LENGTH OF BUS | 1 | 100.00 | 100.00 |
| 20 | LOAD CELL BASED BUS WEIGHT SYSTEM, W/6 SEPARATE REMOVABLE LOAD CELLS FOR VEHICLE WT. | LOT | 1100.00 | 1,100.00 |
| 21 | DYNOMOMETER TEST CELL EQUIPMENT, AW DYNOMOMETER COMPUTERIZED TEST APPARATUS, WATER BRAKE TYPE CHASSIS DYNO FOR TESTING BUSSES W/TANDEM AXLE DRIVE ARRANGEMENT, READ-OUTS FOR: SPEED, RPM, TORQUE, HP & PERCENTAGE OF TORQUE RISE, PAPER TAPE PRINT-OUT, CHART RECORDER, OMEGA DIGITAL PROGRAMMABLE CONTROLS, SCANNER, HAND-HELD PENDANT CONTROL | 1 | 5750.00 | 5,750.00 |

NTINUED NEXT PAGE

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 5736 - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: :
AUCTION #: 888          EAGLE COACH CORPORATION                    PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOU: |
|-------|-------------|------|------|------------|
| 1122 | HEADLIGHT ADJUSTMENT SYSTEM, HUNTER, W/FLOOR TRACK | W/1121 | ******** | ********* |
| 1126A | BRAKE DRUM LATHE, STAR TRANSFERMATIC MDL. 53DS, FOR LG. TRUCKS & BUSSES, S/N 3391 | 1 | 1600.00 | 1,600.: |
| | ITEMS TOTAL | | | 304,450.: |
| | BUYERS PREMIUM @ 10.00% | | | 30,445.: |
| | INVOICE TOTAL | | | 334,895.: |

I HEREBY CERTIFY THAT I HOLD LIMITED
SALES TAX PERMIT NO          MFG
AND THAT TANGIBLE PERSONAL PROPERTY
LISTED ON THIS INVOICE IS FOR RESALE
ONLY. I AM NORMALLY ENGAGED IN THE
BUSINESS OF _Maufactureng Exception_

(SIGNED) _J.F.G.G_

THE UNDERSIGNED IS AUTHORIZED TO
RELEASE THE AUCTIONEER FROM ANY AND
ALL RESPONSIBILITY FOR ALL THE ITEMS
PURCHASED AT SALE.

(SIGNED) _J.F.G.G_

NOTE: ALL ADJUSTMENTS MUST BE MADE BEFORE PURCHASES ARE REMOVED FROM THE
      PREMISES. ALL PURCHASES ON THIS INVOICE ARE SUBJECT TO THE TERMS
      AND CONDITIONS OF THIS SALE AS POSTED IN THE AUCTION CATALOG AND
      AUCTION BROCHURE AND AS ANNOUNCED AT THE SALE SITE.

I YELLOW COPY NEEDED FOR CHECK OUT I

DATE_____HOW PAID_____REF #_____INITIALS_____

PAID IN FULL $334,895.00

PLANT & MACHINERY, INC.

JACK M. INTROLIGATOR
VICE PRESIDENT

**STATE OF TEXAS**

**COUNTY OF CAMERON**          **RETURN AND INVENTORY**

The undersigned affiant, being a Peace Officer under the laws of Texas being duly sworn, on oath certifies that the foregoing warrant came to hand on the day that it was issued and that it was executed on the 03 day of August, 1999, at 9:45 o'clock AM by making the search directed therein and seizing during such search the following described property:

Item #1:
Carrier Weathermaker air-conditioning unit, serial number 3288G71304, model 50CHF008600, 69 1/2 " x 82" x 32 1/2" cabinet enclosure, with skid base, green in color. Recovered and seized at 11:05am 08-03-99.

Item #2:
Carrier Weathermaker air-conditioning unit, serial number W884256, model 50 DP-012-600, 86 1/2" x 83 " x 42 1/2" cabinet enclosure, with skid base, green in color. Recovered and seized at 11:15am 08-03-99.

Item #3:
Carrier Weathermaker air-conditioning unit, serial number W884258, model 50 DP-012-600, 86 1/2" x 83 " x 42 1/2" cabinet enclosure, with skid base, green in color. Recovered and seized at 11:25am 08-03-99.

Item #4:
Rudd 10 Seer air-conditioning unit, 4-ton unit, serial number 5432-M3396-13570, model UAKA - 048JAZ, 36 1/2" X 31" X 25 1/2" cabinet enclosure, greens in color. Recovered and seized at 11:25am 08-03-99.

