# Civil ~~Courtroom~~ *IN-CHAMBERS* Minutes

United States District Court
Southern District of Texas
FILED

JUN 28 2000

Michael N. Milby, Clerk of C...

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas    ■ Koerner |
| DATE | 06 – 28 – 00 |
| TIME | 10:00 a.m. – 10:20 a.m. |
| CIVIL ACTION | B – 00 – 32 |
| STYLE | Maplex, S.A. de C.V. *versus* City of Brownsville |

## DOCKET ENTRY

(HGT)  ■ Initial Pretrial Conference;  ☐ Motion Hearing;  (~~Rptr. Brock Record~~)

William P. Huttenbach    for    ■ Ptf. #_____    ☐ Deft. #_____

Dalby Fleming    for    ☐ Ptf. #_____    ■ Deft. #_____

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☐ Argument heard on:   ☐ all pending motions;   ☐ Following motions
☐ Motions taken under advisement: _____
■ Order to be entered.    SCHEDULING ORDER and STATUS CONFERENCE
☐ Miscellaneous review set: _____

Comments:

1. The Parties informed the Court that they do not anticipate discovery disputes.

2. The Parties do not anticipate settlement, however, they are amenable to mediation or some type of ADR after some discovery is completed.

3. The Parties were informed that the Court will strictly enforce procedural rules and deadlines, and that agreed motions for continuances will not be granted as a matter of course. The Parties were also informed that the Court's Chamber Rules and the Local Rules have been recently amended.

1

4. The Parties were provided with a copy of the court's written opinion signed on June 28, 2000 that decided the Defendant's motion for a stay, and motion to dismiss and, in the alternative, motion for a more definite statement.

5. The Parties stated that they would immediately inform the Court of any rulings in the state court

2