17

United States District Court
Southern District of Texas
ENTERED

JUL 11 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

Maplex §
versus §
City of Brownsville §
§
§   CIVIL ACTION B-00-032

Scheduling Order

1. Trial: Estimated time to try: __3__ days.        ☐ Bench   ☒ Jury

2. New parties must be joined by:       __10-13-00__

   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by:   __1-15-01__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     __3-26-01__

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.

************************   The court will provide these dates.   ************************

6. Dispositive Motions will be filed by:    __4-30-01__

7. Joint pretrial order is due:    __7-20-01__

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    __8-2-01__

9. Jury Selection is set for 9:00 a.m. on:    __8-6-01__

The case will remain on standby until tried.

Signed __July 5__, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge