United States District Court
Southern District of Texas
FILED

JUL 07 2000

Michael N. Milby
Clerk of Court

18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAPLEX, S.A. DE C.V.          §
        Plaintiff,          §
                  §
VS.          §          CIVIL ACTION NO. B-00-032
                  §          JURY TRIAL REQUESTED
CITY OF BROWNSVILLE,          §
        Defendant.          §

---

## PLAINTIFF'S SECOND AMENDED ORIGINAL COMPLAINT

---

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, MAPLEX, S.A. DE C.V., hereinafter referred to as Plaintiff, complaining of CITY OF BROWNSVILLE, hereinafter referred to as Defendant, and for cause of action would respectfully show unto this Court as follows:

1.    By Court Order dated June 28, 2000, the above-referenced Court has granted leave for Plaintiff to file this Second Amended Original Complaint in order to comply with an Order Granting a Motion for More Definite Statement.

### JURISDICTION AND VENUE

2.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a). Specifically, diversity jurisdiction exists because Plaintiff has sued to recover damages in excess of $100,000.00 and complete diversity exists between the parties. This Court also has jurisdiction under the doctrine of Alienage Jurisdiction, as Plaintiff is a foreign corporation. This Court also has jurisdiction under § 1983 *et seq.*, which is a Federal statute for various civil rights violations.

3.      Plaintiff, Maplex, S.A. De C.V., is a foreign corporation organized and existing in the Country of Mexico.  Defendant is a city located in the State of Texas.

4.      Venue is proper in the Southern District of Texas because this is where Defendant has its principal place of business, where the relevant documents are kept, where Plaintiff purchased the assets from the bankruptcy sale and/or where Defendant's improper actions occurred.

5.      Defendant, City of Brownsville, may be served with summons by serving the proper representative of the City of Brownsville.  However, the City of Brownsville has appeared in this lawsuit and has been provided notice of this pleading through its counsel of record, Dalby Fleming, Davidson & Troilo, P.C., 7550 West IH-10, Suite 800, San Antonio, Texas 78229-5815.

## FACTS

6.      For a period of time, Defendant leased premises to Eagle Coach Corp. ("Eagle"). Eagle's business deteriorated and it entered bankruptcy.  When Eagle entered bankruptcy, it owed Defendant monies for unpaid rental payments.  Plaintiff acquired Eagle's assets at the bankruptcy sale.  One of the reasons that Plaintiff purchased the assets at the bankruptcy sale, was that the City of Brownsville assured Plaintiff that it would charge a low rent to lease these premises.  Defendant also made other representations to Plaintiff to entice Plaintiff to bid on Eagle's assets at the bankruptcy sale.  Specifically, Defendant's representatives told Plaintiff that the City of Brownsville wanted to keep the business located in Brownsville and did not want the assets purchased by a corporation and moved to another city in the valley.  The City of Brownsville wanted to keep the jobs in the City of Brownsville as well as increase the commerce

2

Case1:00-cv-00032Document18FiledinTXSDon07/07/2000Page3of29

thatwouldflowthroughtheCityofBrownsvilleasaresultofthecompanystayinginBrownsville. TheCityrepresentedthatitwouldofferotherperksifPlaintiffboughttheassets.

7.PlaintiffbelievesthatDefendant'srepresentationscreatedanoralcontract. Plaintiffprovidedconsiderationforthecontractbypurchasingtheassetsatthebankruptcyestatesale. IfDefendantclaimsthatsuchacontractdoesnotexist, thenDefendantshouldbeestoppedfromclaimingthisbecausePlaintiffreliedonDefendant'srepresentationsandperformeditsobligationspursuanttothecontract. Defendantiscurrentlyinnegotiationswithanotherentitytoleasethesesamepremises. Duringthesenegotiations, Defendantmadethesameorsimilarrepresentationsinordertoleasethepremises. DefendantalsobreachedawrittenleaseagreementwhenitdidnotallowPlaintiffareasonabletimetovacatethepremisesafternolong-termleaseagreementwasnegotiated.

8.DefendantmadeotherrepresentationstoenticePlaintiffintopurchasingtheassets. PlaintiffnowbelievesthatDefendantmadetheserepresentationstocausePlaintifftosubmitahigherbidfortheassetsatthebankruptcysale. BecausetheCityofBrownsvillewasthecreditorofthebankruptcyestate, alargerbidfortheassetswouldgeneratealargerecoveryfortheCityofBrownsvillefromthebankruptcyestate.

9.AsaresultofDefendant'srepresentations, Plaintiffdidsubmitalargebidforthebankruptcyassetsandwasawardedownershipoftheassets. Plaintiff'sbidfortheassetsatthebankruptcysalegreatlyexceeded$100,000. Afterobtainingtheassets, Plaintiffwantedtoleasethepremisessoallowittobeginitsbusiness.

10.Consequently, PlaintiffandDefendantenteredintoaletterofagreementregardingthefacilitydatedJuly28, 1998. Pursuanttothetermsoftheletterofagreement, Plaintiffsubmittedalumpsumpaymentof$75,000.00inconsiderationoftheauthorizationtooccupythe3 990699.990699/123496.01

premises for the three-month period contemplated by the letter of agreement. Defendant agreed to this lease even though the terms were contrary to earlier representations.

11.      Later, again contrary to earlier representations, Defendant tried to raise the monthly lease payments to $35,000.00 per month (Plaintiff's predecessor was paying $19,000.00 for the use of the premises). Rather than charging less than the previous amount, Defendant began charging almost double the amount.

12.      After further negotiations proved unsuccessful, Plaintiff subsequently notified Defendant that it would vacate the premises and requested two months (a reasonable time) to vacate the premises. During this time, the City of Brownsville improperly used its governmental powers to harass and damage Plaintiff. For example, the City of Brownsville used its own police officers to prevent Plaintiff from reentering the leased premises when the City had neither filed a forcible entry and detainer action nor obtained a Writ of Possession. This use of police force in a private situation was improper. This improper eviction resulted in Plaintiff losing possession of property (the leasehold) without due process of law.

13.      Defendant's officials also harassed Plaintiff's representatives, improperly detained people working for Plaintiff. More specifically, on May 6, 1999, police officers detained Olga Diaz, searched her vehicle, took photographs of her possessions and interrogated her. After refusing to allow her to reenter the premises, the police officers allowed her to leave but began following her vehicle as she left the premises. The police officers followed her for approximately three miles from the property when the police officers pulled her over and requested that she return to the premises. After she accompanied the officers back to the property, the police officers spoke with other officers who told the officers on the scene to keep

4

Ms. Diaz at the property. Ms. Diaz used her cellular telephone to call her attorney who, after a period of time, obtained the officers' permission to allow Ms. Diaz to leave the premises.

14.    After Plaintiff had been unlawfully evicted from the leased premises, the Plaintiff leased a warehouse to begin storing its property. In an attempt to continue to harass and retaliate against Plaintiff, the City of Brownsville told Plaintiff's new landlord that the warehouse storing the materials had been improperly zoned, and that Plaintiff should not be allowed to keep its materials at the new warehouse. The City of Brownsville threatened the new landlord with violations if it did not evict the Plaintiff. This act again interfered with Plaintiff's property right in the leased premises.

