19

**CALENDARED**

| | | |
|---|---|---|
| JOHN W. DAVIDSON<br>ARTHUR TROILO<br>TERRY TOPHAM<br>CHEREE TULL KINZIE<br>R. CAINES GRIFFIN<br>RICHARD E. HETTINGER<br>PATRICK W. LINDNER<br>IRWIN D. ZUCKER<br>RICHARD O. O'NEIL<br>J. MARK CRAUN | LAW OFFICES OF<br>**DAVIDSON & TROILO**<br>A PROFESSIONAL CORPORATION<br><br>SAN ANTONIO<br>7550 W IH-10, SUITE 800, 78229-5815<br>210/349-6484 • FAX: 210/349-0041<br><br>AUSTIN<br>919 CONGRESS, SUITE 810, 78701<br>512/469-6006 • FAX 512/473-2159 | JAMES C. WOO<br>PATRICK J. SULLIVAN*<br>LEA A. REAM<br>MICHAEL P. WARREN*<br>RICHARD L. CROZIER*<br>MARIA S. SANCHEZ*<br>DALBY FLEMING<br>DEVIN "BUCK" BENSON<br><br>* AUSTIN OFFICE |

United States District Court
Southern District of Texas
FILED

JUL 14 2000

Michael N. Milby
Clerk of Court

July 5, 2000

**VIA FACSIMILE (713) 223-9319**
Mr. William P. Huttenbach
Hirsch & Westheimer, P.C.
700 Lousiana St., 25th Floor
Houston, Texas 77002

     RE:  Civil Action No. B-00-032; Maplex, S.A. De C.V. vs. City of Brownsville; United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Huttenbach:

     Please allow this letter to respond to your July 5, 2000 correspondence relating to the above-referenced suit. I suggest that we extend our deadline to file initial disclosures to August 4, 2000. No motions will be filed until after such time. If you are agreeable to this extension, please indicate your agreement by signature below and return to this office upon signature by facsimile transmission. I will file it with the Court and forward a file-stamped copy to your office.

     Thank you in advance for you courtesy and cooperation in this regard.

                                Sincerely,

                                Dalby Fleming
                                For the Firm

By: _____
    William P. Huttenbach
    Hirsch & Westheimer, P.C.

DF:dor
3625.1 - pcd#79936