United States District Court
Southern District of Texas
FILED

AUG 0 7 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B – 00 – 032 |
| | § | |
| CITY OF BROWNSVILLE | § | |
| Defendant. | § | |

### PLAINTIFF MAPLEX'S INITIAL DISCLOSURES TO DEFENDANT

Plaintiff, Maplex, S.A. De C.V. ("Maplex"), hereby makes its disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

1.   Initial Disclosures

   A.   Plaintiff discloses the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

   (1)   City of Brownsville
         C/O Dalby Fleming
         Davidson & Troilo
         7550 West IH-10, Suite 800
         San Antonio, Texas 78229-5815
         (210) 349-6484

         The City of Brownsville is the Defendant in the above referenced matter.

   (2)   Daniel T. Weber
         700 S. Minnesota Ave.
         Brownsville, Texas 78521
         C/O Dalby Fleming
         (210) 349-6484

         Mr. Weber is the Director of Aviation for the City of Brownsville and has general knowledge regarding this lawsuit.

(3)  Carlos Rubinstein
City Manager
P.O. Box 911
Brownsville, Texas 78522
Phone Number Unknown

Mr. Rubinstein is the City Manager for the City of Brownsville and has general knowledge regarding this lawsuit.

(4)  Henry Gonzales
Mayor – City of Brownsville
P.O. Box 911
Brownsville, Texas 78522
Phone Number Unknown

Mr. Gonzales is the Mayor of the City of Brownsville and has general knowledge regarding this lawsuit.

(5)  J.G. Warburton
City Attorney
P.O. Box 911
Brownsville, Texas 78522
Phone Number Unknown

Mr. Warburton is a City Attorney for the City of Brownsville and has general knowledge regarding this lawsuit.

(6)  Mr. Jimenez
He can be contacted through his bankruptcy attorneys:
Cardenas, Whitis, & Stephen, L.L.P.
100 S. Bicentennial
McAllen, Texas 78501
(956) 631-3381

Mr. Jimenez has knowledge of the hazardous material in the facility prior to Eagle Motor Coach Corp. starting production.

(7)  Julio Garcia
1859 E. 7th Street
Brownsville, Texas 78521
(956) 541-3111

Mr. Garcia was the President for Eagle Motor Coach Corporation.

(8)     Dan Cedars
Mary Madellin
Valley Wide Security
1154 Pasadero Drive
Brownsville, Texas 78520
(956) 544-4726

Mr. Cedars was a contract worker for Eagle Coach Corporation and is now an investigator for Valley Wide Security. Ms. Madellin did a walk-through with Mr. Cedars when the hazardous material was noticed.

(9)     Tracey Odem
Valley Solvents & Chemicals
2-½ Mile Highway 107
Combes, Texas 78535
(956) 423-2791 ext. 26

Mr. Odem has general knowledge of the hazardous material in the facility

(10)    Olga Diaz
Osvaldo Verastegui
1859 E. 7th Street
Brownsville, Texas 78521
(956) 982-6847

The above individual has contracted to complete work for Eagle Motor Coach Corp. and has general knowledge of the issues. Ms. Diaz still works with Eagle.

(11)    Luis Barba
3629 Rey David Drive
Brownsville, Texas 78521
Phone Number Unknown

Mr. Barba was a contractor for Eagle Motor Coach Corp. and has general knowledge of the issues. He is no longer working with Eagle.

(12)    Danny Cisneros
3091 Rene Drive
Brownsville, Texas 78521
Phone Number Unknown

Mr. Cisneros was a contractor for Eagle Motor Coach Corp. and has general knowledge of the issues. He is no longer working with Eagle.

(13)   Arturo Medellin
       6912 Laguna Madre
       Brownsville, Texas  78521
       Phone Number Unknown

       Mr. Medellin was a contractor for Eagle Motor Coach Corp. and has general knowledge of the issues.  He is no longer working with Eagle.

(13)   John C. Reed
       Assistant Director of Aviation
       City of Brownsville
       700 S. Minnesota Ave.
       Brownsville, Texas  78521
       Phone Number Unknown

       Mr. Reed is an Assistant Director of Aviation and has general knowledge regarding this lawsuit.

(14)   Officer Randy Dunn and other police officers as designated by City of Brownsville
       City of Brownsville
       Brownsville Police Department
       600 East Jackson
       Brownsville, Texas 78520
       (956) 548-7000

       Officer Dunn and others may have general knowledge of the events occurring during May through August of 1999.

