```
                    UNITED STATES DISTRICT COURT          United States District Court
                    SOUTHERN DISTRICT OF TEXAS            Southern District of Texas
                         BROWNSVILLE DIVISION                      FILED

                                                                 SEP 5  2000

                                                              Michael N. Milby
                                                               Clerk of Court
```

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-032 |
| | § | JURY TRIAL REQUESTED |
| CITY OF BROWNSVILLE, | § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND/OR MOTION TOSUBSTITUTE AND
MOTION TO REDESIGNATE ATTORNEY IN CHARGE**

The firm of Hirsch & Westheimer, P.C. moves this Court to withdraw as attorneys of record for Maplex, S.A. De C.V, Plaintiff in the above-referenced matter. Plaintiff also wishes to redesignate the attorney in charge.

1. Good cause exists for this Court to grant this Motion to Withdraw because the Plaintiff has requested that this firm close this file and withdraw as counsel. This motion is not for delay but so that justice may be done.

2. The undersigned has delivered a copy of this Motion to Plaintiff and has notified Plaintiff of its right to object to this Motion.

3. Plaintiff consents to this Motion to Withdraw. Plaintiff's last known address is 1859 E. 7th Street, Brownsville, Texas 78521. Co-counsel, Homer Garza, has already appeared as an attorney of record for Plaintiff and will continue as an attorney of record for the Plaintiff. Mr. Jose R. Lopez, II, Texas State Bar No. 12566446, Fed. ID. No. 9958, and of counsel with the Garza Law Firm, will now be the attorney in charge for the Plaintiff. His address and other information is described below.

990699 990699/126849.01

4.    The undersigned has informed Plaintiff and its counsel of all pending settings and deadlines in this matter.

For these reasons, the law firm of Hirsch & Westheimer, P.C. respectfully moves this Court to grant this Motion to Withdraw as counsel and motion to redesignate attorney in charge.

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: /s/ Will Hutt
Eric Lipper
State Bar No. 12399000
Fed. ID. No. 11442
William P. Huttenbach
State Bar No. 24002330
Fed. ID. No. 21742
700 Louisiana, 25th Floor
Houston, Texas  77002
TEL: 713.220.9184
FAX: 713.223.9319

WITHDRAWING COUNSEL FOR
MAPLEX, S.A. DE C.V.

OF COUNSEL:

HIRSCH & WESTHEIMER, P.C.

THE GARZA LAW FIRM, P.C.

By: /s/ Homer Garza by permission (WPH)
J. Homer Garza
State Bar No. 07732000
Fed. ID. No. 80
1111 North Loop West, Suite 927
Houston, Texas  77008-4716
Telephone: (713) 880-9300
Facsimile:  (713) 880-9373

ATTORNEYS FOR PLAINTIFF,
MAPLEX S.A. De C.V.

2

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Dalby Fleming, counsel for Defendant regarding the relief requested in this Motion and he is not opposed.

_____
William Huttenbach

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2000, a true and correct copy of Motion to Withdraw as Counsel of Record and/or Motion to Substitute and Motion to Redesignate was forwarded by certified mail, return receipt requested and by facsimile to the following:

Julio Garcia
c/o Olga Diaz
1859 E. 7th Street
Brownsville, Texas 78521
*CMRRR No. Z 401 817 348*
*And by Facsimile 956.831.2965*

J. Homer Garza
Attorney at Law
1111 North Loop West, Suite 927
Houston, Texas 77008-4716
*CMRRR No. Z 401 817 349*
*And by Facsimile 713.880.9373*

Dalby Fleming
Davidson & Troilo
7550 West IH-10, Suite 800
San Antonio, Texas 78229-5815
*CMRRR No. Z 401 817 350*
*And by Facsimile 210.349.0041*

_____
William P. Huttenbach

3

990699.990699/126849 01