23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Maplex, S.A. de C.V. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-00-32 |
| v. | § | |
| | § | |
| City of Brownsville, | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on September 7, 2000, the Court **STRUCK** Hirsh & Westheimer's Unopposed Motion to Withdraw as Counsel of Record and/or Motion to Substitute and Motion to Redesignate Attorney in Charge [Dkt. No. 22] because it contains contradictory statements on whether the Plaintiff has consented to the motion. Paragraph two of the motion seems to indicate that the Plaintiff has not given its consent, while, on the other hand, paragraph three states that "Plaintiff consents to this Motion to Withdraw." The Court will consider the motion if it is refiled and clearly indicates whether the Plaintiff has or has not consented to the motion.

DONE at Brownsville, Texas, this ___7th___ day of September 2000.

_____
Hilda G. Tagle
United States District Judge

1