24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 11 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-032 |
| | § | JURY TRIAL REQUESTED |
| CITY OF BROWNSVILLE, | § | |
| Defendant. | § | |

**UNOPPOSED SECOND MOTION TO WITHDRAW AS COUNSEL
OF RECORD AND/OR MOTION TO SUBSTITUTE AND
MOTION TO REDESIGNATE ATTORNEY IN CHARGE**

The firm of Hirsch & Westheimer, P.C. moves this Court to withdraw as attorneys of record for Maplex, S.A. De C.V, Plaintiff in the above-referenced matter. Plaintiff also wishes to redesignate the attorney in charge.

1. Good cause exists for this Court to grant this Unopposed Second Motion to Withdraw because the Plaintiff has requested that this firm close this file and withdraw as counsel. This Motion is not for delay but so that justice may be done.

2. The undersigned has delivered a copy of this Motion to Plaintiff and has notified Plaintiff of its right to object to this Motion. On September 7, 2000, this Court struck Hirsch & Westheimer's first Motion because the Court was unclear as to whether Plaintiff has consented. Hirsch & Westheimer apologizes to the Court for the lack of clarity. Hirsch & Westheimer represents to the Court that Plaintiff has consented to Hirsch & Westheimer's withdrawal, and Plaintiff has retained new counsel.

3. Plaintiff consents to this Unopposed Second Motion to Withdraw. Plaintiff's last known address is 1859 E. 7th Street, Brownsville, Texas 78521. Co-counsel, Homer Garza, has already appeared as an attorney of record for Plaintiff and will continue as an attorney of record for the Plaintiff. Mr. Jose R. Lopez, II, Texas State Bar No. 12566446, Fed. ID. No. 9958, and of counsel with the Garza Law Firm, will now be the attorney in charge for the Plaintiff. His address and other information is described below.

990699 990699/128506 01

4. The undersigned has informed Plaintiff and its counsel of all pending settings and deadlines in this matter.

For these reasons, the law firm of Hirsch & Westheimer, P.C. respectfully moves this Court to grant this Unopposed Second Motion to Withdraw as counsel and Motion to Redesignate Attorney in Charge.

                                 Respectfully submitted,

                                 HIRSCH & WESTHEIMER, P.C.

                                 By: _/s/ Will Hutt_____
                                 Eric Lipper
                                 State Bar No. 12399000
                                 Fed. ID. No. 11442
                                 William P. Huttenbach
                                 State Bar No. 24002330
                                 Fed. ID. No. 21742

OF COUNSEL:                  700 Louisiana, 25th Floor
                                 Houston, Texas  77002
HIRSCH & WESTHEIMER, P.C.   TEL: 713.220.9184
                                 FAX: 713.223.9319

                                 WITHDRAWING COUNSEL FOR
                                 MAPLEX, S.A. DE C.V.

                                 THE GARZA LAW FIRM, P.C.

                                 By: _/s/ Homer Garza Signed by permission (WPH)_
                                 J. Homer Garza
                                 State Bar No. 07732000
                                 Fed. ID. No. 80
                                 1111 North Loop West, Suite 927
                                 Houston, Texas  77008-4716
                                 Telephone: (713) 880-9300
                                 Facsimile: (713) 880-9373

                                 ATTORNEYS FOR PLAINTIFF,
                                 MAPLEX S.A. De C.V.

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Dalby Fleming, counsel for Defendant regarding the relief requested in this Motion and he is not opposed.

_____
William Huttenbach

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2000, a true and correct copy of Unopposed Second Motion to Withdraw as Counsel of Record and/or Motion to Substitute and Motion to Redesignate was forwarded by certified mail, return receipt requested and by facsimile to the following:

Julio Garcia
c/o Olga Diaz
1859 E. 7th Street
Brownsville, Texas  78521
*CMRRR No. Z 401 817 364*
*And by Facsimile 956.831.2965*

J. Homer Garza
Attorney at Law
1111 North Loop West, Suite 927
Houston, Texas  77008-4716
*CMRRR No. Z 401 817 365*
*And by Facsimile 713.880.9373*

Dalby Fleming
Davidson & Troilo
7550 West IH-10, Suite 800
San Antonio, Texas  78229-5815
*CMRRR No. Z 401 817 366*
*And by Facsimile 210.349.0041*

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas  78531
*CMRRR No. Z 401 811 331*
*And by Facsimile 956.541.1893*

_____
William P. Huttenbach

3

990699.990699/128506.01