25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-032 |
| | § | JURY TRIAL REQUESTED |
| CITY OF BROWNSVILLE, | § | |
| Defendant. | § | |

## ORDER GRANTING UNOPPOSED SECOND MOTION TO WITHDRAW AND REDESIGNATING ATTORNEY IN CHARGE

On this **25** day of **September**, 2000 the Court considered Hirsch & Westheimer, P.C.'s Unopposed Second Motion to Withdraw as attorneys of record for Plaintiff, Maplex, S.A. De C.V and/or Motion to Substitute and Motion to Redesignate. The Court, after considering the Motion, finds good cause to allow Hirsch & Westheimer, P.C. to withdraw.

THEREFORE, the Court ORDERS that Hirsch & Westheimer, P.C. is allowed to withdraw as attorneys of record for Plaintiff, Maplex, S.A. De C.V.

The Court further ORDERS that Mr. Jose R. Lopez, II, Texas State Bar No. 12566446, Fed. ID. No. 9958, and of counsel with the Garza Law Firm, will now be the attorney in charge for the Plaintiff in the place of Hirsch & Westheimer, P.C.

It is so ordered.

SIGNED this **25** day of **September**, 2000.

_____
PRESIDING JUDGE

990699.990699/128506.01

AGREED TO AS TO FORM:

HIRSCH & WESTHEIMER, P.C.

By: *[signature: Will Hutt]*

Eric Lipper
State Bar No. 12399000
Fed. ID. No. 11442
William P. Huttenbach
State Bar No. 24002330
Fed. ID. No. 21742
700 Louisiana, 25th Floor
Houston, Texas  77002
TEL:  713.220.9184
FAX:  713.223.9319

WITHDRAWING COUNSEL FOR MAPLEX, S.A. DE C.V.


THE GARZA LAW FIRM, P.C.

By: *[signature: Homer Garza]* Signed by permission (WPH)

J. Homer Garza
State Bar No. 07732000
Fed. ID. No. 80
1111 North Loop West, Suite 927
Houston, Texas  77008-4716
Telephone: (713) 880-9300
Facsimile:  (713) 880-9373

ATTORNEYS FOR PLAINTIFF,
MAPLEX S.A. De C.V.

2

990699 990699/128506.01