26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 4 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| CITY OF BROWNSVILLE | § | B-00-032 |
|     Defendant. | § | |

## DESIGNATION OF ATTORNEY-IN-CHARGE

Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Blvd., Brownsville, Texas 78521, hereby make their appearance and request the Court and all counsel to please take notice that Defendant, hereby designates Mr. Sossi, Willette & Guerra, L.L.P. as attorney-in-charge in the above entitled and numbered matter. These attorneys are admitted to practice law in the United States District Court for the Southern District of Texas. Dalby Fleming, Davidson & Trolio, P.C., 7550 West IH-10, Suite 800, San Antonio, Texas 78229, joins in this designation and requests that the Court and all counsel please take notice that Mr. Fleming, Davidson & Trolio, P.C., will remain as co-counsel for the Defendant in this action. Each of the aforementioned counsel requests that they be copied on all notices from this Court and all documents filed with the Court by other parties to this action.

3625.2 - PCD #: 84955

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
    Mark Sossi
    State Bar No.: 18855680
    USDC No. 10231
ATTORNEYS FOR DEFENDANT

DAVIDSON & TROILO, P.C.
7550 West IH-10, Suite 800
San Antonio, Texas 78229
Telephone: (210) 349-6484
Facsimile: (210) 349-0041

By: _____
    Dalby Fleming
    State Bar No. 00793732
    USDC No. 20358
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Designation Of Attorney-In-Charge has been delivered to the following counsel of record by certified mail return receipt requested on this __7__ day of __Nov__, 2000.

Jose Lopez, III
Homer Garza
The Garza Law Firm, P.C.
1111 North Loop West, Suite 927
Houston, Texas 77008-4716

_____
Mark Sossi