

United States District Court
Southern District of Texas
FILED

FEB 2 6 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-00-032 |
| | § | |
| CITY OF BROWNSVILLE | § | |
| Defendants | § | |

## COMPLAINANT'S EXPERT WITNESS DESIGNATION AND FACT WITNESS LIST

COMES NOW, COMPLAINANT, MAPLEX, S.A. DE C.V. and files their

Designation of Experts and Fact Witness List, pursuant to this Court's Docket Control

Order. Accordingly, Complainant's would show the Court the following:

I.

Complainant hereby designate the following as experts, whether consulting or
testifying, in this cause of action:

Mr. J. Homer Garza
Jose R. Lopez II
1111 North Loop , Suite 927
Houston, Texas 77008
(713) 880-9300

Mr. Garza and/or Mr. Lopez may testify as to the reasonable and necessary
attorney's fees incurred in this matter.

### Fact Witness List

City of Brownsville
C/O Dalby Fleming
Davidson & Troila
7550 West IH-10 , Suite 800
San Antonio, Texas 78229-5815

The City of Brownsville is the Plaintiff in the above referenced matter.

Mr. Daniel T. Weber
700 S. Minnesota Ave.
Brownsville, Texas 78521

Mr. Weber is the Director of Aviation for the City of Brownsville and has general knowledge regarding this lawsuit.

Carlos Rubinstein
City Manager
P.O. Box 911
Brownsville, Texas 78522

Mr. Rubenstein is the City Manager for the City of Brownsville and he has general knowledge regarding this lawsuit.

Henry Gonzales
Mayor- City of Brownsville
P.O Box 911
Brownsville, Texas 78522

Mr. Gonzales is the Mayor of the City of Brownsville and he has general knowledge regarding this lawsuit.

JG Warburton
City Attorney
P.O.Box 911
Brownsville, Texas 78522

JG Warburton is a City Attorney for the City of Brownsville and he has general knowledge regarding this lawsuit.

Mr.Julio Garcia
1859 E. 7th Street
Brownsville, Texas 78521
(956) 541-3111

Mr. Julio Garcia is the president for Eagle Motor Coach Corporation

Mr. Dan Cedars
Mary Madellin
Valley Wide Security
1154 Pasadero Drive
Brownsville, Texas 78520
(956) 544-4726

Mr. Cedars did some contract work for Eagle Coach Corporation and now is an investigator for Valley Wide Security. Ms. Madellin did a walk through with Mr. Cedars when hazardous material was noticed.

Tracey Odem
Valley Solvents & Chemicals
1 1/2 Mile Highway, Suite 107
Combes, Texas 78535
(956) 423-2791 ext. 26

Mr. Odem has general knowledge of the hazardous materials in the facility.

Olga Diaz
Osvaldo Verastegui
1859 E. 7th Street
Brownsville, Texas 78521
(956) 982-6847

The above individuals have contracted to complete work for Eagle Motor Coach Corporation and have knowledge of the alleged issues.

Luis Barba
3629 Rey David Drive
Brownsville, Texas 78521

Mr. Barba is an individual who has completed contract work for Eagle Motor Coach Corporation and has knowledge of the alleged issues.

Danny Cisneros
3071 Rene Drive
Brownsville, Texas 78521

Mr. Cisneros is an individual who has completed contract work for Eagle Motor Coach Corporation and has knowledge of the alleged issues.

Auturo Medellin
6912 Laguna Madre
Brownsville, Texas 78521

Mr. Medellin is an individual who has completed contract work for Eagle Motor Coach Corporation and has knowledge of the alleged issues.

Mr. John C. Reed
Assistant Director of Aviation
City of Brownsville
700 S. Minnesota Ave.
Brownsville, Texas 78521

Mr. Reed is an Assistant Director of Aviation and has general knowledge regarding this lawsuit.

Officer Randy Dunn
Officer Imelda Sanchez
Officer Joe Torres
Officer Santiago B. Manrique
Officer J. Hernandez
Officer Sam Lucio
City of Brownsville
Brownsville Police Department
600 East Jackson
Brownsville, Texas 78520
(956) 548-7000

Officers have general knowledge of the events occurring in May and August 1999.

Investigator Orlando Rodriguez and other unknown investigators
City of Brownsville
Brownsville Police Department
600 East Jackson
Brownsville, Texas 78520
(956) 548-7000

Mr. Rodriguez and other unknown investigators are investigators with the City of Brownsville and may have knowledge of events of August 3, 1999.

Inges Andres De Antonio
112 Flecha Lane, Unit B
R.M.R. Industrial III
Laredo, Texas 78041

Mr. De Antonio may have knowledge of negotiations pertaining to Maplex occupancy of the facility.

Dr. Jose F. Gary Garcia
112 Flecha Lane, Unit B
R.M.R. Industrial III
Laredo, Texas 78041

Dr. Garcia may  have knowledge of negotiations pertaining to Maplex occupancy of the facility.

## II.

Additionally, Complainant request this court to consider this designation of experts to also be a supplemental response to any and all interrogatories and/or requests for productions propounded by any party seeking the identity of Complainant' expert witnesses.  Any additional supplementation of this information or answers to additional discovery will be made prior to 30 days before trial in accordance with the Texas Rules of Civil Procedure and Texas common law.

Respectfully submitted,

Mr. J. Homer Garza
**Jose R. Lopez II**
1111 North Loop , Suite 927
Houston, Texas 77008
(713) 880-9300
(713) 880-9373 facsimile
SBOT#:  12566446
SDID # 9958

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing instrument was served upon all parties pursuant to Rule 21a of the Texas Rules of Civil Procedure on this 15th day of February , 2001.

_____

JOSE R. LOPEZ, II