29

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2001

Michael N. Milby
Clerk of Court

MAPLEX, S.A. DE C.V. §
Plaintiff §
§
§ CIVIL ACTION NO.
vs. §
§ B-00-032
§
CITY OF BROWNSVILLE §
Defendants §

### PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MAPLEX, S.A. DE C.V. Plaintiff in the above numbered and entitled cause and files this its Notice of Dismissal against Defendant, CITY OF BROWNVILLE.

Pursuant to Fed. R. Civ. Procedure 41(a)(1)(1), Plaintiff herein files its notice of dismissal without prejudice to refile.

The Defendant's herein have been served and an answer is on file. Defendant has not filed a Motion for Summary Judgment.

WHEREFORE, PREMISES CONSIDERED, MAYPLEX, S.A. C.V., Plaintiff prays that its cause against Defendant, CITY OF BROWNSVILLE be dismissed without prejudice to re-file.

Respectfully submitted,

JOSE R. LOPEZ II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1970
(713) 394 9555
State Bar # 12566466
Attorney for Complainant

### CERTIFICATE OF SERVICE

I certify that a copy of the attached Plaintiff's Voluntary Dismissal has been forwarded to the Attorney of record for the defendant by certified mail return receipt requested on this the 30 day of April, 2001.

JOSE R. LOPEZ II