30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Maplex, S.A. de C.V. | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-00-32 |
| City of Brownsville, | § § § | |
| Defendant. | § § | |

## ORDER

BE IT REMEMBERED, that on May 3, 2001, the Court **RULED** that the Plaintiff's Notice of Voluntary Dismissal Without Prejudice [Dkt. No. 29] pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) is invalid. The Defendant in this case has filed an answer, and, therefore, the Plaintiff cannot voluntarily dismiss this case under Rule 41(a)(1)(i). If the Plaintiff wishes to dismiss this case without an order of the Court, the Plaintiff must file a stipulation of dismissal signed by the Defendant. See F. R. CIV. P. 41(a)(1)(ii).

DONE at Brownsville, Texas, this 3rd day of May 2001.

_____
Hilda G. Tagle
United States District Judge