32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-00-032 |
| | § | |
| CITY OF BROWNSVILLE | § | |
| Defendants | § | |

## MOTION FOR LEAVE TO FILE PETITION IN INTEVENTION

TO THE HONORABLE JUDGE OF SAID COURT:

Movant, OLGA DIAZ, AND OSVALDO VERASTEGUI, files this their Motion for Leave to File Petition in Intervention and show as follows:

1. A copy of the Motion and Intervention which the Movants seek leave to file is attached hereto as Exhibit "A". This motion is incorporated by reference as if copied verbatim herein.

2. In the instant matter, arising from the same alleged incident and circumstances surrounding the original lawsuit. All claims asserted against Defendant by all of the Plaintiffs are identical and/or involve the same controversies, and issues of law and fact, arising from the circumstances surrounding the original lawsuit.

WHEREFORE PREMISES CONSIDERED, OLGA DIAZ AND OSVALDO VERASTEGUI respectfully pray that the Court grant their Motion for Leave to file Petition in Intervention.

                                       Respectfully submitted,

                                       _____
                                       Jose R. Lopez II
                                       State Bar No. 12566446
                                       3336 Richmond, Suite 100
                                       Houston, Texas 77098
                                       (713) 624-1070
                                       (713() 394-9555 facsimile
                                       Attorney for Plaintiffs

                                    **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to opposing counsel on this 5th day of May, 2001, properly addresses as follows:

Dalby Fleming
Davidson & Triolo, P.C.
7550 West IH010, Suite 800
San Antonio, Texas 7229-5815

                                       _____
                                       Jose R. Lopez II

ClibPDF - www.fastio.com