

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-00-032 |
| | § | |
| CITY OF BROWNSVILLE | § | |
| Defendants | § | |

## COMPLAINANT'S PETITION IN INTERVENTION

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, OLGA DIAZ AND OSVALDO VERASTEGUI, hereinafter referred to as Complainants complaining of CITY OF BROWNSVILLE, DANIEL T. WEBER, and CITY OF BROWNSVILLE POLICE DEPARTMENT, hereinafter referred to as Defendants, and for cause of action would respectfully show unto this court the following:

I.

1. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a). Specifically, diversity of jurisdiction exists because Plaintiff has sued to recover damages in excess of $100,000.00 and complete diversity exists between the parties. This Court also has jurisdiction under § 1983 *et seq.* which is a Federal Statute for various civil rights violations.

2. Plaintiff, Olga Diaz, is an individual and a U.S. Citizen.

3. Plaintiff, Osvaldo Verastegui, is an individual and a Mexican citizen..

4. Venue is proper in the Southern District of Texas because this is where

Defendant's has its principal place of business, where the relevant documents are kept, and where Plaintiff's were falsely imprisoned.

5. Defendant, City of Brownsville, may be served with summons by serving the proper representative of the City of Brownsville. However, the City of Brownsville has appeared in this lawsuit and has been provided notice of this pleading through its counsel of record, Dalby Fleming, Davidson & Triolo, P.C. 7550 West, IH-10, Suite 800, San Antonio, Texas 78229-5815 by *CMRRR 7099 3220 0004 9932 2665*.

6. Defendant, City of Brownsville Police Department, by and through its City of Brownsville's City Secretary , Sarah M. Reed, City Hall at Market Square at E. 12th Street, Brownsville, Texas 78520 or P.O. Box 911, Brownsville, Texas 78522-0911 by *CMRRR 7099 3220 0004 9932 2658*.

7. Defendant, Daniel T. Weber, may be served with summons at 700 S. Minnesota Avenue, Brownsville, Texas 78521 by *CMRRR 7099 3220 0004 9932 2672*.

## II.
### Facts

8. For a period of time, Defendant, leased premises to Mayplex S.A. DE C.V. (Eagle). Defendant on or about May 5, 1999 came upon the premises of Mayplex. Defendants thereafter prevented Plaintiffs from leaving the premises and told them they were being detained for a criminal investigation. Upon inquiry the Defendant's refused to release who or what was being investigated. Shortly thereafter, plaintiffs were allowed to leave the premises. Both Plaintiff's traveled some distance and were again stopped by the City of Brownsville Police Department. This time the Plaintiffs were escorted back to the Mayplex complex by the police. Again, the Plaintiff's were subject to police questioning with no explanation of why they were being detained.

9. Plaintiff's claims against Defendant include false imprisonment, fraud, fraudulent inducement, misrepresentation, and tortuous interference with business relations, and misfeasance.

10. Plaintiff seeks to recover its actual damage to its representation in the community, plus pre-judgement and post- judgment interest, and Court costs within the jurisdictional limits of this Court. These amounts greatly exceed $100,000.00 Specifically, Plaintiff bid well over $100,000.00 to acquire Eagle's assets at the bankruptcy sale.

11. Plaintiffs also seeks punitive damages in the amount of $3,000,000.00.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer all said allegations and that upon final hearing, Plaintiff receives the following relief:

(a) Actual damages in the amount of at least $100,000.00;

(b) Punitive damages in the amount of least $3,000,000.00;

(c) Additional compensatory damages as shown to this court;

(d) Pre-judgment interest;

(e) Post-judgment;

(f) Attorney's fees, experts' fees, court costs and expenses incurred herein; and

(g) Any such additional relief as this Court deems just.

Respectfully submitted,

_____
Jose R. Lopez II
State Bar No. 12566446
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713() 394-9555 facsimile
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served upon all parties pursuant to Rule 21a of the Texas Rules of Civil Procedure on this 5th day of May, 2001.

_____
JOSE R. LOPEZ, II