LAW OFFICES OF

# JOSE R. LOPEZ, II
*ATTORNEY AT LAW*

34

United States District Court
Southern District of Texas
FILED

MAY 2 3 2001

Michael N. Milby
Clerk of Court

May 14, 2001

Mr. Butch Barbosa, Deputy Clerk
United States District Court
Southern District of Texas
Brownsville Division
Federal Building, 2nd Floor
Brownsville, Texas 78520

RE:   Civil Action No.B-00-032; *Mayplex, S. A. DE C.V. , Plaintiff vs. City of Brownsville, Defendant::* In the United States District Court, Brownsville Division

Dear Mr. Milby:

Please be advised that the Complainant is willing and ready to participate in the Settlement week of June 18-22 of 2001.

It is our understanding that Defendant does not wish to participate in the Settlement week of June 18-22 of 2001. No agreement could be reached at this time.

Sincerely,

JOSE R. LOPEZ II
Attorney At Law

JRL:rls
ENCLOSURE

    CC:   Dalby Fleming
           Law Office of Davidson & Troilo
           7550 W IH-10, Suite 800
           San Antonio, Texas 78229-5815

---

3336 Richmond, Suite 100
Houston, Texas 77098
Phone (713) 624-1070  Facsimile (713) 394-9555

Email: lawlopez@earthlink.net

1111 North Loop West, Suite 927
Houston, Texas 77008
Phone (713) 880-9300  Facsimile (713) 880-9373