38

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MAPLEX, S.A., DE C.V. | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-032 |
| | § | (JURY TRIAL REQUESTED |
| CITY OF BROWNSVILLE | § § § | |

## JOINT MOTION FOR CONTINUANCE TO FILE THE JOINT PRETRIAL ORDER

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE;

COMES NOW, Defendant CITY OF BROWNSVILLE and files this, its Joint Motion for Continuance to file the Joint Pretrial Order and in support of this motion would show this Honorable Court as follows;

1) Plaintiffs and Defendants file this, their first agreed motion for continuance. This motion is not being filed merely for delay but so that justice may be done.

2) Plaintiffs had formerly authorized their counsel to file a motion for non suit. This motion was not opposed by Defendants. However, Plaintiffs inadvertently filed this stipulation of dismissal without the signature of defense counsel which caused this Honorable Court to deny the motion.

3) Since obtaining the courts ruling, Plaintiff's counsel has been attempting to obtain written authorization from his clients in Mexico to non suit this case. However, Plaintiff's counsel has been unable to confer with his clients in Mexico and does not wish to sign the second stipulation of dismissal without written authorization from his clients.

4) In addition, there is a companion case in this matter styled City of Brownsville vs. Maplex SA de CV cause number 99-05-2468-D which was filed in the 103rd District Court, Cameron

1

County, Texas. The parties are attempting to set that case for mediation and are in the process of setting up dates when that might be completed.

5) The plaintiffs and defendants request that this Honorable Court reset the deadline for filing the Joint Pretial Order for 30 days or until August 20, 2001. This should provide adequate time to secure a written stipulation of dismissal from the plaintiffs in this cause.

Wherefore the both parties, respectfully pray that this Honorable Court grant this motion for Continuance to file the Joint Pretrial Order.

Signed on the 23rd day of July, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone:    (956) 541-1846
Facsimile:    (956) 541-1893

By: /s/ Mark Sossi
Mark Sossi
State Bar No. 18855680
USDC No. 10231

GARZA LAW FIRM
3336 Richmond, Suite 100
Houston, Texas 77098
Telephone:    (713) 624-1070
Facsimile:    (713) 394-9555

By: /s/ Jose R. Lopez, II  w/p MS
Jose R. Lopez, II
State Bar No. 12566446
USDC No. 9958

2

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document, has been sent to the following Via U.S. Certified Mail, return receipt requested, on the 23rd day of July, 2001.

Jose R. Lopez II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713) 394-9555

Mr. Dalby Fleming
LAW OFFICES OF DAVIDSON & TROILO
7550 West IH 10, Suite 800
San Antonio, Texas 78229-5815

                                      */s/ Mark Sossi*
                                      Mark Sossi

County, Texas. The parties are attempting to set that case for mediation and are in the process of setting up dates when that might be completed.

5) The plaintiffs and defendants request that this Honorable Court reset the deadline for filing the Joint Pretial Order for 30 days or until August 20, 2001. This should provide adequate time to secure a written stipulation of dismissal from the plaintiffs in this cause.

Wherefore the both parties, respectfully pray that this Honorable Court grant this motion for Continuance to file the Joint Pretrial Order.

Signed on the ____ day of _____, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Mark Sossi
State Bar No. 18855680
USDC No. 10231

GARZA LAW FIRM
3336 Richmond, Suite 100
Houston, Texas 77098
Telephone: (713) 624-1070
Facsimile: (713) 394-9555

By: _____
Jose R. Lopez, II
State Bar No. 12566446
USDC No. 9958