39

United States District Court
Southern District of Texas
ENTERED

JUL 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Maplex, S.A. de C.V. | § |
| Plaintiff, | § § § |
| | § CIVIL ACTION NO. B-00-32 |
| v. | § |
| City of Brownsville, | § § |
| Defendant. | § |

## ORDER

BE IT REMEMBERED, that on July 26, 2001, the Court **GRANTED** the Parties' Joint Motion for Continuance to File the Joint Pretrial Order [Dkt. No. 38]. Docket call is reset for October 4, 2001. The Parties are ordered to promptly inform the Court in writing of the results of the mediation scheduled for August 29, 2001. If the Parties wish to file a proper stipulation of dismissal, they must do so well before the date set for docket call.

DONE at Brownsville, Texas, this 26th day of July 2001.

Hilda G. Tagle
United States District Judge