40

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MAPLEX, S.A. de C.V. | § |
| | § |
| versus | §    CIVIL ACTION B-00-32 |
| | § |
| CITY OF BROWNSVILLE | § |

## Order Re-Setting Docket Call and Jury Selection

1. Joint pretrial order is due on:     8/30/01
   *Plaintiff is responsible for filing the pretrial order on time.*

2. The docket call and final pretrial conference has been reset for 1:30 p.m. on:     10/4/01

3. Jury selection is reset for 9:00 a.m. on:     10/9/01
   *The case will remain on standby until tried.*

4. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed _July 31_, 2001 at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge