41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Maplex, S.A. de C.V. | § | |
| Plaintiff, | § § § | CIVIL ACTION NO. B-00-32 |
| v. | § § | |
| City of Brownsville, | § § | |
| Defendant. | § | |

**ORDER**

BE IT REMEMBERED, that on August 15, 2001, the Court **DENIED WITHOUT PREJUDICE** Defendant City of Brownsville's Motion to Dismiss [Dkt. No. 27]. The Defendant is granted leave to resubmit the motion for the Court's consideration if the Parties do not submit a stipulation of dismissal or notice of settlement after the mediation scheduled for August 29, 2001.

DONE at Brownsville, Texas, this 15th day of August 2001.

Hilda G. Tagle
United States District Judge