United States District Court
Southern District of Texas
ENTERED
AUG 24 2001
Michael N. Milby, Clerk of Court

42

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

MAPLEX S A de C V                          §
                                           §
*versus*                                   §    CIVIL ACTION  B-00-32
                                           §
CITY OF BROWNSVILLE                        §

# Order Re-Setting Docket Call and Jury Selection

1. The docket call and final pretrial conference has been reset for 9:00 a.m. on:    10/9/01

2. Jury selection is reset for 1:30 p.m. on:    10/9/01
   *The case will remain on standby until tried.*

3. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed _August 24_, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge