```
                                          United States District Court
                                          Southern District of Texas
                                                  FILED
        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF TEXAS         SEP 1 4 2001
            BROWNSVILLE DIVISION
                                             Michael N. Milby
                                              Clerk of Court
```

| | |
|---|---|
| MAPLEX, S.A., DE C.V. | § § § |
| VS. | § CIVIL ACTION NO. B-00-032 |
| | § (JURY TRIAL REQUESTED |
| CITY OF BROWNSVILLE | § § § |

### DEFENDANT CITY OF BROWNSVILLE'S MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE;

COMES NOW Defendant City of Brownsville, Texas and files this, their Motion for Leave to File a Motion for Summary Judgement and Motion to Dismiss and in support thereof would show this court as follows;

1) Defendant Brownsville previously filed a Motion to Dismiss. That Motion was denied by the Court pending resolution of the mediation held on August 29, 2001, before the Honorable James DeAnda in Houston, Texas. The case was not resolved at that time as expected. This Court in denying the previously filed motion to dismiss indicated in that order that Defendant could refile the motion to dismiss in the event that this case did not settle at mediation.

2) Defendant Brownsville is also filing a motion for summary judgement. This motion was not previously filed because plaintiff represented to Defendant that it was dismissing his federal claim against Brownsville. Plaintiff Maplex went as far as to file a motion to dismiss Brownsville with the court which was denied only because Brownsville was not given the opportunity to sign the motion as required by the Federal Rules. Defendant Brownsville was then subsequently given assurances that this case would be resolved at mediation. However, the case was not either

1

dismissed as represented nor did it settle at mediation, again as represented. This made the filing of this motion for summary judgement necessary.

3) Plaintiffs claims are frivolous and serious issues of standing bar much of plaintiffs claims. These issues are legal issues which are better addressed by this court in the form of Defendants Motion for Summary Judgement.

Wherefore the Defendant Brownsville, respectfully prays that this Honorable Court grant this Motion for Leave to File a Motion for Summary Judgment and Motion to Dismiss.

Signed on the 14 day of Sept, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone:   (956) 541-1846
Facsimile:   (956) 541-1893

By: _____
    Mark Sossi
    State Bar No. 18855680
    USDC No. 10231

2

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document, has been sent to the following Via U.S. Certified Mail, return receipt requested, on the _14_ day of _Sept_ _, 2001.

Mr. Jose R. Lopez, II
Mr. J. Homer Garza
The Garza Law Firm, P.C.
1111 North Loop West, Suite 927
Houston, Texas 77008-4716

Mr. Dalby Fleming
LAW OFFICES OF DAVIDSON & TROILO
7550 West IH 10, Suite 800
San Antonio, Texas 78229-5815

_____
Mark Sossi

## CERTIFICATE OF CONFERENCE

     I, Mark Sossi, do hereby certify that I have conferred with plaintiff's attorney whom is opposed to filing of said Motion.

_____
Mark Sossi

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MAPLEX, S.A., DE C.V. | § <br> § <br> § |
| VS. | §    CIVIL ACTION NO. B-00-032 <br> §    (JURY TRIAL REQUESTED |
| CITY OF BROWNSVILLE | § <br> § |

**ORDER SETTING HEARING ON DEFENDANT CITY OF BROWNSVILLE'S
MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGEMENT
AND MOTION TO DISMISS**

On this the _____ day of _____, 2001, came on to be considered Defendant's Motion for Leave to File a Motion for Summary Judgement and Motion to Dismiss in the above styled and numbered cause of action. The Court having considered same is of the opinion that a hearing should be held thereon.

IT IS, THEREFORE, ORDERED that a hearing on said Motion is hereby set for the _____ day of _____, 2001, at _____ o'clock, ____.m.

SIGNED this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE PRESIDING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MAPLEX, S.A., DE C.V. | § § § |
| VS. | § § § CIVIL ACTION NO. B-00-032 <br> (JURY TRIAL REQUESTED |
| CITY OF BROWNSVILLE | § § § |

**ORDER GRANTING DEFENDANT CITY OF BROWNSVILLE'S
MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT
AND MOTION TO DISMISS**

On the _____ day of _____, 2001, came on before the Court Defendant's Motion for Leave to File a Motion for Summary Judgement and Motion to Dismiss.

After reviewing the evidence before the Court, the Court is of the opinion that Defendant's Motion for Leave to file a Motion for Summary Judgement and Motion to Dismiss should be GRANTED.

IT IS THEREFORE ORDERED, that Defendant's Motion for Leave to file a Motion for Summary Judgement and Motion to Dismiss is hereby GRANTED.

Signed on this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE PRESIDING

5