47

United States District Court
Southern District of Texas
FILED

SEP 1 8 2001

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **MAPLEX, S.A., DE C.V.** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-00-032** |
| | § | **(JURY TRIAL REQUESTED** |
| **CITY OF BROWNSVILLE** | § | |
| | § | |

## DEFENDANT CITY OF BROWNSVILLE'S EMERGENCY
## MOTION TO QUASH DEPOSITIONS AND FOR PROTECTIVE ORDER

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE;

COMES NOW, Defendant City of Brownsville, and files this, its Motion to quash the deposition notices of 13 witnesses and in support thereof would show this Honorable Court as follows;

1) On September 10, 2001, the plaintiff filed deposition notices for 13 witnesses in this case to be taken over three days, September 26, September 27, and September 28, 2001. One of these witnesses, Dr. Jose F. Gary Garcia is the former owner of Maplex SA DE CV. a business confederate of plaintiffs whom has been dead for more than a year. A true and correct copy of these deposition notices is attached as Exhibits A through M.

2) Defendant, the City of Brownsville would show that pursuant to the Court's scheduling order of July 5, 2001, the deadline for conducting discovery in this case was March 26, 2000, and that discovery deadline has passed. Plaintiff never requested leave of this Honorable Court prior to scheduling these depositions.

3) Although this case has been on file since February 22, 2000, the plaintiffs have not taken a single deposition in this case. The plaintiffs have not only represented their unwillingness to

prosecute by failing to do conducting discovery but have actually expressed their desire to withdraw by filing a motion to voluntarily dismiss this case. That motion was only denied because plaintiffs failed to abide by the Federal Rules of Civil Procedure and failed to secure Defendants signature to the motion prior to filing it. However, now after expiration of the discovery deadline and within 30 days of trial, Plaintiffs have suddenly noticed the depositions of 13 witnesses, one of whom has been deceased for more than one year.

4) These depositions have been noticed for the purpose of harassment and not because of any legitimate purpose relating to discovery or development of the facts of this case.

5) Defendant, The City of Brownsville respectfully moves that this court quash these depositions since they were noticed after the discovery deadline imposed by this Court and since they have been obviously noticed for the sole purpose of harassing the City of Brownsville.

Wherefore, Defendant The City of Brownsville respectfully moves this court to quash these deposition notices and for a protective order prohibiting the deposition of any additional witnesses in this case prior to trial.

Signed on September 18, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone:    (956) 541-1846
Facsimile:    (956) 541-1893

By: _____
     Mark Sossi
     State Bar No. 18855680
     USDC No. 10231

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, has been sent to the following Via U.S. Certified Mail, return receipt requested, on September 18, 2001.

Mr. Jose R. Lopez, II
Mr. J. Homer Garza
The Garza Law Firm, P.C.
1111 North Loop West, Suite 927
Houston, Texas 77008-4716

Mr. Dalby Fleming
LAW OFFICES OF DAVIDSON & TROILO
7550 West IH 10, Suite 800
San Antonio, Texas 78229-5815

Mark Sossi

## CERTIFICATE OF CONFERENCE

I, Mark Sossi, do hereby certify that I have contacted plaintiff's counsel office multiple times daily for the last five (5) days. Plaintiff's counsel has not returned any of my calls. I believe Plaintiff's counsel is opposed to the filing of said motion.

Mark Sossi

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MAPLEX, S.A., DE C.V.** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-00-032** |
| | § | **(JURY TRIAL REQUESTED** |
| **CITY OF BROWNSVILLE** | § | |
| | § | |

## ORDER SETTING HEARING ON DEFENDANT CITY OF BROWNSVILLE'S MOTION TO QUASH DEPOSITIONS

On this the _____ day of _____, 2001, came on to be considered, Defendant City of Brownsville's Motion to Quash Depositions in the above styled and numbered cause of action. The Court having considered same is of the opinion that a hearing should be held thereon.

IT IS, THEREFORE, ORDERED that a hearing on said Motion is hereby set for the _____ day of _____, 2001, at _____ o'clock, _____.m.

