48

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MAPLEX, S.A., DE C.V.,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-032 |
| | § | |
| **CITY OF BROWNSVILLE,** | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED

SEP 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED, that on September 20, 2001, the Court ruled:

1. The Court **STRIKES** the Joint Pretrial Order [Dkt. No. 43], as it is not in substantial compliance with Chamber Rules in the following ways:

    a. The Order does not indicate which facts require no proof.

    b. The Order is not signed by all parties.

    c. The Statement of the Case is not such that it could be read to a jury panel.

    d. The Order does not indicate the Agreed Propositions of Law.

    e. The Order does not indicate the Contested Issues of Law.

    f. The Order does not indicate whether all settlement efforts have been exhausted.

    g. The Order was not timely submitted.

2. The Parties are **ORDERED** to file a Joint Pretrial Order signed and agreed upon by all Parties by Monday, September 24, 2001 at 3 p.m. The Parties are forewarned that the Court will consider imposing monetary sanctions on any party that does not join in filing a single order and attachments by the date specified above.

DONE at Brownsville, Texas, this 20th day of September 2001.

_____
Hilda G. Tagle
United States District Judge