49

United States District Court
Southern District of Texas
ENTERED

SEP 2 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| Maplex, S.A. de C.V. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-00-32 |
| v. | § | |
| | § | |
| City of Brownsville, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

BE IT REMEMBERED, that on September 20, 2001, after reviewing the pleadings and the evidence before the Court, the Court **GRANTED** the Defendant City of Brownsville's Motion to Quash Depositions [Dkt No. 47].

Signed on this 20th day of September 2001.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com