S1

```
                    UNITED STATES DISTRICT COURT          United States District Court
                     SOUTHERN DISTRICT OF TEXAS           Southern District of Texas
                         BROWNSVILLE DIVISION                      FILED

                                                                 OCT 0 1 2001
MAPLEX, S.A., DE C.V.              §
                                   §                          Michael N. Milby
                                   §                           Clerk of Court
VS.                                §        CIVIL ACTION NO. B-00-032
                                   §        (JURY TRIAL REQUESTED
CITY OF BROWNSVILLE                §
                                   §
```

## DEFENDANT CITY OF BROWNSVILLE'S SIGNED STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE;

Comes Now, Defendant City of Brownsville, Texas and files this, their signed stipulation of dismissal of plaintiffs claims and in support thereof would show this Honorable Court as follows;

1) Plaintiff Maplex SA de CV, a Mexican corporation, filed suit in the United States District Court, against the City of Brownsville, claiming its civil rights were violated when the City allegedly evicted Maplex from commercial property which Maplex was leasing at the Port of Brownsville. On April 30, 2001, the Plaintiffs filed a motion for voluntary dismissal without prejudice of their claims against the City. On May 3, 2001, this Honorable Court ruled that the plaintiffs notice of voluntary dismissal without prejudice would be denied unless a stipulation of dismissal signed by the Defendant was tendered to the Court. The Defendant, City of Brownsville would offer this signed stipulation of dismissal as to Maplex claims against the City of Brownsville, Texas pursuant to FRCP 41(a)(1)(ii).

1

SIGNED ON 1st of October, 2001

          Respectfully submitted,

          WILLETTE & GUERRA, L.L.P.
          International Plaza, Suite 460
          3505 Boca Chica Boulevard
          Brownsville, Texas 78521
          Telephone:   (956) 541-1846
          Facsimile:    (956) 541-1893

By: _____
     Mark Sossi
     State Bar No. 18855680
     USDC No. 10231


THE GARZA LAW FIRM, P.C.
Mr. Jose R. Lopez, II
1111 North Loop West
Houston, Texas 77008-4716
Telephone:   (956) 624-1070
Facsimile:    (956) 880-9373

By: _____
     Jose R. Lopez, II
     State Bar No. 12566446
     USDC No. 9958

ClibPDF - www.fastio.com

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone:    (956) 541-1846
Facsimile:    (956) 541-1893

By: _____
     Mark Sossi
     State Bar No. 18855680
     USDC No. 10231


THE GARZA LAW FIRM, P.C.
Mr. Jose R. Lopez, II
1111 North Loop West
Houston, Texas 77008-4716
Telephone:    (956) 624-1070
Facsimile:    (956) 880-9373

By: _____
     Jose R. Lopez, II
     State Bar No. 12566446
     USDC No. _____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has on this the 1st day of October, 2001, been forwarded to:

Mr. Jose R. Lopez, II
Mr. J. Homer Garza
The Garza Law Firm, P.C.
1111 North Loop West, Suite 927
Houston, Texas 77008-4716

Mr. Dalby Fleming
Law Offices of Davidson & Troilo
7550 West IH 10, Suite 800
San Antonio, Texas 78229-5815

_____
Mark Sossi

## CERTIFICATE OF CONFERENCE

I hereby certify that we have conferred with Plaintiff's attorney and he is in Agreement to the filing of said Motion.

_____
Mark Sossi