S.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MAPLEX, S.A. DE C.V. § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION B-00-032 |
| CITY OF BROWNSVILLE, § | |
| Defendant. § | |

## Final Order of Dismissal

BE IT REMEMBERED that on October 4, 2001, the Court considered Defendant's Signed Stipulation of Dismissal of Plaintiff's Claims [Dkt. No. 51]. On May 3, 2001, the Court ruled that Plaintiff's Notice of Voluntary Dismissal Without Prejudice [Dkt. No 29] was invalid under Federal Rule of Civil Procedure 41(a)(1), and ordered Plaintiff to file a stipulation of dismissal signed by Defendant. The Court acknowledges that Defendant's Signed Stipulation of Dismissal of Plaintiff's Claims [Dkt. No. 51], which is signed by both parties, in conjunction with Plaintiff's Notice of Voluntary Dismissal Without Prejudice [Dkt. No 29], meets the requirements of Federal Rule of Civil Procedure 41(a)(1). Accordingly, the case is hereby **DISMISSED** without prejudice. All parties shall bear their own costs.

DONE at Brownsville, Texas, this 4th day of October 2001.

Hilda G. Tagle
United States District Judge