Item#5:
Grey metal, 26' 6" x 10" long Bus Duct Circuit Breaker panel bar, Recovered and seized at 1:44pm 08-03-99.

Item#6:
Grey metal, 20" x 45" electrical panel box, Recovered and seized at 1:58pm 08-03-99



EXHIBIT

C

metal 29" x 20" electrical panel box. Recovered and seized at 2:00pm 08-03-99

Item#8:
Grey metal, 23" x 15" x 16" "Dry-type" electrical transformer box. Recovered and seized at 2:01pm 08-03-99.

Item#9:
Grey metal, 17 1/2" x 14 1/2" x 6" electrical panel box. Recovered and seized at 2:06pm 08-03-99.

Item#10:
White metal, 16" x 12" x 4" electrical panel box. Recovered and seized at 2:06pm 08-03-99.

Item#11:
Grey metal, 35' 10" x 10" long Bus Duct Circuit Breaker panel bar. Recovered and seized at 2:27pm 08-03-99. (Had to be dismantled into two sections)

Item #12:
Eight sections of electrical wiring metal piping.
- Section 1    160 inches long, 4 inches in diameter
- Section 2    118 1/2 inches long, 2" inches in diameter
- Section 3    120 inches long, 2inches in diameter
- Section 4    124 inches long, 3 inches in diameter
- Section 5    124 inches long, 3 inches in diameter
- Section 6    84 inches long, 4 inches in diameter
- Section 7    122 inches long, 4 inches in diameter
- Section 8    120 inches long, 4 inches in diameter

Recovered and seized at 2:45pm 08-03-99.

Item #13:

Three sections of water line pipes
- Section 1  272 inches long, 4 inches in diameter
- Section 2  217 inches long, 4 inches in diameter
- Section 3  243 inches long, 4 inches in diameter

Recovered and seized at 2:55pm 08-03-99.

Item #14:

Grey metal, 15" x 9" x 4 1/2" electrical panel box. Recovered and seized at 2:00pm 08-03-99

Item #15

White metal, 7 1/2" x 10" x 4 1/2 " electrical panel box.  Recovered and seized at 2:00pm 08-03-99.

AFFIANT

The above was sworn to and subscribed before me the undersigned authority on the _____ day of August 1999.

Case 1:00-cv-00032   Document 14   Filed in TXSD on 06/28/2000   Page 27 of 28

PLANT & MACHINERY, INC.

AUCTION OF:

EAGLE COACH CORPORATION

| LOT | QTY | DESCRIPTION | AMT. | LOT | QTY | DESCRIPTION | AMT. |
|-----|-----|-------------|------|-----|-----|-------------|------|
| 1109 | 3 | CANTILEVER MATERIAL RACKS | | 1124 | 1 | AIR COMPRESSOR, INGERSOLL-RAND MDL. P18, 3 HP, W/30 GAL. HZ. AIR RECEIVER | |
| 1110 | 3 | CANTILEVER MATERIAL RACKS | | 1125 | LOT | WORKBENCH W/VISE, SHOP FAN, FOLDING TABLE, DESK, CHAIR | |
| 1111 | 3 | CANTILEVER MATERIAL RACKS | | 1126 | 1 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | |
| 1112 | 14 | PALLET RACK SECTIONS | | | | | |
| 1113 | LOT | CYCLONE FENCE, EST. 315 LINEAR FT., 10' HT. | | | | | |
| 1114 | LOT | WATER FOUNTAINS & EYE WASH STATION | | | | | |
| 1115 | 2 | BULK STORAGE TANKS, FIBERGLASS | | 1126A | 1 | BRAKE DRUM LATHE, STAR TRANSFERMATIC MDL. 530S, FOR LG. TRUCKS & BUSSES, S/N 3391 | |
| 1116 | 2 | BULK STORAGE TANKS, STEEL | | 1127 | 2 | CENTRAL A/C UNITS, CARRIER MDL. WEATHERMAKER, S/N W884256, S/N W884258 (ABOVE DYNO ROOM) | |
| 1117 | LOT | BUS LIFT SYSTEM, DAYTON 39,000 LB. CAP., MDL. RF1212D-IORE-90, DRIVE-ON/DRIVE-OFF TYPE, 4-POST CONSTRUCTION, CABLE DRIVE, APPROX. DIMS: 10' X 30', APPROX. 6' LIFT HT., 45' MAX. OVERALL LENGTH OF BUS | | 1128 | LOT | STORAGE CABINETS, PALLET RACK, TABLES, ETC. | |
| | | | | 1129 | LOT | PORTABLE BUILDING, APPROX. 8' X 16', W/CONTENTS | |
| 1118 | 1 | BUS LIFT SYSTEM, KONI-HOLLANDA 30,000 LB. CAP., MDL. 3723-37, DRIVE-ON/DRIVE-OFF TYPE 4-POST CONSTRUCTION, CABLE DRIVE, APPROX. DIMS: 10' X 30', APPROX. 6' LIFT HT., 40' MAX. OVERALL LENGTH OF BUS | | 1130 | LOT | WORK SCAFFOLDS & SANDBAGS | |
| | | | | 1131 | 1 | AIR MAKE-UP UNIT, DEVILBISS MDL. AR618, 2 m BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | |
| 1119 | LOT | BUS CHASSIS WHEEL ALIGNMENT SYSTEM, HUNTER | | | | | |
| 1120 | LOT | LOAD CELL BASED BUS WEIGHT SYSTEM, W/6 SEPARATE REMOVABLE LOAD CELLS FOR VEHICLE WT. | | 1132 | 1 | AIR MAKE-UP UNIT, DEVILBISS MDL. AR618, 2 m BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | |
| 1121 | 1 | DYNOMOMETER TEST CELL EQUIPMENT, AN DYNOMOMETER COMPUTERIZED TEST APPARATUS, WATER BRAKE TYPE CHASSIS DYNO FOR TESTING BUSSES W/TANDEM AXLE DRIVE ARRANGEMENT, READ-OUTS FOR: SPEED, RPM, TORQUE, HP & PERCENTAGE OF TORQUE RISE, PAPER TAPE PRINT-OUT, CHART RECORDER, OMEGA DIGITAL PROGRAMMABLE CONTROLS, SCANNER, HAND-HELD PENDANT CONTROL | | 1133 | 1 | AIR MAKE-UP UNIT, DEVILBISS MDL. AR618, 2 m BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | |
| | | | | 1134 | 1 | AIR MAKE-UP UNIT, DEVILBISS MDL. AR618, 2 m BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | |
| 1122 | LOT | HEADLIGHT ADJUSTMENT SYSTEM, HUNTER, W/FLOOR TRACK | | 1135 | 1 | STORAGE BUILDING, FABRICATED FROM TRUCK VAN BODY, ROLL-UP DOOR ON ONE END, USED FOR STORAGE LOCKER | |
| 1123 | LOT | PERSONAL COMPUTER, DELL 486P/25, W/MONITOR, KEYBOARD, MOUSE | | 1136 | 1 | STORAGE BUILDING, FABRICATED FROM TRUCK VAN BODY, ROLL-UP DOOR ON ONE END, USED FOR STORAGE LOCKER | |

**STATE OF TEXAS**

**COUNTY OF CAMERON** ·        *SEARCH WARRANT*

TO THE SHERIFF OR ANY PEACE OFFICER OF CAMERON COUNTY, TEXAS

GREETINGS:

Whereas, Complaint in writing, under oath, has been made before me by Santiago B. Manrrique a peace officer employed by the Brownsville Police Department, which complaint is made hereof for all purposes and said complaint having stated facts and information in my opinion sufficient to establish probable cause for the issuance of this warrant.

*YOU ARE THEREFORE COMMANDED* to forthwith search a location at 4980 Mar Street located within the city limits of Brownsville, Cameron County, Texas. The said location being a parcel of land of approximately 5 acres surrounded by a temporary, metal, chain link fence. Said property can be located at the end of Mar Street which is on the East side of Central Avenue facing South and seize evidence tending to show that Julio Garcia committed the offense of third degree felony Criminal Mischief and Theft including but not limited to metal pipes that are consistent with that which were cut from the sprinkler system, metal electrical boxes which were installed and part of the structure at the current building which belongs to the City of Brownsville located at 2045 Les Mauldin Road and removed from said location without effective consent and any other evidence connected to the third degree felony Criminal Mischief and Theft.

HEREIN FAIL NOT and return make thereof.

WITNESS MY SIGNATURE on this the 2ND day of Aug. 1999 at 3:50 o'clock P. m.

Judge _____ Court
Cameron County, Texas