15.    The City of Brownsville next used its governmental powers to have the police department execute a search warrant and seize assets at Plaintiff's new location. The City of Brownsville seized at least two air-conditioning units that it knew belonged to Plaintiff. The City knew that the air conditioning units belonged to the Plaintiff because it knew what assets were being sold at the foreclosure sale. The serial numbers of the units sold at the bankruptcy sale matched the serial numbers of the units seized by the search warrant. Rather than go to a judicial forum to determine ownership of these assets, the City used its governmental powers to improperly seize these assets. The City also performed other improper acts to damage Plaintiff.

16.    In this case, Plaintiff has alleged at least five (5) Section 1983 violations. First, the City of Brownsville promised to use its governmental powers to confer benefits upon Plaintiff, if Plaintiff purchased assets at a bankruptcy sale. However, Defendant never provided the benefits as represented. Second, the City of Brownsville used its governmental powers to improperly evict Plaintiff from leased premises without obtaining a writ of possession or filing a forcible entry and detainer action. Such action violated Plaintiff's due process rights under the

5

Fourteenth Amendment because Defendant deprived Plaintiff of "life, liberty or property, without due process of law."

17.     Third, Defendant improperly detained and interrogated people who were working for Plaintiff.  Fourth, Defendant discriminatorily enforced zoning laws.  After Plaintiff had been evicted from the leased premises, Plaintiff moved its assets to a new location.  Plaintiff began leasing a warehouse.  Defendant contacted the owner of the warehouse and informed the owner that Plaintiff would not be allowed to store its assets at the warehouse due to zoning violations. This also interfered with Plaintiff's property interest in the leased premises.

18.     Fifth, Defendant improperly seized assets belonging to Plaintiff.  Defendant was a creditor at a bankruptcy estate sale.  Defendant knew what assets were being sold at the auction. Specifically, Defendant did not object that various items were being sold at the auction.  Among the items sold at the auction were two air conditioning units.  After Plaintiff purchased these assets and other assets, Defendant had its officials execute a search warrant and seize some of the very assets that were purchased by Plaintiff at the bankruptcy estate auction.  As seen by Exhibits "A" and "B", Plaintiff purchased, among other assets, two air conditioner units at the bankruptcy sale, which were subsequently seized by the Defendant.  Again, Defendant used its governmental powers to improperly seize property belonging to Plaintiff.

19.     Plaintiff will show this Court that the City of Brownsville induced Plaintiff to purchase the assets of Eagle for several reasons.  Indeed, but for Defendant's representations, Plaintiff would never have purchased the assets of Eagle.  By promising lower rental rates and additional perks, the City wanted to increase Plaintiff's bid to purchase the assets, which would increase the amount of money that the City could obtain from the bankruptcy estate.

6

990699.990699/123496.01

20.    Plaintiff's claims against Defendant include breach of contract, fraud, fraudulent inducement, misrepresentation, tortuous interference with business relations, tortuous interference with a contract, libel, slander and business disparagement.  Plaintiff also sues under §1983 et seq. for various civil rights violations, including depriving Plaintiff of its liberty rights by improper detention, depriving Plaintiff of its property rights without due process of law, the right to be in business and discriminatory enforcement of zoning laws.

21.    Plaintiff alleges that Defendant breached the oral contract between Plaintiff and Defendant that was made as a result of Defendant being a creditor at the bankruptcy estate sale. Defendant also breached the lease agreement contract when it failed to provide Plaintiff with a reasonable time to move out of the premises.  Defendant also violated Plaintiff's due process rights by improperly evicting Plaintiff from the premises, which resulted in Plaintiff having to leave items on the premises.

22.    Plaintiff seeks to recover its lost profits, damage to its representation in the community, loss of business opportunities, monies it paid to purchase the assets at the bankruptcy sale, all costs and expenses associated with the business it purchased in the bankruptcy estate, attorneys' fees, pre-judgment and post-judgment interest, and Court costs within the jurisdictional limits of this Court.   These amounts greatly exceed $100,000. Specifically, Plaintiff bid well over $100,000.00 to acquire Eagle's assets at the bankruptcy sale.

23.    Plaintiff also seeks punitive damages in the amount of $3,000,000.00.

7

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer all said allegations and that upon final hearing, Plaintiff receives the following relief:

(a)    Economic damages in the amount of at least $1,000,000.00;

(b)    Punitive damages in the amount of at least $3,000,000.00;

(c)    Additional compensatory damages as shown to this Court;

(d)    Pre-judgment interest;

(e)    Post-judgment interest;

(f)    Attorneys' fees, experts' fees, Court costs and expenses incurred herein; and

(g)    Any such additional relief as this Court deems just.

## JURY DEMAND

1.    Plaintiff demands a trial by jury of all issues of fact in this action.

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: _____
Eric Lipper
State Bar No. 12399000
Fed. ID. No. 11442
William P. Huttenbach
State Bar No. 24002330
Fed. ID. No. 21742
25th Floor, Bank of America
700 Louisiana
Houston, Texas 77002
TEL: 713/220-9181
FAX: 713/223-9319

OF COUNSEL:

HIRSCH & WESTHEIMER, P.C.

LEAD COUNSEL FOR PLAINTIFF, MAPLEX, S.A. DE C.V.

990699.990699/123496.01

## CERTIFICATE OF SERVICE

I hereby certify that on this __5th__ day of July, 2000, a true and correct copy of Plaintiff's Second Amended Original Complaint was forwarded by certified mail return receipt requested or telecopier to the following counsel of record:

Dalby Fleming
Davidson & Troilo
7550 West IH-10, Suite 800
San Antonio, Texas 78229-5815
**Telecopier No. 210/349-0041**
**CMRRR No. Z 401 816 734**


J. Homer Garza
The Garza Law Firm, P.C.
1111 North Loop West, Suite 927
Houston, Texas  77008-4716
**Telecopier No. 713/880-9373**

William P. Huttenbach

990699.990699/123496.01

INVOICE DATE: 07/01/98

PLANT & MACHINERY, INC.
PO BOX 19100, HOUSTON, TX 77224
8705 KATY FRWY. SUITE 300
HOUSTON, TEXAS 77024
PHONE: (713) 691-4401
FAX: (713) 672-7905

TO: DR JOSE F. GARAY GARCIA
CORPORACION INTEGRADORA PARA EL COMERCIO
112 FLECHA LANE UNIT B
LAREDO , TX 78041

BUYER #: 736                                                    PAGE:
AUCTION #: 888        EAGLE COACH CORPORATION                   PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|---|---|---|---|---|
| 292A | TELEPHONE SYSTEM, AT&T DEFINITY SYSTEM X75 MDL. 4B, R1V2 SOFTWARE, 111 SGL. LINE PHONES, 48 MULTI-LINE PHONES, 5 W/DISPLAY, ATTENDANT CONSOLE, LOUDSPEAKER PAGING, MDL. 3A-3B UPGRADE (DELAYED DELIVERY) | LOT | 3500.00 | 3,500.0 |
| 293 | PALLET RACKS (DELAYED DELIVERY) | 4 | 150.00 | 600.0 |
| 294 | PALLET RACKS (DELAYED DELIVERY) | 4 | 150.00 | 600.0 |
| 295 | PALLET RACKS (DELAYED DELIVERY) | 4 | 150.00 | 600.0 |
| 296 | PALLET RACKS (DELAYED DELIVERY) | 3 | 150.00 | 450.0 |
| 297 | PALLET RACKS (DELAYED DELIVERY) | 3 | 150.00 | 450.0 |
| 298 | SHELVES, METAL (DELAYED DELIVERY) | LOT | 500.00 | 500.0 |
| 299 | SHELVES, METAL (DELAYED DELIVERY) | W/298 | ******** | ********* |
| 300 | SHELVES, METAL (DELAYED DELIVERY) | W/298 | ******** | *********- |
| 301 | SHELVES, METAL (DELAYED DELIVERY) | W/298 | ******** | *********- |
| 367 | TORQUE WRENCH, WILLIAMS, 2000 FT./LB. CAP. | 1 | 1500.00 | 1,500.00 |
| 368 | TORQUE WRENCH | 1 | 1100.00 | 1,100.00 |
| 369 | TORQUE WRENCH | W/368 | ******** | *********** |
| 370 | TORQUE WRENCH | W/368 | ******** | *********** |
| 406 | MAGNETIC BASE DRILL, MILWAUKEE | 1 | 500.00 | 500.0 |