(15)   Investigator Orlando Rodriguez
       City of Brownsville
       Brownsville Police Department
       600 East Jackson
       Brownsville, Texas 78520
       (956) 548-7000

       Investigator Rodriguez and others are investigators with the City of Brownsville and may have general knowledge of the events occurring in May and August of 1999.

(16)   Ing Andres de Antonio
       112 Flecha Lane, Unit B
       R. M. R. Industiral III
       Laredo, Texas  78041
       Phone Number Unknown

        Mr. Andres de Antonio may have knowledge of the negotiations pertaining to Maplex's occupancy of the facility.

(17)    Dr. Jose F. Garay Garcia
        112 Flecha Lane, Unit B
        R. M. R. Industiral III
        Laredo, Texas 78041
        Phone Number Unknown

        Dr. Garcia may have knowledge of the negotiations pertaining to Maplex's occupancy of the facility.

(18)    Barbara P. Chase
        Tri-Phi Management Co., L.L.C.
        c/o Long, Chilton, Payte & Hardin, L.L.P.
        745 E. St. Charles Street
        Brownsville, Texas 78520

(19)    Unknown city employees regarding the enforcement of zoning laws

Plaintiff also incorporates by reference any people so designated by Defendant in this lawsuit and any people designated by any party in the state Court action.

    B.    A copy of, or description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;

        The following documents have already been produced to the Defendant in the state Court action. Other documents have been withheld as privileged. The parties plan to execute an agreed protective order to produce additional documents.

        (1)    Photographs (00001 – 00025);

        (2)    Correspondence to and from the City of Brownsville regarding the bankruptcy estate sale and the lease (00026-00099, 00168-00175)

        (3)    Wire transfer documents and other documents evidencing payments (00100, 00114-00123, 00612-00623);

        (4)    Documents regarding the property seizure on August 3, 1999 (00101 – 00105, 00124-00127, 00564-00565);

        (5)    Notice of Public Meeting 00106-00113, 00649-00656);

    (6)    Corporate documents regarding Maplex and Eagle (00127-00145, 00163-00167, 00591-);

    (7)    Invoices, Inventory, Receipts and Sales regarding bus manufacturing and parts sales business documents (00146-00151, 00176-00329, 00562-00563);

    (8)    New lease (00152-00162);

    (9)    Documents evidencing business expenses (00330-00340, 00348-);

    (10)    Documents evidencing purchase of 6 acres (00341-00347);

    (11)    Documents regarding the purchase of assets of Eagle Coach Corporation (00527-00562, 00564-00590, 00644-00648, 00657); and

    (12)    Documents regarding patents and trademarks (00624-00643).

C.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

    Plaintiff seeks actual damage in the amount of $1,183,049.41. This includes $350,000 (25% profit on a $1,400,000 contract) in lost profits on a bus manufacturing contract. Other damages for additional lost profits and damages to reputation, etc. will be decided by a jury. This amount also includes the amounts of $422,000.00, $625.14, $75,529.27, and $334,895.00 for amounts paid at the bankruptcy estate sale.

Per the latest amended complaint, Plaintiff also seeks punitive damages in the amount of $3,000,000.00.

Documents establishing the damages have already been produced in the state court action.

D.    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Plaintiff has no relevant insurance coverage.

990699.990699/123946.01                    6

Plaintiff reserves the right to supplement this disclosure and incorporate all information and witnesses disclosed by Defendant as if expressly set forth herein.

Respectfully submitted,
HIRSCH & WESTHEIMER, P.C.

By: *Will Hutt*

    Eric Lipper
    Fed. I D. No. 11442
    State Bar No. 12399000
    William P. Huttenbach
    Fed. I.D. No. 21742
    State Bar No. 24002330

OF COUNSEL:

HIRSCH & WESTHEIMER, P.C.

    Bank of America Center, 25th Floor
    700 Louisiana
    Houston, Texas  77002-2728
    TEL: (713) 220-9181
    FAX: (713) 223-9319

    LEAD COUNSEL FOR PLAINTIFF, MAPLEX, S.A. DE C.V.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2000, a true and correct copy of Plaintiff's Initial Disclosures was forwarded via certified mail, return receipt requested, to the following:

Dalby Fleming
Davidson & Troilo
7550 West IH-10, Suite 800
San Antonio, Texas 78229-5815
**CMRRR NO. P444-541-023**

J. Homer Garza
The Garza Law Firm, P.C.
1111 North Loop West, Suite 927
Houston, Texas 77008-4716
**Telecopier No. 713/880-9373**

_____
William P. Huttenbach