SIGNED this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE PRESIDING

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

MAPLEX, S.A., DE C.V.                  §
                                       §
                                       §
VS.                                    §   CIVIL ACTION NO. B-00-032
                                       §   (JURY TRIAL REQUESTED
CITY OF BROWNSVILLE                    §
                                       §

## ORDER GRANTING DEFENDANT CITY OF BROWNSVILLE'S
## MOTION TO QUASH DEPOSITIONS

On the _____ day of _____, 2001, came on before the Court Defendant's

Motion to Quash Depositions.

After reviewing the evidence before the Court, the Court is of the opinion that Defendant's

Motion to Quash Depositions should be GRANTED.

IT IS THEREFORE ORDERED, that Defendant's Motion to Quash Depositions is hereby

GRANTED.

Signed on this _____ day of _____, 2001.


_____
UNITED STATES DISTRICT JUDGE PRESIDING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAPLEX, S.A. DE C.V.        §
Plaintiff                  §
                           §        CIVIL ACTION NO.
vs.                        §
                           §        B-00-032
                           §
CITY OF BROWNSVILLE        §
Defendants                 §

AND

CAUSE NO. 99-05-2468-D

CITY OF BROWNSVILLE        §        IN THE DISTRICT COURT
                           §
VS.                        §        CAMERON COUNTY, TEXAS
                           §
MAPLEX S.A. De C.V. AND    §
EAGLE MOTOR COACH CORP.    §        103RD JUDICIAL DISTRICT

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF DANIEL T. WEBER

TO:    Plaintiff, CITY OF BROWNSVILLE, served by and through its attorney of record, Dalby
       Fleming, Law Office of Davidson & Troilo, 7550 W IH-10, Suite 800, San Antonio, Texas
       78229-5815.

       Defendant, CITY OF BROWNSVILLE, served by and through its attorney of record,
       Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica
       Blvd.,Brownsville, Texas 78521.

       Pursuant to Rule 200.5 of the Texas Rules of Civil Procedure, you are herewith given

statutory notice that the deposition of Witness, DANIEL T. WEBER, will be taken by the

undersigned attorney, Jose R. Lopez, II, in the conference room of the offices of Schwab Court

Reporting Service located at 2900 Central Blvd., Suite C, P.O. Box 3665, Brownsville, Texas

78520 or 78523 on September 26, 2001 commencing at 9:30 a.m. It is understood that the

court reporter will be supplied by Jose R. Lopez II and that said deponent will be subpoenaed to

attend said deposition.



Respectfully submitted,

JOSE R. LOPEZ, II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713) 394-9555 (Facsimile)
State Bar No. 12566446
Attorney for Maplex

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2001, a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, to the following:

Dalby  Fleming
Law Office of Davidson & Troilo
7550 W III-10, Suite 800
San Antonio, Texas78229-5815

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville, Texas 78521

and by via fax to:

Schwab Court Reporting Service
P.O. Box 3665
Brownsville, Texas 78523
fax# (956) 542-8842

JOSE R. LOPEZ, II

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-00-032 |
| | § | |
| CITY OF BROWNSVILLE | § | |
| Defendants | § | |

AND

CAUSE NO. 99-05-2468-D

| | | |
|---|---|---|
| CITY OF BROWNSVILLE | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| MAPLEX S.A. De C.V. AND | § | |
| EAGLE MOTOR COACH CORP. | § | 103RD JUDICIAL DISTRICT |

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF CARLOS RUBENSTEIN

TO: Plaintiff, CITY OF BROWNSVILLE, served by and through its attorney of record, Dalby Fleming, Law Office of Davidson & Troilo, 7550 W IH-10, Suite 800, San Antonio, Texas 78229-5815.

Defendant, CITY OF BROWNSVILLE, served by and through its attorney of record, Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Blvd., Brownsville, Texas 78521.