CONTINUED NEXT PAGE



**EXHIBIT**

_A_

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: :
AUCTION #: 888                EAGLE COACH CORPORATION               -PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOU |
|-------|-------------|------|------|-----------|
| 407 | MAGNETIC BASE DRILL, MILWAUKEE | 1 | 500.00 | 500. |
| 444 | BATTERY CABLE CRIMPER, ELEC. OVER HYD. | 1 | 500.00 | 500. |
| 487 | PALLET RACKS | 3 | 180.00 | 540. |
| 719 | MONORAIL SYSTEM, CUSTOM, SHED TYPE ROOF, 2 T. CAP. PNEU. HOIST | LOT | 400.00 | 400. |
| 720 | BULK FUEL STORAGE TANKS, APPROX. DIMS: 4' X 6', ON STRUCTURAL STEEL STANDS | 3 | 225.00 | 675. |
| 720B | PALLET RACKS | 2 | 75.00 | 150. |
| 722 | CANTILEVER MATERIAL RACKS | 3 | 800.00 | 2,400. |
| 723 | CANTILEVER MATERIAL RACKS | 4 | 800.00 | 3,200. |
| 807A | MONORAIL SYSTEM, CUSTOM, 22' X 25' | 1 | 750.00 | 750. |
| 907 | DESKS, WORK TABLES, CHAIRS | LOT | 400.00 | 400. |
| 908 | DESKS, WORK TABLES, CHAIRS | W/907 | ******** | ********* |
| 909 | DESKS, CHAIRS, TABLES | W/907 | ******** | ********* |
| 910 | PLOTTER, HEWLETT PACKARD MDL. HP-GL/2 LANGUAGE DESIGN JET PLOTTER, W/DRAFTING TABLE | LOT | 900.00 | 900. |
| 931 | BOTTLE RACK, PALLET RACK, SHELF | LOT | 500.00 | 500. |
| 932 | OPEN END HOPPER, FOR USE W/FORKLIFT | W/931 | ******** | ********* |
| 933 | SCAFFOLD PLATFORMS, CUSTOM | W/931 | ******** | ********* |
| 935 | MATERIAL RACKS | 4 | 450.00 | 1,800.0 |
| 936 | MATERIAL RACKS | 4 | 450.00 | 1,800.0 |
| 939 | MATERIAL RACKS | 4 | 200.00 | 800.0 |

CONTINUED NEXT PAGE

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 736   - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE:
AUCTION #: 888              EAGLE COACH CORPORATION                    PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOU |
|-------|-------------|------|------|-----------|
| 977 | OVERHEAD CRANE, CUSTOM 3 T. X 30' SPAN, UNDERSLUNG BRIDGE W/SGL. MAIN I-BEAM CONSTRUCTION, UNDERSLUNG 3 T. CAP. BEEBE BROTHERS ELEC. CHAIN HOIST W/PENDANT CONTROL MTD. ON PWR. TROLLEY | 1 | 5000.00 | 5,000. |
| 978 | OVERHEAD CRANE, CUSTOM 3 T. X 30' SPAN, UNDERSLUNG BRIDGE W/SGL. MAIN I-BEAM CONSTRUCTION, UNDERSLUNG 3 T. CAP. BEEBE BROTHERS ELEC. CHAIN HOIST W/PENDANT CONTROL MTD. ON PWR. TROLLEY | 1 | 5000.00 | 5,000. |
| 979 | OVERHEAD CRANE RUNWAY, 160'L. (DBL.) STRUCTURAL I-BEAM, SUSPENDED FROM BLDG. STRUCTURE BY STRUCTURAL STEEL I-BEAM & OTHER MISC. SUPPTS., W/RUNWAY CONDUCTOR | LOT | 2250.00 | 2,250. |
| 980 | HOIST TROLLEY SYSTEM, STRAIGHT & CURVED SECTIONS, MTD. ON SHARED STEEL COLUMN SUPPTS. | LOT | 6500.00 | 6,500. |
| 981 | ELECTRIC HOIST, BEEBE 2 T. CAP., W/TROLLEY | W/980 | ******** | ********* |
| 982 | ELECTRIC HOIST, BEEBE 2 T. CAP., W/TROLLEY | W/980 | ******** | ********* |
| 983 | HOISTS, MILWAUKEE 2 T. CAP. ELEC., BUDGIT 2 T. CAP. PNEU., W/TROLLIES | W/980 | ******** | ********* |
| 984 | HOISTS, C&M 2 T. CAP., BEEBE 2 T. CAP., ELEC., W/TROLLIES | W/980 | ******** | ********* |
| 985 | HOISTS, BEEBE 3 T. CAP., BUDGIT 2 T. CAP., ELEC., W/TROLLIES | W/980 | ******** | ********* |
| 986 | SHELVES, RACK, PALLET RACK | LOT | 250.00 | 250. |
| 987 | PALLET RACK SECTIONS | 9 | 150.00 | 1,350. |

CONTINUED NEXT PAGE

Case 1:00-cv-00032   Document 18   Filed in TXSD on 07/07/2000   Page 13 of 29

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 736   - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 4
AUCTION #: 888                EAGLE COACH CORPORATION                  -PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUNT |
|-------|-------------|------|------|-------------|
| 1005 | OVERHEAD CRANE, CUSTOM 6 T. CAP. X 30' SPAN, UNDERSLUNG BRIDGE W/SGL. MAIN I-BEAM CONSTRUCTION W/2 BEEBE 3 T. CAP. ELEC. CHAIN HOISTS W/PENDANT CONTROLS, MTD. ON PWR. TROLLIES | 1 | 5500.00 | 5,500.00 |
| 1006 | CRANE RUNWAY, APPROX. 80'L. (DBL.) I-BEAM, MTD. ON STRUCTURAL PIPE COLUMNS @ APPROX. 20' HOOK HT. | W/1005 | ******** | ********** |
| 1007 | PALLET RACK SECTIONS | 10 | 45.00 | 450.00 |
| 1008 | PALLET RACK SECTIONS | 6 | 45.00 | 270.00 |
| 1009 | STORAGE SHELVES, STEEL, CUSTOM | LOT | 425.00 | 425.00 |
| 1012 | CRANE RUNWAY, APPROX. 40'L. (DBL.) I-BEAM, 40'L. RUNWAY CONDUCTOR MTD. ON SQ. STRUCTURAL STEEL TUBING LEGS @ APPROX. 12' HOOK HT. | LOT | 300.00 | 300.00 |
| 1013A | MATERIAL STORAGE RACK | 1 | 100.00 | 100.00 |
| 1021 | PALLET RACK SECTIONS | 4 | 25.00 | 100.00 |
| 1022 | MATERIAL TRANSPORT CARTS | LOT | 300.00 | 300.00 |
| 1023 | WATER FOUNTAIN | 1 | 55.00 | 55.00 |
| 1029 | CONTENTS OF SHELVES: DRILL BITS, REAMERS, ETC. | LOT | 550.00 | 550.00 |
| 1030 | CONTENTS OF SHELVES: LUBRICANTS, NOZZLE DIP, ANTI-SPATTER SPRAY, PAINT FILTERS, ETC. | LOT | 350.00 | 350.00 |
| 1032 | SHELVES W/CONTENTS: SAW BLADES, DRILL BITS, ETC. | LOT | 550.00 | 550.00 |
| 1044 | WORK TABLES (YELLOW) | LOT | 25.00 | 25.00 |
| 1045 | PALLET RACK SECTIONS | 8 | 40.00 | 320.00 |
| 1049 | PALLET RACK SECTIONS | 8 | 25.00 | 200.00 |