Pursuant to Rule 200.5 of the Texas Rules of Civil Procedure, you are herewith given statutory notice that the deposition of Witness, CARLOS RUBENSTEIN, will be taken by the undersigned attorney, Jose R. Lopez, II, in the conference room of the offices of Schwab Court Reporting Service located at 2900 Central Blvd., Suite C, P.O. Box 3665, Brownsville, Texas 78520 or 78523 on September 26, 2001 commencing at 11:00 a.m. It is understood that the court reporter will be supplied by Jose R. Lopez II and that said deponent will be subpoenaed to attend said deposition.



EXHIBIT
B

Respectfully submitted,

JOSE R. LOPEZ, II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-0070
(713) 394-9555 (Facsimile)
State Bar No. 12566446
Attorney for Maplex

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of September, 2001, a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, to the following:

Dalby  Fleming
Law Office of Davidson & Troilo
7550 W IH-10, Suite 800
San Antonio, Texas 78229-5815

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville, Texas 78521

and by via fax to:

Schwab Court Reporting Service
P.O. Box 3665
Brownsville, Texas 78523
fax# (956) 542-8842

JOSE R. LOPEZ, II

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAPLEX, S.A. DE C.V.          §
Plaintiff                     §
                              §          CIVIL ACTION NO.
vs.                           §
                              §          B-00-032
                              §
CITY OF BROWNSVILLE           §
Defendants                    §

AND

CAUSE NO. 99-05-2468-D

CITY OF BROWNSVILLE           §          IN THE DISTRICT COURT
                              §
VS.                           §          CAMERON COUNTY, TEXAS
                              §
MAPLEX S.A. De C.V. AND       §
EAGLE MOTOR COACH CORP.       §          103RD JUDICIAL DISTRICT

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF HENRY GONZALES

TO:   Plaintiff, CITY OF BROWNSVILLE, served by and through its attorney of record, Dalby
      Fleming, Law Office of Davidson & Troilo, 7550 W IH-10, Suite 800, San Antonio, Texas
      78229-5815.

      Defendant, CITY OF BROWNSVILLE, served by and through its attorney of record,
      Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica
      Blvd.,Brownsville, Texas 78521.

      Pursuant to Rule 200.5 of the Texas Rules of Civil Procedure, you are herewith given

statutory notice that the deposition of Witness, HENRY GONZALES, will be taken by the

undersigned attorney, Jose R. Lopez, II, in the conference room of the offices of Schwab Court

Reporting Service located at 2900 Central Blvd., Suite C, P.O. Box 3665, Brownsville, Texas

78520 or 78523 on September 26, 2001 commencing at 1:30 p.m. It is understood that the

court reporter will be supplied by Jose R. Lopez II and that said deponent will be subpoenaed to

attend said deposition.



Respectfully submitted,

JOSE R. LOPEZ, II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713) 394-9555 (Facsimile)
State Bar No. 12566446
Attorney for Maplex

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2001, a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, to the following:

Dalby Fleming
Law Office of Davidson & Troilo
7550 W IH-10, Suite 800
San Antonio, Texas 78229-5815

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville, Texas 78521

and by via fax to:

Schwab Court Reporting Service
P.O. Box 3665
Brownsville, Texas 78523
fax# (956) 542-8842

JOSE R. LOPEZ, II

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAPLEX, S.A. DE C.V.          §
Plaintiff                     §
                              §        CIVIL ACTION NO.
vs.                           §
                              §        B-00-032
                              §
CITY OF BROWNSVILLE           §
Defendants                    §

AND

CAUSE NO. 99-05-2468-D

CITY OF BROWNSVILLE           §        IN THE DISTRICT COURT
                              §
VS.                           §        CAMERON COUNTY, TEXAS
                              §
MAPLEX S.A. De C.V. AND       §
EAGLE MOTOR COACH CORP.       §        103RD JUDICIAL DISTRICT

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF J. G. WHARTON

TO:   Plaintiff, CITY OF BROWNSVILLE, served by and through its attorney of record, Dalby
      Fleming, Law Office of Davidson & Troilo, 7550 W IH-10, Suite 800, San Antonio, Texas
      78229-5815.