CONTINUED NEXT PAGE

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 736   - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 5
AUCTION #: 888              EAGLE COACH CORPORATION                    _PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|---|---|---|---|---|
| 1050 | SHELVES | LOT | 87.50 | 87.5 |
| 1051 | PALLET RACK SECTIONS | 8 | 25.00 | 200.0 |
| 1052 | PALLET RACK SECTIONS | 13 | 25.00 | 325.0 |
| 1053 | PALLET RACK SECTIONS | 5 | 25.00 | 125.0 |
| 1054 | METAL SHELVES | W/1050 | ******** | ********** |
| 1055 | MATERIAL RACKS | W/1050 | ******** | ********** |
| 1078A | TRANSITION CART, CUSTOM, TRACK MTD., 10' X 33' PWRD. CART | LOT | 300.00 | 300.0 |
| 1085 | MONORAIL SYSTEM, "U" CONFIGURATION, W/5 T. CAP. PNEU. HOIST, 3 T. CAP. MANUAL CHAIN HOIST, TROLLIES | LOT | 900.00 | 900.0 |
| 1087 | PALLET RACKS, SHOP FABRICATED, H.D. | LOT | 100.00 | 100.0 |
| 1088 | PALLET RACK SECTIONS | 10 | 20.00 | 200.0 |
| 1089 | PALLET RACK SECTIONS | 14 | 20.00 | 280.0 |
| 1090 | PALLET RACK SECTIONS | 8 | 20.00 | 160.0 |
| 1091 | PALLET RACK SECTIONS | 10 | 20.00 | 200.0 |
| 1092 | PALLET RACK SECTIONS | 10 | 20.00 | 200.0 |
| 1093 | PALLET RACK SECTIONS | 10 | 20.00 | 200.0 |
| 1094 | PALLET RACK SECTIONS | 12 | 20.00 | 240.0 |
| 1095 | PALLET RACK SECTIONS | 10 | 20.00 | 200.0 |
| 1096 | PALLET RACK SECTIONS | 9 | 20.00 | 180.0 |
| 1101 | PNEUMATIC HOSE REELS, SUSPENDED FROM CEILING | 5 | 20.00 | 100.0 |
| 1102 | PNEUMATIC HOSE REELS, SUSPENDED FROM CEILING | 5 | 20.00 | 100.0 |
| 1104 | PALLET RACK SECTIONS | 9 | 17.50 | 157.5 |

CONTINUED NEXT PAGE

Case 1:00-cv-00032   Document 18   Filed in TXSD on 07/07/2000   Page 15 of 29

INVOICE DATE: 07/01/98                    PLAN. & MACHINERY, INC.

BUYER : 736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE:
AUCTION #: 888                EAGLE COACH CORPORATION                    PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOL |
|-------|-------------|------|------|-----------|
| 1105 | PALLET RACK SECTIONS | 8 | 17.50 | 140. |
| 1106 | PALLET RACK SECTIONS | 11 | 17.50 | 192. |
| 1107 | PALLET RACK SECTIONS | 7 | 17.50 | 122. |
| 1108 | PALLET RACK SECTIONS | 8 | 17.50 | 140. |
| 1112 | PALLET RACK SECTIONS | 14 | 17.50 | 245. |
| 1127 | CENTRAL A/C UNITS, CARRIER MDL. WEATHERMAKER, S/N W884256, S/N W884258 (ABOVE DYNO ROOM) | 2 | 950.00 | 1,900. |
| 1131 | AIR MAKE-UP UNIT, DEVILBISS MDL. ARG18, 2 m BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | 1 | 200.00 | 200. |
| 1132 | AIR MAKE-UP UNIT, DEVILBISS MDL. ARG18, 2 m BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | 1 | 200.00 | 200. |
| 1133 | AIR MAKE-UP UNIT, DEVILBISS MDL. ARG18, 2 m BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | 1 | 200.00 | 200. |
| 1134 | AIR MAKE-UP UNIT, DEVILBISS MDL. ARG18, 2 m BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | 1 | 200.00 | 200. |
| 1138 | PAINT EQUIPMENT CLEAN-UP STATION, SOLVENT TYPE | 1 | 125.00 | 125. |
| 1155 | COPIER, XEROX MDL. XC1255, W/STAND | LOT | 550.00 | 550. |

CONTINUED NEXT PAGE

CutePDF - www.foxitsoftware.com

Case 1:00-cv-00032   Document 18   Filed in TXSD on 07/07/2000   Page 16 of 29

```
INVOICE DATE: 07/01/98              PLANT & MACHINERY, INC.

BUYER : 736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 7
AUCTION #: 888          EAGLE COACH CORPORATION                    -PMI
```

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | ITEMS TOTAL | | | 63,430.0 |
| | BUYERS PREMIUM @ 10.00% | | | 6,343.0 |
| | TAXABLE AMOUNT   69773.00 AT 8.250 | | | 5,756.2 |
| | INVOICE TOTAL | | | 75,529.2 |

```
===========================================================================
I I HEREBY CERTIFY THAT I HOLD LIMITED I ITHE UNDERSIGNED IS AUTHORIZED TO
I SALES TAX PERMIT NO                   IRELEASE THE AUCTIONEER FROM ANY AND
I AND THAT TANGIBLE PERSONAL PROPERTY I IALL RESPONSIBILITY FOR ALL THE ITEMS
I LISTED ON THIS INVOICE IS FOR RESALE I IPURCHASED AT SALE.
I ONLY. I AM NORMALLY ENGAGED IN THE   I I
IBUSINESS OF _____  I I
I _____     I I
I                                      I I            J.F.G.G.
I (SIGNED) _____ I I(SIGNED) _____
===========================================================================
NOTE: ALL ADJUSTMENTS MUST BE MADE BEFORE PURCHASES ARE REMOVED FROM THE
      PREMISES. ALL PURCHASES ON THIS INVOICE ARE SUBJECT TO THE TERMS
      AND CONDITIONS OF THIS SALE AS POSTED IN THE AUCTION CATALOG AND
      AUCTION BROCHURE AND AS ANNOUNCED AT THE SALE SITE.
            ========================================
            I YELLOW COPY NEEDED FOR CHECK OUT I
            ========================================
DATE_____HOW PAID_____REF #_____INITIALS_____
```

PAID IN FULL $75,529.27.

PLANT & MACHINERY, INC.