      Defendant, CITY OF BROWNSVILLE, served by and through its attorney of record,
      Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica
      Blvd.,Brownsville, Texas 78521.

      Pursuant to Rule 200.5 of the Texas Rules of Civil Procedure, you are herewith given

statutory notice that the deposition of Witness, J.G. WHARTON, will be taken by the

undersigned attorney, Jose R. Lopez, II, in the conference room of the offices of Schwab Court

Reporting Service located at 2900 Central Blvd., Suite C, P.O. Box 3665, Brownsville, Texas

78520 or 78523 on September 26, 2001 commencing at 3:00 p.m. It is understood that the

court reporter will be supplied by Jose R. Lopez II and that said deponent will be subpoenaed to

attend said deposition.



Respectfully submitted,

_____
JOSE R. LOPEZ, II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713) 394-9555 (Facsimile)
State Bar No. 12566446
Attorney for Maplex

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2001, a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, to the following:

Dalby Fleming
Law Office of Davidson & Troilo
7550 W IH-10, Suite 800
San Antonio, Texas 78229-5815

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville, Texas 78521

and by via fax to:

Schwab Court Reporting Service
P.O. Box 3665
Brownsville, Texas 78523
fax# (956) 542-8842

_____
JOSE R. LOPEZ, II

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAPLEX, S.A. DE C.V.                §
Plaintiff                           §
                                    §       CIVIL ACTION NO.
vs.                                 §
                                    §       B-00-032
                                    §
CITY OF BROWNSVILLE                 §
Defendants                          §

AND

CAUSE NO. 99-05-2468-D

CITY OF BROWNSVILLE                 §       IN THE DISTRICT COURT
                                    §
VS.                                 §       CAMERON COUNTY, TEXAS
                                    §
MAPLEX S.A. De C.V. AND             §
EAGLE MOTOR COACH CORP.             §       103RD JUDICIAL DISTRICT

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF DAN CEDARS

TO:   Plaintiff, CITY OF BROWNSVILLE, served by and through its attorney of record, Dalby
      Fleming, Law Office of Davidson & Troilo, 7550 W IH-10, Suite 800, San Antonio, Texas
      78229-5815.

      Defendant, CITY OF BROWNSVILLE, served by and through its attorney of record,
      Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica
      Blvd.,Brownsville, Texas 78521.

      Pursuant to Rule 200.5 of the Texas Rules of Civil Procedure, you are herewith given

statutory notice that the deposition of Witness, DAN CEDARS, will be taken by the undersigned

attorney, Jose R. Lopez, II, in the conference room of the offices of Schwab Court Reporting

Service located at 2900 Central Blvd., Suite C, P.O. Box 3665, Brownsville, Texas 78520 or

78523 on September 27, 2001 commencing at 9:00 a.m. It is understood that the court reporter

will be supplied by Jose R. Lopez II and that said deponent will be subpoenaed to attend said

deposition.



Respectfully submitted,

JOSE R. LOPEZ, II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713) 394-9556 (Facsimile)
State Bar No. 12566446
Attorney for Maplex

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2001, a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, to the following:

Dalby Fleming
Law Office of Davidson & Troilo
7550 W IH-10, Suite 800
San Antonio, Texas 78229-5815

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville, Texas 78521

and by via fax to:

Schwab Court Reporting Service
P.O. Box 3665
Brownsville, Texas 78523
fax# (956) 542-8842

JOSE R. LOPEZ, II

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-00-032 |
| | § | |
| CITY OF BROWNSVILLE | § | |
| Defendants | § | |

AND

CAUSE NO. 99-05-2468-D

| | | |
|---|---|---|
| CITY OF BROWNSVILLE | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| MAPLEX S.A. De C.V. AND | § | |
| EAGLE MOTOR COACH CORP. | § | 103RD JUDICIAL DISTRICT |

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF MARY MADELLIN

TO: Plaintiff, CITY OF BROWNSVILLE, served by and through its attorney of record, Dalby Fleming, Law Office of Davidson & Troilo, 7550 W IH-10, Suite 800, San Antonio, Texas 78229-5815.