JACK M. INTROLIGATOR
VICE PRESIDENT

INVOICE DATE: 07/01/98

PLANT & MACHINERY, INC.
PO BOX 19100, HOUSTON, TX 77224
8705 KATY FRWY. SUITE 300
HOUSTON, TEXAS 77024 -
PHONE: (713) 691-4401
FAX: (713) 672-7905

TO: DR JOSE F. GARAY GARCIA
    CORPORACION INTEGRADORA PARA EL COMERCIO
    112 FLECHA LANE UNIT B
    LAREDO , TX 78041

BUYER #: 5736
AUCTION #: 888          EAGLE COACH CORPORATION

PAGE:
PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|-------|-------------|------|------|------------|
| 712 | AIR COMPRESSOR, SULLAIR 75 HP SCREW TYPE, MDL. 16-75L, CABINET ENCLOSURE, SKID BASE, S/N 15370-CCD | 1 | 6000.00 | 6,000.0 |
| 713 | AIR COMPRESSOR, SULLAIR 75 HP SCREW TYPE, MDL. 16-75L, CABINET ENCLOSURE, SKID BASE, S/N 15368-CGD | 1 | 6000.00 | 6,000.0 |
| 714 | AIR COMPRESSOR, SULLAIR 75 HP SCREW TYPE, MDL. 16-75L, CABINET ENCLOSURE, SKID BASE, S/N 15369-CGD | 1 | 6000.00 | 6,000.0 |
| 715 | REFRIGERATED AIR DRYER, INGERSOLL-RAND, 1,000 CFM (EST.) CAP. | 1 | 1500.00 | 1,500.0 |
| 716 | VERTICAL AIR RECEIVER, STEEL FABRICATED, DIMS: 4' X 6' | 1 | 800.00 | 800.0 |
| 770 | MECHANICAL PLATE SHEAR, WYSONG 1/4" X 10' CAP., NEW 1976, MDL. 1025, 36" CAP. FRONT OPERATED PWR. BACKGAUGE, 3 FRONT SUPPT. ARMS, AIR CLUTCH, 103" CAP. R.H. & 86" CAP. L.H. SQUARING ARMS, S/N P37-581-1 | 1 | 22000.00 | 22,000.0 |
| 771 | MECHANICAL PLATE SHEAR, WYSONG 1/4" X 10' CAP., NEW 1975, MDL. 1025, 36" CAP. FRONT OPERATED PWR. BACKGAUGE, 3 FRONT SUPPT. ARMS, AIR CLUTCH, S/N P37-543 | 1 | 22000.00 | 22,000.0 |
| 772 | SHEAR BLADES | LOT | 1250.00 | 1,250.0 |
| 773 | SHEAR BLADES | W/772 | ******** | **********- |

CONTINUED NEXT PAGE

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 5736  – DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: .
AUCTION #: 888                EAGLE COACH CORPORATION                      PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUI |
|---|---|---|---|---|
| 776 | CNC PATTERN TORCH, LINDE MDL. CM50-48, NEW 1984, LINDE MDL. MICRO DIAL-IN CNC CONTROL, 2 OXY./ACY. TORCH HEADS, CANTILEVER ARM CONSTRUCTION, 48" X 120" MAX. CUTTING AREA, PWR. TORCH ELEVATION, VARI-SPD. DRIVES, 8 TORCH CONTROL CAPABILITY, S/N 84AST-726 | 1 | 4500.00 | 4,500. |
| 777 | ROLL FORMER, CUSTOM, USED TO FORM 47" NOMINAL WIDTH STIFFENED PANEL FOR BUS BODIES, 4 STANDS, 1-1/2" (EST.) JOURNAL DIA., 3-1/2" (EST.) MAX. ROLL DIA., 7-1/2 HP (EST.) DRIVE, CHAIN DRIVE TO STANDS, ENTRY & EXIT STOCK GUIDES, NON-PWRD. ENTRY & EXIT ROLLER CONVEYOR, SECTIONS, S/N N.A. | 1 | 5250.00 | 5,250. |
| 779 | VERTICAL BANDSAW, GROB 36", NEW 1987, MDL. 4V-36, 8-1/2" MAX. WORK HT., 1" MAX. BLADE WIDTH, BLADE SPDS: 40-5000 FPM, 24" X 28" TILTING PNEU. FEED TABLE, BLADE WELDER & GRINDER, S/N 1692 | 1 | 4500.00 | 4,500. |
| 781 | TUBING BENDER, HERBER MDL. RBM40, 1-1/2" DIA. X 1/16" WALL MILD STEEL CAP., CLOCKWISE ROTATION, 10' MAX. TUBE LENGTH OVER MANDREL, MANUAL CLAMPING, S/N 28467 | 1 | 6250.00 | 6,250. |
| 782 | MECHANICAL PRESSBRAKE, CINCINNATI 135 T. X 12', NEW 1975, MDL. 5 SERIES X 10', 126" DIST. BTN. HOUSINGS, 8-1/4" THROAT DEPTH, 3" STROKE, 5-1/2"W. BED W/T-SLOTTED FRONT & REAR FACES, 3-3/4" HT. DIE RISER, PNEU. ACTUATED CLUTCH LINKAGE, HURCO MDL. AUTOBEND 5S CNC PROGRAMMABLE BACKGAUGE, LINK-LITE SECURITY SYSTEM, S/N 39641 | 1 | 18500.00 | 18,500. |

CONTINUED NEXT PAGE

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 5736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 3
AUCTION #: 888              EAGLE COACH CORPORATION              PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|-------|-------------|------|------|------------|
| 783 | HYDRAULIC PRESSBRAKE, HTC 120 T. X 12', NEW 1974, MDL. 120G, 125-1/2" DIST. BTN. HOUSINGS, 8-1/2" THROAT DEPTH, 2" HT. DIE RISER, HURCO CNC PROGRAMMABLE BACKGAUGE, LINK-LITE SECURITY LIGHT SYSTEM, S/N 874810/JOB #294 | 1 | 27500.00 | 27,500.0 |
| 785 | PRESSBRAKE DIES | LOT | 4000.00 | 4,000.0 |
| 786 | PRESSBRAKE DIES | LOT | 3000.00 | 3,000.0 |
| 789A | PANEL SAW, HENDRICK, 6' MAX. CUT WIDTH, UNLIMITED CUT LENGTH, 14" DIA. BLADE CAP., 5 HP BLADE DRIVE MOTOR, 4' X 8-1/2' TABLE, S/N N.A. | 1 | 2750.00 | 2,750.0 |
| 793 | ENGINE LATHE, SOUTHBEND TURN-NADO 17" X 57", 9" SW. OVER CROSSLIDE, 2-3/8" HOLE, SPDS: 30-1050 RPM, 10 HP MOTOR, INCH THDNG., HARD BEDWAYS, 12" DIA. 3-JAW CHUCK, 6-1/2" SQ. QUICK INDEXING TOOLPOST, CATALOG NO. CL170E, S/N N.A. | 1 | 1350.00 | 1,350.0 |
| 794A | HEX BED TURRET ATTACH., FOR USE W/17" SW. ENGINE LATHES | 1 | 1000.00 | 1,000.0 |
| 798 | INITIAL PINCH SHEETMETAL BENDING ROLL, LOWN 16 GA. X 8' CAP., MDL. B-474, 4" DIA. OF ALL 3 ROLLS, WIRE BENDING GROOVES TO R.H. END OF ROLLS, 1-1/2 HP MOTOR, MANUAL DROP END, S/N N.A. | 1 | 5000.00 | 5,000.0 |
| 799 | EXTRUSION BENDING MACHINES, CUSTOM, FOR RADIUSING & ALUMINUM EXTRUSIONS | LOT | 500.00 | 500.0 |
| 800 | VERTICAL TURRET MILL, MILLPORT MDL. 2, 9" X 42" TABLE, 30" LONG. TRAVEL, 2 HP STEP PULLEY HEAD, SPDS: 80-5440 RPM, PWR. LONG. FEED, S/N 320236 | 1 | 4000.00 | 4,000.0 |

CONTINUED NEXT PAGE

Case 1:00-cv-00032   Document 18   Filed in TXSD on 07/07/2000   Page 20 of 29

INVOICE DATE: 07/01/98

PLANT & MACHINERY, INC.