Defendant, CITY OF BROWNSVILLE, served by and through its attorney of record, Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Blvd.,Brownsville, Texas 78521.

Pursuant to Rule 200.5 of the Texas Rules of Civil Procedure, you are herewith given statutory notice that the deposition of Witness, MARY MADELLIN, will be taken by the undersigned attorney, Jose R. Lopez, II, in the conference room of the offices of Schwab Court Reporting Service located at 2900 Central Blvd., Suite C, P.O. Box 3665, Brownsville, Texas 78520 or 78523 on September 27, 2001 commencing at 10:30 a.m. It is understood that the court reporter will be supplied by Jose R. Lopez II and that said deponent will be subpoenaed to attend said deposition.



Respectfully submitted,

JOSE R. LOPEZ, II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713) 894-9555 (Facsimile)
State Bar No. 12566446
Attorney for Maplex

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2001, a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, to the following:

Dalby Fleming
Law Office of Davidson & Troilo
7550 W IH-10, Suite 800
San Antonio, Texas 78229-5815

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville, Texas 78521

and by via fax to:

Schwab Court Reporting Service
P.O. Box 3665
Brownsville, Texas 78523
fax# (956) 542-8842

JOSE R. LOPEZ, II

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAPLEX, S.A. DE C.V.          §
Plaintiff                     §
                              §        CIVIL ACTION NO.
vs.                           §
                              §        B-00-032
                              §
CITY OF BROWNSVILLE           §
Defendants                    §

AND

CAUSE NO. 99-05-2468-D

CITY OF BROWNSVILLE           §        IN THE DISTRICT COURT
                              §
VS.                           §        CAMERON COUNTY, TEXAS
                              §
MAPLEX S.A. De C.V.  AND      §
EAGLE MOTOR COACH CORP.       §        103RD JUDICIAL DISTRICT

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF TRACY ODEN

TO:   Plaintiff, CITY OF BROWNSVILLE, served by and through its attorney of record, Dalby
      Fleming, Law Office of Davidson & Troilo, 7550 W IH-10, Suite 800, San Antonio, Texas
      78229-5815.

      Defendant, CITY OF BROWNSVILLE, served by and through its attorney of record,
      Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica
      Blvd.,Brownsville, Texas 78521.

      Pursuant to Rule 200.5 of the Texas Rules of Civil Procedure, you are herewith given

statutory notice that the deposition of Witness, TRACY ODEN, will be taken by the undersigned

attorney, Jose R. Lopez, II, in the conference room of the offices of Schwab Court Reporting

Service located at 2900 Central Blvd., Suite C, P.O. Box 3665, Brownsville, Texas 78520 or

78523 on September 27, 2001 commencing at 1:00 p.m. It is understood that the court reporter

will be supplied by Jose R. Lopez II and that said deponent will be subpoenaed to attend said

deposition.



Respectfully submitted,

JOSE R. LOPEZ, II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713) 394-9555 (Facsimile)
State Bar No. 12566446
Attorney for Maplex

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2001, a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, to the following:

Dalby Fleming
Law Office of Davidson & Troilo
7550 W IH-10, Suite 800
San Antonio, Texas 78229-5815

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville, Texas 78521

and by via fax to:

Schwab Court Reporting Service
P.O. Box 3665
Brownsville, Texas 78523
fax# (956) 542-8842

JOSE R. LOPEZ, II

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-00-032 |
| | § | |
| CITY OF BROWNSVILLE | § | |
| Defendants | § | |

AND

CAUSE NO. 99-05-2468-D

| | | |
|---|---|---|
| CITY OF BROWNSVILLE | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| MAPLEX S.A. De C.V.  AND | § | |
| EAGLE MOTOR COACH CORP. | § | 103RD JUDICIAL DISTRICT |

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF LUIS BARBA

TO:   Plaintiff, CITY OF BROWNSVILLE, served by and through its attorney of record, Dalby Fleming, Law Office of Davidson & Troilo, 7550 W IH-10, Suite 800, San Antonio, Texas 78229-5815.