BUYER : 5736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 4
AUCTION #: 888                    EAGLE COACH CORPORATION                PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|---|---|---|---|---|
| 806 | CNC ANGLE BENDING ROLL, ROUNDO MDL. R-3-S, NEW 1989, 3" X 3" X 3/8" CAP., ROUNDO MDL. PS/R PEDESTAL MTD. CNC CONTROL, HYD. OPERATED, ARBORS MAY BE POSITIONED HORIZONTALLY OR VERTICALLY, ENTRY & EXIT GUIDE ROLLS, MISC. ROLL TOOLING FOR TUBING, FLATBAR, ANGLE & CHANNEL, S/N 884402 | 1 | 31000.00 | 31,000.0 |
| 807 | RADIAL DRAW FORMER, CYRIL BATH, 72" DIA. DRILLED & TAPPED DIE TABLE W/2 ADJ. HYD. MTL. GRIPS, MAIN FORMING SLIDE W/50 T. TRAVERSE CYLINDER W/6' STROKE & CARRIAGE W/SWIVELLING BASE MTD. 37 T. FORMING RAM W/5' STROKE, AUX. TENSION & FORMING SLIDE W/28 T. TRAVERSE CYLINDER W/6' STROKE & CARRIAGE W/SWIVELLING BASE MTD. 20 T. AUX. CYLINDER W/2' STROKE, SWIVEL TO AUX. CYLINDER VIA 9 T. CYLINDER W/20" STROKE, 30 HP HYD. SYSTEM MOTOR, MISC. HYD. BOOST PUMPS & CIRCULATION PUMPS, SHOP FABRICATED AUX. PLATENS, S/N N.A. | 1 | 21000.00 | 21,000.0 |
| 808 | COLD SAW, PROMACUT 2" X 10" CAP., 20" BLADE DIA., 7-1/2 HP MOTOR, FOOT OPERATED FEED | 1 | 950.00 | 950.0 |
| 816 | RECIPROCATING SHEAR, PULLMAX, 1/4" MAX. MTL. THICKNESS, 41-1/2" THROAT DEPTH, SHOP FABRICATED RADIUS CUTTING ATTACH., 4 HP MOTOR, S/N N.A. | 1 | 3000.00 | 3,000.0 |
| 870 | VACUUM FORMING SYSTEM, PLASTI-VAC MDL. P6100N, DESIGNED FOR FORMING OF PLASTIC SHEET GOODS, 7' X 12' MOLD AREA, 72" PRESENT INSTALLED HT. FLOOR TO HEATING ELEMENTS, TRACK MTD. PWR. SHUTTLE TYPE MOLD CART W/ADJ. SHEET HOLDER, 4 HP VACUUM PUMP, OPERATOR'S CONTROL PANEL, S/N P6100X-709-1175 | 1 | 12500.00 | 12,500.0 |

CONTINUED NEXT PAGE

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

BUYER : 5736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 5
AUCTION #: 888              EAGLE COACH CORPORATION                    PMI

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|-------|-------------|------|------|------------|
| 971 | WELDING MACHINE, LINDE MDL. 450 PULSE - 450 AMP PULSED DC PWR. SUPPLY, W/L-TEC 1 LB. ALUMINUM MIG SPOOL GUN | 1 | 450.00 | 450.0 |
| 972 | WELDING MACHINE, MILLER MDL. CP-250TS - 250 AMP DC PWR. SOURCE, W/MILLER MDL. 10E MIG WIRE FEEDER & 8'L. FABRICATED BOOM | 1 | 650.00 | 650.0 |
| 973 | WELDING MACHINE, MILLER MDL. CP-250TS - 250 AMP DC PWR. SOURCE, W/MILLER MDL. 10E MIG WIRE FEEDER & 8'L. FABRICATED BOOM | 1 | 650.00 | 650.0 |
| 974 | WELDING MACHINE, MILLER MDL. CP-250TS - 250 AMP DC PWR. SOURCE, W/MILLER MDL. 10E MIG WIRE FEEDER & 8'L. FABRICATED BOOM | 1 | 650.00 | 650.0 |
| 975 | WELDING MACHINE, MILLER MDL. CP-250TS - 250 AMP DC PWR. SOURCE, W/MILLER MDL. 10E MIG WIRE FEEDER & 8'L. FABRICATED BOOM | 1 | 650.00 | 650.0 |
| 1001 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | 1 | 11000.00 | 11,000.0 |
| 1002 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | 1 | 11000.00 | 11,000.0 |
| 1034 | WIRE HARNESS TEST EQUIPMENT, CABLE SCAN MDL. 512, W/MONITOR, KEYBOARD, OKIDATA 182 PRINTER, TABLE | LOT | 200.00 | 200.0 |
| 1036 | ENGRAVER, HERMES, USED FOR PLASTIC LAMINATE DASHBOARD TEMPLATES, S/N IRB2800051 | LOT | 600.00 | 600.0 |

CONTINUED NEXT PAGE

Case 1:00-cv-00032  Document 18  Filed in TXSD on 07/07/2000  Page 22 of 29

INVOICE DATE: 07/01/98                    PLANT & MACHINERY, INC.

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUN |
|-------|-------------|------|------|------------|
| 1037 | WIRE STRIPPER & CUTTER, EUBANKS MDL. 02700, WIRE STRAIGHTENING, STRIPPING & CUTTING SECTIONS, S/N 389-590 | 1 | 5500.00 | 5,500.0 |
| 1038 | WIRE LABELER, TAB WIRE MARKER (DIV. OF EUBANKS ENGINEERING) MDL. 6720, S/N 389-465 | W/1037 | ******** | ********** |
| 1039 | ELECTRIC DEMAND PREFEEDER, EUBANKS MDL. 6215 | W/1037 | ******** | ********** |
| 1042 | LAMINATE SAW, HERMES, 24" MAX. CUT LENGTH, W/TABLE & HERMES MDL. B5 BEVELER | LOT | 200.00 | 200.0 |
| 1074 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | 1 | 7500.00 | 7,500.0 |
| 1075 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | 1 | 7500.00 | 7,500.0 |
| 1076 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | 1 | 7500.00 | 7,500. |
| 1077 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | 1 | 7500.00 | 7,500. |

CONTINUED NEXT PAGE

CSMPDF - www.fastio.com

Case 1:00-cv-00032   Document 18   Filed in TXSD on 07/07/2000   Page 23 of 29

INVOICE DATE: 07/01/98                     PLANT & MACHINERY, INC.