Defendant, CITY OF BROWNSVILLE, served by and through its attorney of record, Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Blvd.,Brownsville, Texas 78521.

Pursuant to Rule 200.5 of the Texas Rules of Civil Procedure, you are herewith given statutory notice that the deposition of Witness, LUIS BARBA, will be taken by the undersigned attorney, Jose R. Lopez, II, in the conference room of the offices of Schwab Court Reporting Service located at 2900 Central Blvd., Suite C, P.O. Box 3665, Brownsville, Texas 78520 or 78523 on  September 27, 2001 commencing at  2:30 p.m. It is understood that the court reporter will be supplied by Jose R. Lopez II and that said deponent will be subpoenaed to attend said deposition.

EXHIBIT

Respectfully submitted,

JOSE R. LOPEZ, II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713) 394-9555 (Facsimile)
State Bar No. 12566446
Attorney for Maplex

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2001, a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, to the following:

Dalby  Fleming
Law Office of Davidson & Troilo
7550 W IH-10, Suite 800
San Antonio, Texas 78229-5815

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville, Texas 78521

and by via fax to:

Schwab Court Reporting Service
P.O. Box 3665
Brownsville, Texas 78523
fax# (956) 542-8842

JOSE R. LOPEZ, II

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-00-032 |
| | § | |
| CITY OF BROWNSVILLE | § | |
| Defendants | § | |

AND

### CAUSE NO. 99-05-2468-D

| | | |
|---|---|---|
| CITY OF BROWNSVILLE | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| MAPLEX S.A. De C.V. AND | § | |
| EAGLE MOTOR COACH CORP. | § | 103RD JUDICIAL DISTRICT |

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF DANNY CISNEROS

TO:   Plaintiff, CITY OF BROWNSVILLE, served by and through its attorney of record, Dalby Fleming, Law Office of Davidson & Troilo, 7550 W IH-10, Suite 800, San Antonio, Texas 78229-5815.

Defendant, CITY OF BROWNSVILLE, served by and through its attorney of record, Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Blvd., Brownsville, Texas 78521.

Pursuant to Rule 200.5 of the Texas Rules of Civil Procedure, you are herewith given

statutory notice that the deposition of Witness, DANNY CISNEROS, will be taken by the

undersigned attorney, Jose R. Lopez, II, in the conference room of the offices of Schwab Court

Reporting Service located at 2900 Central Blvd., Suite C, P.O. Box 3665, Brownsville, Texas

78520 or 78523 on September 27, 2001 commencing at 4:00 p.m. It is understood that the

court reporter will be supplied by Jose R. Lopez II and that said deponent will be subpoenaed to

attend said deposition.



Respectfully submitted,

JOSE R. LOPEZ, II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713) 394-9535 (Facsimile)
State Bar No. 12566446
Attorney for Maplex

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2001, a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, to the following:

Dalby  Fleming
Law Office of Davidson & Troilo
7550 W IH-10, Suite 800
San Antonio, Texas 78229-5815

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville, Texas 78521

and by via fax to:

Schwab Court Reporting Service
P.O. Box 3665
Brownsville, Texas 78523
fax# (956) 542-8842

JOSE R. LOPEZ, II

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAPLEX, S.A. DE C.V.          §
Plaintiff                    §
                             §       CIVIL ACTION NO.
vs.                          §
                             §       B-00-032
                             §
CITY OF BROWNSVILLE          §
Defendants                   §

AND

CAUSE NO. 99-05-2468-D

CITY OF BROWNSVILLE          §       IN THE DISTRICT COURT
                             §
VS.                          §       CAMERON COUNTY, TEXAS
                             §
MAPLEX S.A. De C.V. AND      §
EAGLE MOTOR COACH CORP.      §       103RD JUDICIAL DISTRICT

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF AUTURO MEDELLIN

TO:    Plaintiff, CITY OF BROWNSVILLE, served by and through its attorney of record, Dalby
       Fleming, Law Office of Davidson & Troilo, 7550 W IH-10, Suite 800, San Antonio, Texas
       78229-5815.