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUNT |
|---|---|---|---|---|
| 1078 | PAINT CURING OVEN, CUSTOM FABRICATED FROM DEVILBISS 15' X 55' BOLTED PANEL CONSTRUCTION & PAINT BOOTH, GAS FIRED HEATING, 5-1/2' HT. X 5'W. DBL. HINGED DOOR ON 1 END & ROLL-UP DOOR ON OPPOSITE END | 1 | 5000.00 | 5,000.00 |
| 1079 | PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 30' X 8' HT., AIR EXHAUST TYPE, USED AS TOUCH-UP BOOTH, 10'W. SPLIT HINGED DOOR ON ONE END, 8' X 20' PAINT STORAGE & MIXING ROOM MTD. ON ONE SIDE  . | 1 | 2500.00 | 2,500.00 |
| 1117 | BUS LIFT SYSTEM, DAYTON 39,000 LB. CAP., MDL. RF1212D-DRE-90, DRIVE-ON/DRIVE-OFF TYPE, 4-POST CONSTRUCTION, CABLE DRIVE, APPROX. DIMS: 10' X 30', APPROX. 6' LIFT HT., 45' MAX. OVERALL LENGTH OF BUS | LOT | 4750.00 | 4,750.00 |
| 118 | BUS LIFT SYSTEM, KONI-HOLLANDA 30,800 LB. CAP., MDL. 3723-37, DRIVE-ON/DRIVE-OFF TYPE 4-POST CONSTRUCTION, CABLE DRIVE, APPROX. DIMS: 10' X 30', APPROX. 6' LIFT HT., 40' MAX. OVERALL LENGTH OF BUS | 1 | 100.00 | 100.00 |
| 120 | LOAD CELL BASED BUS WEIGHT SYSTEM, W/6 SEPARATE REMOVABLE LOAD CELLS FOR VEHICLE WT. | LOT | 1100.00 | 1,100.00 |
| 121 | DYNOMOMETER TEST CELL EQUIPMENT, AW DYNOMOMETER COMPUTERIZED TEST APPARATUS, WATER BRAKE TYPE CHASSIS DYNO FOR TESTING BUSSES W/TANDEM AXLE DRIVE ARRANGEMENT, READ-OUTS FOR: SPEED, RPM, TORQUE, HP & PERCENTAGE OF TORQUE RISE, PAPER TAPE PRINT-OUT, CHART RECORDER, OMEGA DIGITAL PROGRAMMABLE CONTROLS, SCANNER, HAND-HELD PENDANT CONTROL | 1 | 5750.00 | 5,750.00 |

ONTINUED NEXT PAGE

```
INVOICE DATE: 07/01/98              PLANT & MACHINERY, INC.

BUYER : 5736  - DR JOSE F. GARAY GARCIA CORPORACION INTEGRADORA PARA EL PAGE: 8
AUCTION #: 888              EAGLE COACH CORPORATION                      PMI
```

| LOT # | DESCRIPTION | QTY. | EACH | EXT. AMOUNT |
|-------|-------------|------|------|-------------|
| 1122 | HEADLIGHT ADJUSTMENT SYSTEM, HUNTER, W/FLOOR TRACK | W/1121 | ******** | ********** |
| 1126A | BRAKE DRUM LATHE, STAR TRANSFERMATIC MDL. 53DS, FOR LG. TRUCKS & BUSSES, S/N 3391 | 1 | 1600.00 | 1,600.00 |
| | ITEMS TOTAL | | | 304,450.00 |
| | BUYERS PREMIUM @ 10.00% | | | 30,445.00 |
| | INVOICE TOTAL | | | 334,895.00 |

```
I HEREBY CERTIFY THAT I HOLD LIMITED    THE UNDERSIGNED IS AUTHORIZED TO
SALES TAX PERMIT NO          MFG        RELEASE THE AUCTIONEER FROM ANY AND
AND THAT TANGIBLE PERSONAL PROPERTY     ALL RESPONSIBILITY FOR ALL THE ITEMS
LISTED ON THIS INVOICE IS FOR RESALE    PURCHASED AT SALE.
ONLY. I AM NORMALLY ENGAGED IN THE
BUSINESS OF  Manufacturing Exemption

(SIGNED)  J.F.G.G                       (SIGNED)  J.F.G.G
```

NOTE: ALL ADJUSTMENTS MUST BE MADE BEFORE PURCHASES ARE REMOVED FROM THE
PREMISES. ALL PURCHASES ON THIS INVOICE ARE SUBJECT TO THE TERMS
AND CONDITIONS OF THIS SALE AS POSTED IN THE AUCTION CATALOG AND
AUCTION BROCHURE AND AS ANNOUNCED AT THE SALE SITE.

```
=========================================
  YELLOW COPY NEEDED FOR CHECK OUT
=========================================
```

DATE_____HOW PAID_____REF #_____INITIALS_____

PAID IN FULL $334,895.00

PLANT & MACHINERY, INC.

JACK M. INTROLIGATOR
VICE PRESIDENT

**STATE OF TEXAS**

**COUNTY OF CAMERON**          **RETURN AND INVENTORY**

The undersigned affiant, being a Peace Officer under the laws of Texas being duly sworn, on oath certifies that the foregoing warrant came to hand on the day that it was issued and that it was executed on the 03 day of August, 1999, at 9:45 o'clock AM by making the search directed therein and seizing during such search the following described property:

Item #1:
Carrier Weathermaker air-conditioning unit, serial number 3288G71304, model 50CHF008600, 69 1/2 " x 82" x 32 1/2" cabinet enclosure, with skid base, green in color. Recovered and seized at 11:05am 08-03-99.

Item #2:
Carrier Weathermaker air-conditioning unit, serial number W884256, model 50 DP-012-600, 86 1/2" x 83" x 42 1/2" cabinet enclosure, with skid base, green in color. Recovered and seized at 11:15am 08-03-99.

Item #3:
Carrier Weathermaker air-conditioning unit, serial number W884258, model 50 DP-012-600, 86 1/2" x 83" x 42 1/2" cabinet enclosure, with skid base, green in color. Recovered and seized at 11:25am 08-03-99.

Item #4:
Rudd 10 Seer air-conditioning unit, 4-ton unit, serial number 5432-M3396-13570, model UAKA - 048JAZ, 36 1/2" X 31" X 25 1/2" cabinet enclosure, greens in color. Recovered and seized at 11:25am 08-03-99.

Item#5:
Grey metal, 26' 6" x 10" long Bus Duct Circuit Breaker panel bar, Recovered and seized at 1:44pm 08-03-99.

Item#6:
Grey metal, 20" x 45" electrical panel box, Recovered and seized at 1:58pm 08-03-99

**EXHIBIT**
**B**

APR-10-2000   00:52                              3%              P.02

metal 29" x 20" electrical panel box. Recovered and seized at 2:00pm 08-03-99

em#8:
Grey metal, 23" x 15" x 16" "Dry-type" electrical transformer box. Recovered and seized at
2:01pm 08-03-99.

Item#9:
Grey metal, 17 1/2" x 14 1/2" x 6" electrical panel box. Recovered and seized at 2:06pm 08-03-99.

Item#10:
White metal, 16" x 12" x 4" electrical panel box. Recovered and seized at 2:06pm 08-03-99.

Item#11:
Grey metal, 35' 10" x 10" long Bus Duct Circuit Breaker panel bar. Recovered and seized at
2:27pm 08-03-99. (Had to be dismantled into two sections)

Item #12:
Eight sections of electrical wiring metal piping.
- Section 1  160 inches long, 4 inches in diameter
- Section 2  118 1/2 inches long, 2" inches in diameter
- Section 3  120 inches long, 2inches in diameter
- Section 4  124 inches long, 3 inches in diameter
- Section 5  124 inches long, 3 inches in diameter
- Section 6  84 inches long, 4 inches in diameter
- Section 7  122 inches long, 4 inches in diameter
- Section 8  120 inches long, 4 inches in diameter

Recovered and seized at 2:45pm 08-03-99.