       Defendant, CITY OF BROWNSVILLE, served by and through its attorney of record,
       Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica
       Blvd.,Brownsville, Texas 78521.

       Pursuant to Rule 200.5 of the Texas Rules of Civil Procedure, you are herewith given

statutory notice that the deposition of Witness, AUTURO MEDELLIN, will be taken by the

undersigned attorney, Jose R. Lopez, II, in the conference room of the offices of Schwab Court

Reporting Service located at 2900 Central Blvd., Suite C, P.O. Box 3665, Brownsville, Texas

78520 or 78523 on September 28, 2001 commencing at 9:30 a.m. It is understood that the

court reporter will be supplied by Jose R. Lopez II and that said deponent will be subpoenaed to

attend said deposition.



Case 1:00-cv-00032   Document 47   Filed in TXSD on 09/18/2001   Page 25 of 31

Respectfully submitted,

_____
JOSE R. LOPEZ, II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713) 394-9555 (Facsimile)
State Bar No. 12566446
Attorney for Maplex

### CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2001, a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, to the following:

Dalby  Fleming
Law Office of Davidson & Troilo
7550 W IH-10, Suite 800
San Antonio, Texas78229-5815

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville, Texas 78521

and by via fax to:

Schwab Court Reporting Service
P.O. Box 3665
Brownsville, Texas 78523
fax# (956) 542-8842

_____
JOSE R. LOPEZ, II

Case 1:00-cv-00032   Document 47   Filed in TXSD on 09/18/2001   Page 26 of 31

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-00-032 |
| | § | |
| CITY OF BROWNSVILLE | § | |
| Defendants | § | |

AND

## CAUSE NO. 99-05-2468-D

| | | |
|---|---|---|
| CITY OF BROWNSVILLE | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| MAPLEX S.A. De C.V.  AND | § | |
| EAGLE MOTOR COACH CORP. | § | 103RD JUDICIAL DISTRICT |

### NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF JOHN C. REED

TO:   Plaintiff, CITY OF BROWNSVILLE, served by and through its attorney of record, Dalby Fleming, Law Office of Davidson & Troilo, 7550 W IH-10, Suite 800, San Antonio, Texas 78229-5815.

Defendant, CITY OF BROWNSVILLE, served by and through its attorney of record, Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Blvd.,Brownsville, Texas 78521.

Pursuant to Rule 200.5 of the Texas Rules of Civil Procedure, you are herewith given statutory notice that the deposition of Witness, JOHN C. REED, will be taken by the undersigned attorney, Jose R. Lopez, II, in the conference room of the offices of Schwab Court Reporting Service located at 2900 Central Blvd., Suite C, P.O. Box 3665, Brownsville, Texas 78520 or 78523  on September 28, 2001 commencing at  11:00 a.m.  It is understood that the court reporter will be supplied by Jose R. Lopez II and that said deponent will be subpoenaed to attend said deposition.



Respectfully submitted,

JOSE R. LOPEZ, II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713) 894-9555 (Facsimile)
State Bar No. 12566446
Attorney for Maplex

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2001, a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, to the following:

Dalby  Fleming
Law Office of Davidson & Troilo
7550 W IH-10, Suite 800
San Antonio, Texas 78229-5815

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville, Texas 78521

and by via fax to:

Schwab Court Reporting Service
P.O. Box 3665
Brownsville, Texas 78523
fax# (956) 542-8842

JOSE R. LOPEZ, II

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-00-032 |
| | § | |
| CITY OF BROWNSVILLE | § | |
| Defendants | § | |

AND

CAUSE NO. 99-05-2468-D

| | | |
|---|---|---|
| CITY OF BROWNSVILLE | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| MAPLEX S.A. De C.V. AND | § | |
| EAGLE MOTOR COACH CORP. | § | 103RD JUDICIAL DISTRICT |

**NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF INGES ANDRES DE ANTONIO**

TO:    Plaintiff, CITY OF BROWNSVILLE, served by and through its attorney of record, Dalby Fleming, Law Office of Davidson & Troilo, 7550 W IH-10, Suite 800, San Antonio, Texas 78229-5815.