Item #13:

Three sections of water line pipes
- Section 1  272 inches long, 4 inches in diameter
- Section 2  217 inches long, 4 inches in diameter
- Section 3  243 inches long, 4 inches in diameter

Recovered and seized at 2:55pm 08-03-99.

Item #14:

Grey metal, 15" x 9" x 4 1/2" electrical panel box. Recovered and seized at 2:00pm 08-03-99

Item #15

White metal, 7 1/2" x 10" x 4 1/2 " electrical panel box.  Recovered and seized at 2:00pm 08-03-99.

AFFIANT

The above was sworn to and subscribed before me the undersigned authority on the _____ day of August 1999.

Case 1:00-cv-00032   Document 18   Filed in TXSD on 07/07/2000   Page 28 of 29

PLANT & MACHINERY, INC.

AUCTION OF:

EAGLE COACH CORPORATION

AUCTION DATE: JUNE 30, 1998

| LOT | QTY DESCRIPTION | AMT. | LOT | QTY DESCRIPTION | AMT. |
|---|---|---|---|---|---|
| 1109 | 3 CANTILEVER MATERIAL RACKS | ___ | 1124 | 1 AIR COMPRESSOR, INGERSOLL-RAND MDL. P18, 3 HP, W/30 GAL. HZ. AIR RECEIVER | ___ |
| 1110 | 3 CANTILEVER MATERIAL RACKS | ___ | 1125 | LOT WORKBENCH W/VISE, SHOP FAN, FOLDING TABLE, DESK, CHAIR | ___ |
| 1111 | 3 CANTILEVER MATERIAL RACKS | ___ | 1126 | 1 PAINT BOOTH, DEVILBISS, BOLTED PANEL CONSTRUCTION, DIMS: 15' X 54' X 16' HT., W/10'W. X 15' HT. ROLL-UP DOORS IN EA. END, 2 WALK-IN DOORS, FLUORESCENT LIGHTING, AIR EXHAUST SYSTEM | ___ |
| 1112 | 14 PALLET RACK SECTIONS | ___ |
| 1113 | LOT CYCLONE FENCE, EST. 315 LINEAR FT., 10' HT. | ___ |
| 1114 | LOT WATER FOUNTAINS & EYE WASH STATION | ___ |
| 1115 | 2 BULK STORAGE TANKS, FIBERGLASS | ___ | 1126A | 1 BRAKE DRUM LATHE, STAR TRANSFERMATIC MDL. 530S, FOR LG. TRUCKS & BUSSES, S/N 3391 | ___ |
| 1116 | 2 BULK STORAGE TANKS, STEEL | ___ | 1127 | 2 CENTRAL A/C UNITS, CARRIER MDL. WEATHERMAKER, S/N W884256, S/N W884258 (ABOVE DYNO ROOM) | ___ |
| 1117 | LOT BUS LIFT SYSTEM, DAYTON 39,000 LB. CAP., MDL. RF12120-DRE-90, DRIVE-ON/DRIVE-OFF TYPE, 4-POST CONSTRUCTION, CABLE DRIVE, APPROX. DIMS: 10' X 30', APPROX. 6' LIFT HT., 45' MAX. OVERALL LENGTH OF BUS | ___ | 1128 | LOT STORAGE CABINETS, PALLET RACK, TABLES, ETC. | ___ |
| | | | 1129 | LOT PORTABLE BUILDING, APPROX. 8' X 16', W/CONTENTS | ___ |
| 1118 | 1 BUS LIFT SYSTEM, KONI-HOLLANDA 30,000 LB. CAP., MDL. 3723-37, DRIVE-ON/DRIVE-OFF TYPE 4-POST CONSTRUCTION, CABLE DRIVE, APPROX. DIMS: 10' X 30', APPROX. 6' LIFT HT., 40' MAX. OVERALL LENGTH OF BUS | ___ | 1130 | LOT WORK SCAFFOLDS & SANDBAGS | ___ |
| | | | 1131 | 1 AIR MAKE-UP UNIT, DEVILBISS MDL. AR618, 2 M BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | ___ |
| 1119 | LOT BUS CHASSIS WHEEL ALIGNMENT SYSTEM, HUNTER | ___ |
| 1120 | LOT LOAD CELL BASED BUS WEIGHT SYSTEM, W/6 SEPARATE REMOVABLE LOAD CELLS FOR VEHICLE WT. | ___ | 1132 | 1 AIR MAKE-UP UNIT, DEVILBISS MDL. AR618, 2 M BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | ___ |
| 1121 | 1 DYNOMOMETER TEST CELL EQUIPMENT, AW DYNOMOMETER COMPUTERIZED TEST APPARATUS, WATER BRAKE TYPE CHASSIS DYNO FOR TESTING BUSSES W/TANDEM AXLE DRIVE ARRANGEMENT, READ-OUTS FOR: SPEED, RPM, TORQUE, HP & PERCENTAGE OF TORQUE RISE, PAPER TAPE PRINT-OUT, CHART RECORDER, OMEGA DIGITAL PROGRAMMABLE CONTROLS, SCANNER, HAND-HELD PENDANT CONTROL | ___ | 1133 | 1 AIR MAKE-UP UNIT, DEVILBISS MDL. AR618, 2 M BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | ___ |
| | | | 1134 | 1 AIR MAKE-UP UNIT, DEVILBISS MDL. AR618, 2 M BTU/HR. HEATING, NATURAL GAS FIRED, JOB #74-82915 | ___ |
| | | | 1135 | 1 STORAGE BUILDING, FABRICATED FROM TRUCK VAN BODY, ROLL-UP DOOR ON ONE END, USED FOR STORAGE LOCKER | ___ |
| 1122 | LOT HEADLIGHT ADJUSTMENT SYSTEM, HUNTER, W/FLOOR TRACK | ___ |
| 1123 | LOT PERSONAL COMPUTER, DELL 466P/25, W/MONITOR, KEYBOARD, MOUSE | ___ | 1136 | 1 STORAGE BUILDING, FABRICATED FROM TRUCK VAN BODY, ROLL-UP DOOR ON ONE END, USED FOR STORAGE LOCKER | ___ |

# STATE OF TEXAS

## COUNTY OF CAMERON                    *SEARCH WARRANT*

~~TO THE SHERIFF OR ANY PEACE OFFICER OF CAMERON COUNTY, TEXAS~~

~~GREETINGS:~~

Whereas, Complaint in writing, under oath, has been made before me by Santiago B. Manrrique a peace officer employed by the Brownsville Police Department, which complaint is made hereof for all purposes and said complaint having stated facts and information in my opinion sufficient to establish probable cause for the issuance of this warrant.

***YOU ARE THEREFORE COMMANDED*** to forthwith search a location at 4980 Mar Street located within the city limits of Brownsville, Cameron County, Texas. The said location being a parcel of land of approximately 5 acres surrounded by a temporary, metal, chain link fence. Said property can be located at the end of Mar Street which is on the East side of Central Avenue facing South and seize evidence tending to show that Julio Garcia committed the offense of third degree felony Criminal Mischief and Theft including but not limited to metal pipes that are consistent with that which were cut from the sprinkler system, metal electrical boxes which were installed and part of the structure at the current building which belongs to the City of Brownsville located at 2045 Les Mauldin Road and removed from said location without effective consent and any other evidence connected to the third degree felony Criminal Mischief and Theft.

HEREIN FAIL NOT and return make thereof.

WITNESS MY SIGNATURE on this the 2 ND day of Aug 1999 at 3:50 o'clock P m.

Judge _____ Court
Cameron County, Texas