Defendant, CITY OF BROWNSVILLE, served by and through its attorney of record, Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Blvd.,Brownsville, Texas 78521.

Pursuant to Rule 200.5 of the Texas Rules of Civil Procedure, you are herewith given

statutory notice that the deposition of Witness, INGES ANDRES DE ANTONIO, will be taken

by the undersigned attorney, Jose R. Lopez, II, in the conference room of the offices of Schwab

Court Reporting Service located at 2900 Central Blvd., Suite C, P.O. Box 3665, Brownsville,

Texas 78520 or 78523  on  September 28, 2001 commencing at 1:30 p.m.  It is understood that



the court reporter will be supplied by Jose R. Lopez II and that said deponent will be subpoenaed to attend said deposition.

Respectfully submitted,

_____

JOSE R. LOPEZ, II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713) 394-9555 (Facsimile)
State Bar No. 12566446
Attorney for Maplex

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2001, a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, to the following:

Dalby Fleming
Law Office of Davidson & Troilo
7550 W IH-10, Suite 800
San Antonio, Texas 78229-5815

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville, Texas 78521

and by via fax to:

Schwab Court Reporting Service
P.O. Box 3665
Brownsville, Texas 78523
fax# (956) 542-8842

_____

JOSE R. LOPEZ, II

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAPLEX, S.A. DE C.V. | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | B-00-032 |
| | § | |
| CITY OF BROWNSVILLE | § | |
| Defendants | § | |

AND

CAUSE NO. 99-05-2468-D

| | | |
|---|---|---|
| CITY OF BROWNSVILLE | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| MAPLEX S.A. De C.V.  AND | § | |
| EAGLE MOTOR COACH CORP. | § | 103RD JUDICIAL DISTRICT |

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF JOSE F. GARY GARCIA

TO:   Plaintiff, CITY OF BROWNSVILLE, served by and through its attorney of record, Dalby Fleming, Law Office of Davidson & Troilo, 7550 W IH-10, Suite 800, San Antonio, Texas 78229-5815.

Defendant, CITY OF BROWNSVILLE, served by and through its attorney of record, Mark Sossi, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Blvd.,Brownsville, Texas 78521.

Pursuant to Rule 200.5 of the Texas Rules of Civil Procedure, you are herewith given

statutory notice that the deposition of Witness, JOSE F. GARY GARCIA, will be taken by the

undersigned attorney, Jose R. Lopez, II, in the conference room of the offices of Schwab Court

Reporting Service located at 2900 Central Blvd., Suite C, P.O. Box 3665, Brownsville, Texas

78520 or 78523  on  September 28, 2001 commencing at 3:00 p.m.  It is understood that



the court reporter will be supplied by Jose R. Lopez II and that said deponent will be subpoenaed to attend said deposition.

Respectfully submitted,

_____
JOSE R. LOPEZ, II
3336 Richmond, Suite 100
Houston, Texas 77098
(713) 624-1070
(713) 394-9555 (Facsimile)
State Bar No. 12566446
Attorney for Maplex

## CERTIFICATE OF SERVICE

I hereby certify that on this the __10th__ day of __September__, 2001, a true and correct copy of the foregoing has been forwarded by certified mail, return receipt requested, to the following:

Dalby Fleming
Law Office of Davidson & Troilo
7550 W IH-10, Suite 800
San Antonio, Texas 78229-5815

Mark Sossi
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd
Brownsville, Texas 78521

and by via fax to:

Schwab Court Reporting Service
P.O. Box 3665
Brownsville, Texas 78523
fax# (956) 542-8842

_____
JOSE R. LOPEZ, II